United States Bankruptcy Court
Middle District of Florida

In re: Case No. 26-00399-LVV
Martin Charles Flynn, Jr Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-6 User: admin Page 1 of 3
Date Rcvd: Feb 06, 2026 Form ID: 309I Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Martin Charles Flynn, Jr, 14556 Saint Georges Hill Drive, Orlando, FL 32828-8035 |
| aty | + | Bradley J Anderson, Zimmerman Kiser & Sutcliffe, P.A., Post Office Box 3000, Orlando, FL 32802-3000 |
| aty | + | Frederic J DiSpigna, Marinosci Law Group, P.C., 100 West Cypress Creek Road, Suite 1045, Fort Lauderdale, FL 33309-2191 |
| aty | + | James Timko, Dean, Mead, Egerton, Bloodworth, Capouan, 420 S Orange Avenue, Suite 700, Orlando, FL 32801-4911 |
| aty | + | Phil A D'Aniello, Fassett Anthony & Taylor PA, 1325 West Colonial Drive, Orlando, FL 32804-7133 |
| tr | + | Laurie K Weatherford, Post Office Box 3450, Winter Park, FL 32790-3450 |
| cr | + | Pedixon, LLC, c/o James A. Timko, Esq., Dean Mead et al, 420 S. Orange Avenue, Suite 700 Orlando, FL 32801-4911 |
| intp | + | Shane P. Sarver, c/o Zimmerman, Kiser & Sutcliffe, P.A., P.O. Box 3000, Orlando, FL 32802-3000 |
| 32170744 | + | 650 85th LLC, 14556 Saint Georges Hill Drive, Orlando, FL 32828-8035 |
| 32164738 | + | Austin Commons LP, 1011 Cherry Avenue, Nashville TN 37203-4755 |
| 32164741 | + | Billd Exchange LLC, Attn: RJ Haughey II Esq, 401 E Jackson Street, Suite 2225, Tampa FL 33602-5213 |
| 32164742 | + | Cape Crossing Condominium Association Inc, 4320 S Babcock St Suite 102, Melbourne FL 32901-8863 |
| 32164743 | + | Cape Crossing Town Homeowners Association Inc, 4320 S Babcock St Suite 102, Melbourne FL 32901-8863 |
| 32164745 | + | Cherry Village LP, 421 NE 12th Avenue, Homestead FL 33030-6259 |
| 32164746 | + | Citi Cards, PO Box 658202, Dallas TX 75265-8202 |
| 32164747 | + | David McPhillips, 4907 Bayshore Blvd 116, Tampa FL 33611-3875 |
| 32164748 | + | Horton S Johnson, 10226 Curry Ford Road, Suite 107 PMB 1036, Orlando FL 32825-8735 |
| 32164750 | + | Iseley Fugitt, 1400 Prudential Drive, Suite 3, Jacksonville FL 32207-8177 |
| 32176369 | + | James A. Timko, Esq., DEAN, MEAD, EGERTON, BLOODWORTH,, CAPOUANO & BOZARTH, P.A., 420 S. Orange Avenue, Suite 700, Orlando, Florida 32801-4911 |
| 32164751 | + | Jerry Holliday, Attn: Eric S Gillin Esq, 222 N Harbor City Blvd, Melbourne FL 32935-6762 |
| 32203368 | + | Lowndes, Drosdick, Doster, Kantor & Reed, PA, PO Box 2809, Orlando, FL 32802-2809 |
| 32164753 | + | Luis Cortez, Attn: Peter Carr Esq, 203 E Livingston Street, Orlando FL 32801-1508 |
| 32170743 | + | MTF Holdings, LLC, 14556 Saint Georges Hill Drive, Orlando, FL 32828-8035 |
| 32164754 | + | Michael McPhillips, Fassett, Anthony & Taylor, P.A., 1325 W. Colonial Drive, Orlando, FL. 32804-7133 |
| 32205054 | + | Mike McPhillips, 310 Lagoon Way, Merritt Island, FL 32953-4132 |
| 32164755 | + | Monroe County Property Tax Collector, PO Box 1129, Key West FL 33041-1129 |
| 32164756 | + | PEDixon LLC, 1627 East Vine Street Suite E, Kissimmee FL 34744-3719 |
| 32203369 | + | Tamamoi, LLC, c/o Elizabeth Wulff, Esq., McMichael Taylor Gray, LLC, 3550 Engineering Drive, Suite 260, Peachtree Corners, GA 30092-2871 |
| 32203370 | + | The Carton Family Trust, c/o Elizabeth Wulff, Esq., McMichael Taylor Gray, LLC, 3550 Engineering Drive, Suite 260, Peachtree Corners, GA 30092-2871 |
| 32164757 | + | Tracey Flynn, 14556 Saint Georges Hill Drive, Orlando FL 32828-8035 |
| 32170742 | + | WM Holdings Group LLC, c/o Shane Sarver Manager TriSt, 4488 Heaton Park Trial, Viera, FL 32955-6760 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Feb 06 2026 21:43:00 | United States Trustee - ORL7/13, 7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| 32164739 | + | EDI: WFFC | Feb 07 2026 02:33:00 | Bank of America, PO Box 660441, Dallas TX 75266-0441 |

| | | | | |
|---|---|---|---|---|
| 32164740 | + | EDI: BANKAMER | Feb 07 2026 02:33:00 | Bank of America, PO Box 851001, Dallas TX 75285-1001 |
| 32192413 | ^ | MEBN | Feb 06 2026 21:38:58 | Bank of America, N.A., MARINOSCI LAW GROUP, P.C., 100 West Cypress Creek Road, Suite 1045, Fort Lauderdale, FL 33309-2191 |
| 32164744 | + | EDI: JPMORGANCHASE | Feb 07 2026 02:33:00 | Chase Card Services, PO Box 15123, Wilmington DE 19850-5123 |
| 32164733 | | EDI: FLDEPREV.COM | Feb 07 2026 02:33:00 | Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee FL 32314-6668 |
| 32164733 | | Email/Text: BNC_Notices@floridarevenue.com | Feb 06 2026 21:42:00 | Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee FL 32314-6668 |
| 32164749 | + | EDI: IRS.COM | Feb 07 2026 02:33:00 | Internal Revenue Service, PO Box 1303, Charlotte NC 28201-1303 |
| 32164752 | + | Email/Text: solutions@launchcu.com | Feb 06 2026 21:43:00 | Launch Credit Union, 300 S Plumosa St, Merritt Island FL 32952-3526 |
| 32164732 | + | Email/Text: Bankruptcy@octaxcol.com | Feb 06 2026 21:42:00 | Orange County Tax Collector, PO Box 545100, Orlando FL 32854-5100 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | Michael McPhillips |
| 32170745 | | Various Sherwood Entities Debtor is guarantor |
| 32164734 | * | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley J Anderson | on behalf of Interested Party Shane P. Sarver banderson@zkslaw.com jconcannon@zkslaw.com;mpickren@zkslaw.com;service@zkslaw.com |
| Frederic J DiSpigna | on behalf of Creditor BANK OF AMERICA N.A. fdispigna@mlg-defaultlaw.com, mlgfl-bk@mlg-defaultlaw.com;ecf@mlg-defaultlaw.com;MLGBK@ecf.courtdrive.com |

James Timko
on behalf of Creditor Pedixon LLC jtimko@deanmead.com, mgodek@deanmead.com

Laurie K Weatherford
ecfdailysummary@c13orl.com

Phil A D'Aniello
on behalf of Creditor Michael McPhillips pdaniello@fassettlaw.com tsadaka@fassettlaw.com

United States Trustee - ORL7/13, 7
USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 6

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Martin Charles Flynn Jr<br>First Name Middle Name Last Name | Social Security number or ITIN: xxx–xx–7106<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Middle District of Florida | Date case filed for chapter: | 13 1/22/26 |
| Case number: | 6:26–bk–00399–LVV | Date Notice Issued: **2/6/26** | |

Official Form 309I ***SUPPLEMENTAL***

# Notice of Chapter 13 Bankruptcy Case

**10/20**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|
| **1. Debtor's full name** | Martin Charles Flynn Jr | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 14556 Saint Georges Hill Drive<br>Orlando, FL 32828 | |
| **4. Debtor's attorney**<br>Name and address | None | |
| **5. Bankruptcy Trustee**<br>Name and address | Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790 | Contact phone:407–648–8841 |
| **6. Bankruptcy Clerk's Office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | George C. Young Federal Courthouse<br>400 West Washington Street<br>Suite 5100<br>Orlando, FL 32801 | Office Hours: 8:30 AM to 4:00 PM<br>Monday through Friday<br><br>Contact phone: 407–237–8000 |

*****You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. *****

**For more information, see page 2 >**

**7. Meeting of creditors**

Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.

**February 26, 2026 at 09:00 AM**

The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.

**Location of Meeting:**
Meeting will be held via Zoom. Go to Zoom.us/join, enter meeting ID 536 996 6373, and passcode 3958355040, or call 321–758–1669

***** Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. *****
***** For additional meeting information go to https://www.justice.gov/ust/moc *****

**8. Deadlines**

The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines.

**Deadline to file a complaint to challenge dischargeability of certain debts:**
**Filing deadline: April 27, 2026**

**You must file:**
- a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or
- a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).

**Deadline for all creditors to file a proof of claim (except governmental units):**
**Filing deadline: April 2, 2026**

**Deadline for governmental units to file a proof of claim:**
**Filing deadline: 180 days from the date of filing**

**Deadlines for filing proof of claim:**

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed online at the Court's website at www.flmb.uscourts.gov, or obtained at www.uscourts.gov or at any bankruptcy clerk's office.
If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.
Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.
**Attention Mortgage Holders:** Attachments to your Proof of Claim may be required by changes to Rule 3001. Forms and attachments are available at at www.uscourts.gov.

**Deadline to object to exemptions:**

The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.

**Filing deadline:** 30 days after the *conclusion* of the meeting of creditors

**9. Filing of plan, hearing on confirmation of plan**

The plan will be sent separately. The initial confirmation hearing will be held on:
**March 24, 2026 at 09:01 AM, Location: Courtroom 6C, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801**. The confirmation hearing may be continued upon announcement made in open court and reflected on the docket without further written notice.

**Jacksonville Division:** Debtors' attorneys and debtors who are not represented by an attorney must attend the Initial Confirmation Hearing.

**Orlando, Tampa, and Ft. Myers Divisions:** Debtors and their attorneys are not required to attend the Initial Confirmation Hearing because, in most cases, the Initial Confirmation Hearing will be continued to a date after the deadline for filing proofs of claim. However, the Court will hear and may rule on motions and objections that are separately noticed for hearing for the same time as the Initial Confirmation Hearing.

Local Rule 5073–1 restricts the entry of electronic devices and mobile phones into the Courthouse.

**10. Creditors with a foreign address**

If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

**11. Filing a chapter 13 bankruptcy case**

Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise.

**12. Exempt property**

The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline.

**13. Discharge of debts**

Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8.

**14. Voice Case Info. System (McVCIS)**

McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day except when routine maintenance is performed. To access McVCIS toll free call 866–222–8029.