[jiffyord] [Bench Order +]

ORDERED.

**Dated:  February 17, 2026**

_____
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                    Case No. 6:26–bk–00399–LVV
                                                                               Chapter 13

Martin Charles Flynn Jr

_____Debtor*_____/

**ORDER DENYING MOTION FOR TURNOVER OF PROPERTY PURSUANT TO 11 U.S.C. § 542**

THIS CASE came on for hearing on  February 10, 2026 , for consideration of the **Motion for Turnover of Property Pursuant to 11 U.S.C. § 542** (Doc. **4** ), filed by **Debtor, Martin Flynn** .

For the reasons stated orally and recorded in open court, the Motion for Turnover of Property Pursuant to 11 U.S.C. § 542 is Denied .

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

The Clerk's office is directed to serve a copy of this order on interested non–CM/ECF users.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.