**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**In re:**

**MARTIN CHARLES FLYNN, JR.,**

**Debtor.**
______________________________________/

**CASE NO.: 6:26-bk-00399-LVV**
**CHAPTER 11**

***Subchapter V Election***

# PROOF OF SERVICE

**I HEREBY CERTIFY** that a true copy of the **Order and Notice Converting Case to Chapter 11. Trustee Laurie K. Weatherford is discharged from any further duties and is terminated from the case (Doc. No. 45)** has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: **Martin Flynn,** 14556 Saint Georges Hill Drive, Orlando, FL 32828; all parties entitled to receive electronic noticing via CM/ECF; all parties listed on the matrix attached, Laurie K. Weatherford, Chapter 13 Trustee, P.O. Box 3450, Winter Park, FL 32790; and the U.S. Trustee, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801; this 20th day of March 2026.

/s/ Daniel A. Velasquez
**Daniel A. Velasquez, Esq.**
Florida Bar No. 0098158
dvelasquez@lathamluna.com
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
Bknotice1@lathamluna.com
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
*Attorney for the Debtor*

Label Matrix for local noticing
113A-6
Case 6:26-bk-00399-LVV
Middle District of Florida
Orlando
Fri Mar 20 13:15:52 EDT 2026

Martin Charles Flynn Jr
14556 Saint Georges Hill Drive
Orlando, FL 32828-8035

Pedixon, LLC
c/o James A. Timko, Esq.
Dean Mead et al
420 S. Orange Avenue
Suite 700
Orlando, FL 32801-4911

Shane P. Sarver
c/o Zimmerman, Kiser & Sutcliffe, P.A.
P.O. Box 3000
Orlando, FL 32802-3000

650 85th LLC
14556 Saint Georges Hill Drive
Orlando, FL 32828-8035

Austin Commons LP
1011 Cherry Avenue
Nashville TN 37203-4755

Bank of America
PO Box 660441
Dallas TX 75266-0441

Bank of America
PO Box 851001
Dallas TX 75285-1001

Bank of America, N.A.
MARINOSCI LAW GROUP, P.C.
100 West Cypress Creek Road, Suite 1045
Fort Lauderdale, FL 33309-2191

Billd Exchange LLC
Attn: RJ Haughey II Esq
401 E Jackson Street
Suite 2225
Tampa FL 33602-5213

Cape Crossing Condominium Association Inc
4320 S Babcock St Suite 102
Melbourne FL 32901-8863

Cape Crossing Town Homeowners Association In
4320 S Babcock St Suite 102
Melbourne FL 32901-8863

Chase Card Services
PO Box 15123
Wilmington DE 19850-5123

Cherry Village LP
421 NE 12th Avenue
Homestead FL 33030-6259

Citi Cards
PO Box 658202
Dallas TX 75265-8202

David McPhillips
4907 Bayshore Blvd 116
Tampa FL 33611-3875

Fifth Third Bank N.A.
PO Box 9013
Addison, Texas 75001-9013

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Horton Johnson
10226 Curry Ford Road
Suite 107, PMB 1036
Orlando, FL 32825-8735

Horton S Johnson
10226 Curry Ford Road
Suite 107 PMB 1036
Orlando FL 32825-8735

Internal Revenue Service
PO Box 1303
Charlotte NC 28201-1303

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Iseley Fugitt
1400 Prudential Drive
Suite 3
Jacksonville FL 32207-8177

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

James A. Timko, Esq.
DEAN, MEAD, EGERTON, BLOODWORTH,
CAPOUANO & BOZARTH, P.A.
420 S. Orange Avenue, Suite 700
Orlando, Florida 32801-4911

Jerry Holliday
Attn: Eric S Gillin Esq
222 N Harbor City Blvd
Melbourne FL 32935-6762

Launch Credit Union
300 S Plumosa St
Merritt Island FL 32952-3526

Lowndes, Drosdick, Doster, Kantor & Reed, PA
PO Box 2809
Orlando, FL 32802-2809

Luis Cortez
Attn: Peter Carr Esq
203 E Livingston Street
Orlando FL 32801-1508

MTF Holdings, LLC
14556 Saint Georges Hill Drive
Orlando, FL 32828-8035

Michael McPhillips
Fassett, Anthony & Taylor, P.A.
1325 W. Colonial Drive
Orlando, FL. 32804-7133

Mike McPhillips
310 Lagoon Way
Merritt Island, FL 32953-4132

Monroe County Property Tax Collector
PO Box 1129
Key West FL 33041-1129

Orange County Tax Collector
PO Box 545100
Orlando FL 32854-5100

PEDixon LLC
1627 East Vine Street Suite E
Kissimmee FL 34744-3719

SHANE P. SARVER
Zimmerman, Kiser & Sutcliffe, P.A.
P.O. Box 3000
Orlando, FL 32802-3000

Tamamoi, LLC
c/o Elizabeth Wulff, Esq.
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092-2871

The Carton Family Trust
c/o Elizabeth Wulff, Esq.
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092-2871

Tracey Flynn
14556 Saint Georges Hill Drive
Orlando FL 32828-8035

WM Holdings Group LLC
c/o Shane Sarver Manager TriSt
4488 Heaton Park Trial
Viera, FL 32955-6760

United States Trustee - ORL7/13 7+
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Frederic J DiSpigna +
Marinosci Law Group, P.C.
100 West Cypress Creek Road
Suite 1045
Fort Lauderdale, FL 33309-2191

Phil A D'Aniello +
Fassett Anthony & Taylor PA
1325 West Colonial Drive
Orlando, FL 32804-7133

James Timko +
Dean, Mead, Egerton, Bloodworth, Capouan
420 S Orange Avenue
Suite 700
Orlando, FL 32801-4911

Bradley J Anderson +
Zimmerman Kiser & Sutcliffe, P.A.
Post Office Box 3000
Orlando, FL 32802-3000

Wanda D Murray +
United States Department of Justice
400 West Washington Street
Ste 1100
Orlando, FL 32801-2440

Daniel A Velasquez +
Latham, Luna, Eden & Beaudine, LLP
201 S. Orange Ave., Ste. 1400
Orlando, FL 32801-3483

Bank of America (EM) +
4161 Piedmont Parkway, NC4-105-03-14
Greensboro, NC 27410-8119

Lori V. Vaughan +
Orlando
, FL

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BANK OF AMERICA, N.A.

(u)Michael McPhillips

(u)Various Sherwood Entities Debtor is guaran

End of Label Matrix
Mailable recipients 49
Bypassed recipients 3
Total 52