United States Bankruptcy Court
Middle District of Florida

In re: Case No. 26-00399-LVV
Martin Charles Flynn, Jr Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-6 User: admin Page 1 of 3
Date Rcvd: Apr 24, 2026 Form ID: 309E2 Total Noticed: 57

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Martin Charles Flynn, Jr, 14556 Saint Georges Hill Drive, Orlando, FL 32828-8035 |
| aty | + | Bradley J Anderson, Zimmerman Kiser & Sutcliffe, P.A., Post Office Box 3000, Orlando, FL 32802-3000 |
| aty | + | Frederic J DiSpigna, Marinosci Law Group, P.C., 100 West Cypress Creek Road, Suite 1045, Fort Lauderdale, FL 33309-2191 |
| aty | + | James Timko, Dean, Mead, Egerton, Bloodworth, Capouan, 420 S Orange Avenue, Suite 700, Orlando, FL 32801-4911 |
| aty | + | Mahra C Sarofsky, Lippes Mathias LLP, 4420 Beacon Circle, West Palm Beach, FL 33407-3281 |
| aty | + | Phil A D'Aniello, Fassett Anthony & Taylor PA, 1325 West Colonial Drive, Orlando, FL 32804-7133 |
| tr | + | L. Todd Budgen, Budgen Law, Post Office Box 520546, Longwood, FL 32752-0546 |
| cr | + | First State Bank of the Florida Keys, c/o Mahra C. Sarofsky, Esq., c/o Rilyn A. Carnahan, Esq., 4420 Beacon Cir., West Palm Beach, FL 33407 UNITED STATES 33407-3281 |
| cr | + | Pedixon, LLC, c/o James A. Timko, Esq., Dean Mead et al, 420 S. Orange Avenue, Suite 700 Orlando, FL 32801-4911 |
| intp | + | Shane P. Sarver, c/o Zimmerman, Kiser & Sutcliffe, P.A., P.O. Box 3000, Orlando, FL 32802-3000 |
| 32170744 | + | 650 85th LLC, 14556 Saint Georges Hill Drive, Orlando, FL 32828-8035 |
| 32164738 | + | Austin Commons LP, 1011 Cherry Avenue, Nashville TN 37203-4755 |
| 32164741 | + | Billd Exchange LLC, Attn: RJ Haughey II Esq, 401 E Jackson Street, Suite 2225, Tampa FL 33602-5213 |
| 32344895 | + | Billd Exchange, LLC, 3800 N. Lamar Blvd. #210, AUSTIN, TX 78756-0003 |
| 32164742 | + | Cape Crossing Condominium Association Inc, 4320 S Babcock St Suite 102, Melbourne FL 32901-8863 |
| 32164743 | + | Cape Crossing Town Homeowners Association Inc, 4320 S Babcock St Suite 102, Melbourne FL 32901-8863 |
| 32164745 | + | Cherry Village LP, 421 NE 12th Avenue, Homestead FL 33030-6259 |
| 32164747 | + | David McPhillips, 4907 Bayshore Blvd 116, Tampa FL 33611-3875 |
| 32389388 | + | First State Bank of the Florida Keys, RILYN A. CARNAHAN, ESQ, 4420 Beacon Cir., West Palm Beach, Florida 33407-3281 |
| 32386119 | + | First State Bank of the Florida Keys, c/o Mahra Sarofsky, Esq. and Rilyn Carna, Lippes Mathias, LLP, 4420 Beacon Circle, West Palm Beach, FL 33407-3281 |
| 32211278 | + | Horton Johnson, 10226 Curry Ford Road, Suite 107, PMB 1036, Orlando, FL 32825-8735 |
| 32164748 | + | Horton S Johnson, 10226 Curry Ford Road, Suite 107 PMB 1036, Orlando FL 32825-8735 |
| 32164750 | + | Iseley Fugitt, 1400 Prudential Drive, Suite 3, Jacksonville FL 32207-8177 |
| 32393331 | + | J. Christopher Crowder, 700 N Wickham Rd, Unit 205, Melbourne, FL 32935-8840 |
| 32176369 | + | James A. Timko, Esq., DEAN, MEAD, EGERTON, BLOODWORTH,, CAPOUANO & BOZARTH, P.A., 420 S. Orange Avenue, Suite 700, Orlando, Florida 32801-4911 |
| 32164751 | + | Jerry Holliday, Attn: Eric S Gillin Esq, 222 N Harbor City Blvd, Melbourne FL 32935-6762 |
| 32203368 | + | Lowndes, Drosdick, Doster, Kantor & Reed, PA, PO Box 2809, Orlando, FL 32802-2809 |
| 32164753 | + | Luis Cortez, Attn: Peter Carr Esq, 203 E Livingston Street, Orlando FL 32801-1508 |
| 32170743 | + | MTF Holdings, LLC, 14556 Saint Georges Hill Drive, Orlando, FL 32828-8035 |
| 32164754 | + | Michael McPhillips, Fassett, Anthony & Taylor, P.A., 1325 W. Colonial Drive, Orlando, FL. 32804-7133 |
| 32205054 | + | Mike McPhillips, 310 Lagoon Way, Merritt Island, FL 32953-4132 |
| 32164755 | + | Monroe County Property Tax Collector, PO Box 1129, Key West FL 33041-1129 |
| 32164756 | + | PEDixon LLC, 1627 East Vine Street Suite E, Kissimmee FL 34744-3719 |
| 32207444 | + | SHANE P. SARVER, Zimmerman, Kiser & Sutcliffe, P.A., P.O. Box 3000, Orlando, FL 32802-3000 |
| 32203369 | + | Tamamoi, LLC, c/o Elizabeth Wulff, Esq., McMichael Taylor Gray, LLC, 3550 Engineering Drive, Suite 260, Peachtree Corners, GA 30092-2871 |
| 32203370 | + | The Carton Family Trust, c/o Elizabeth Wulff, Esq., McMichael Taylor Gray, LLC, 3550 Engineering Drive, Suite 260, Peachtree Corners, GA 30092-2871 |
| 32164757 | + | Tracey Flynn, 14556 Saint Georges Hill Drive, Orlando FL 32828-8035 |
| 32170742 | + | WM Holdings Group LLC, c/o Shane Sarver Manager TriSt, 4488 Heaton Park Trial, Viera, FL 32955-6760 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 24 2026 22:44:00 | Bank of America (EM), 4161 Piedmont Parkway, NC4-105-03-14, Greensboro, NC 27410-8119 |
| aty | | Email/Text: dvelasquez@lathamluna.com | Apr 24 2026 22:44:00 | Daniel A Velasquez, Latham, Luna, Eden & Beaudine, LLP, 201 S. Orange Ave., Ste. 1400, Orlando, FL 32801 |
| aty | ^ | MEBN | Apr 24 2026 22:45:24 | Wanda D Murray, United States Department of Justice, 400 West Washington Street, Ste 1100, Orlando, FL 32801-2440 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Apr 24 2026 22:45:00 | United States Trustee - ORL7/13, 7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| 32164739 | + | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Apr 24 2026 22:52:55 | Bank of America, PO Box 660441, Dallas TX 75266-0441 |
| 32164740 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 24 2026 22:44:00 | Bank of America, PO Box 851001, Dallas TX 75285-1001 |
| 32396836 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 24 2026 22:44:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 32192413 | ^ | MEBN | Apr 24 2026 22:44:52 | Bank of America, N.A., MARINOSCI LAW GROUP, P.C., 100 West Cypress Creek Road, Suite 1045, Fort Lauderdale, FL 33309-2191 |
| 32318478 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 24 2026 22:44:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 32164744 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 24 2026 22:52:38 | Chase Card Services, PO Box 15123, Wilmington DE 19850-5123 |
| 32350177 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 24 2026 22:52:53 | Chase Ink, PO Box 15123, Wilmington, DE 19850-5123 |
| 32350178 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 24 2026 22:52:53 | Chase Prime Visa, PO Box 15123, Wilmington, DE 19850-5123 |
| 32164746 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 24 2026 22:52:50 | Citi Cards, PO Box 658202, Dallas TX 75265-8202 |
| 32256041 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Apr 24 2026 22:44:00 | Fifth Third Bank N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 32164733 | | Email/Text: BNC_Notices@floridarevenue.com | Apr 24 2026 22:44:00 | Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee FL 32314-6668 |
| 32164749 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 24 2026 22:45:00 | Internal Revenue Service, PO Box 1303, Charlotte NC 28201-1303 |
| 32211101 | + | Email/Text: RASEBN@raslg.com | Apr 24 2026 22:44:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 32164752 | + | Email/Text: solutions@launchcu.com | Apr 24 2026 22:46:00 | Launch Credit Union, 300 S Plumosa St, Merritt Island FL 32952-3526 |
| 32164732 | + | Email/Text: Bankruptcy@octaxcol.com | Apr 24 2026 22:45:00 | Orange County Tax Collector, PO Box 545100, Orlando FL 32854-5100 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID** **Bypass Reason** **Name and Address**

| | | |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | BANK OF AMERICA, N.A. |
| cr | | Michael McPhillips |
| 32170745 | | Various Sherwood Entities Debtor is guarantor |
| 32164734 | * | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bank of America (EM) | on behalf of Creditor BANK OF AMERICA N.A. elliott.myers@bankofamerica.com |
| Bradley J Anderson | on behalf of Interested Party Shane P. Sarver banderson@zkslaw.com jconcannon@zkslaw.com;mpickren@zkslaw.com;service@zkslaw.com |
| Daniel A Velasquez | on behalf of Plaintiff Martin Charles Flynn Jr dvelasquez@lathamluna.com, bknotice1@lathamluna.com;bknotice2@ecf.courtdrive.com |
| Daniel A Velasquez | on behalf of Debtor Martin Charles Flynn Jr dvelasquez@lathamluna.com, bknotice1@lathamluna.com;bknotice2@ecf.courtdrive.com |
| Frederic J DiSpigna | on behalf of Creditor BANK OF AMERICA N.A. fdispigna@mlg-defaultlaw.com, mlgfl-bk@mlg-defaultlaw.com;ecf@mlg-defaultlaw.com;MLGBK@ecf.courtdrive.com |
| James Timko | on behalf of Creditor Pedixon LLC jtimko@deanmead.com, mgodek@deanmead.com |
| L. Todd Budgen | todd@c11trustee.com ltbudgen@ecf.courtdrive.com,bnc@mybankruptcyfirm.com,F006@ecfcbis.com |
| Mahra C Sarofsky | on behalf of Creditor First State Bank of the Florida Keys msarofsky@lippes.com WROJAS@LIPPES.COM;MBIRD@LIPPES.COM;adukesmunroe@lippes.com |
| Phil A D'Aniello | on behalf of Creditor Michael McPhillips pdaniello@fassettlaw.com tsadaka@fassettlaw.com |
| United States Trustee - ORL7/13, 7 | USTP.Region21.OR.ECF@usdoj.gov |
| Wanda D Murray | on behalf of U.S. Trustee United States Trustee - ORL7/13 7 wanda.murray@usdoj.gov |

TOTAL: 11

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1: | Martin Charles Flynn Jr<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx–xx–7106 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Middle District of Florida | Date case filed in chapter: | 13 1/22/26 |
| Case number: | 6:26–bk–00399–LVV | Date case converted to chapter: | 11 3/3/26 |
| | | Date Notice Issued: | **4/23/26** |

Official Form 309E2 (For Individuals or Joint Debtors under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case

**12/22**

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Martin Charles Flynn Jr | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 14556 Saint Georges Hill Drive<br>Orlando, FL 32828 | |
| 4. | **Debtor's attorney**<br>Name and address | Daniel A Velasquez<br>Latham, Luna, Eden & Beaudine, LLP<br>201 S. Orange Ave., Ste. 1400<br>Orlando, FL 32801 | Contact phone 407–481–5800<br>Email dvelasquez@lathamluna.com |
| 5. | **Bankruptcy trustee**<br>Name and address | L. Todd Budgen<br>Budgen Law<br>Post Office Box 520546<br>Longwood, FL 32752 | Contact phone 407–232–9118<br>Email: todd@c11trustee.com |

**For more information, see page 2 >**

Debtor **Martin Charles Flynn Jr** Case number **6:26–bk–00399–LVV**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | George C. Young Federal Courthouse<br>400 West Washington Street<br>Suite 5100<br>Orlando, FL 32801 | Hours open:<br>Mon–Fri 8:30am–4:00pm<br><br>Contact phone 407–237–8000<br><br>Date: April 23, 2026 |
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the courthouse. | **May 4, 2026 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>***** Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee.***** | **Meeting to be held Telephonically by the U.S. Trustee's Office (For Orlando Cases), Call in Number: 888–330–1716, Passcode: 5814238#.** |

**8. Deadlines**

The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines.

**Deadline to file a complaint objecting to discharge or to challenge whether certain debts are dischargeable (see line 11 for more information):**

- if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3), the deadline is the first date set for hearing on confirmation of the plan. The court or its designee will send you notice of that date later.
- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6), **the deadline is: 7/6/26.**

---

**Deadline for filing proof of claim:**

**For all creditors (except a governmental unit):** 4/2/26

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:
- your claim is designated as *disputed*, *contingent*, or *unliquidated*;
- you file a proof of claim in a different amount; or
- you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

---

**Deadline to object to exemptions:**
The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.

**Filing Deadline:**
30 days after the *conclusion* of the meeting of creditors

**9. Creditors with a foreign address**

If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

**10. Filing a Chapter 11 bankruptcy case**

Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business.

**For more information, see page 3 >**

| | |
|---|---|
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. |
| **13. Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day except when routine maintenance is performed. To access McVCIS toll free call 1–866–222–8029. |