UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**IN RE:**

MARTIN CHARLES FLYNN, JR.,

Case No. 6:26-bk-00399-LVV
Chapter 11

      Debtor.

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1.     The Honorable Lori V. Vaughan will conduct a preliminary hearing in this case on May 27, 2026 at 3:00 p.m. in Orlando, FL - Courtroom 6C, 6th Floor, George C. Young Courthouse, 400 W. Washington Street, Orlando, FL 32801 on the following matter:

**MOTION TO RESET PROOF OF CLAIMS BAR DATE AS OF MAY 27, 2026**
**[Doc. 84]**

2.     All parties must attend the hearing in person. Remote appearances are only permitted in limited circumstances as set forth in Judge Vaughan's Hearing Guidelines, available at https://www.flmb.uscourts.gov/judges/vaughan.

3.     Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4.     The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

*/s/ James A. Timko*
James A. Timko, Esq.
Florida Bar No. 0088858
**DEAN, MEAD, EGERTON, BLOODWORTH,**
**CAPOUANO & BOZARTH, P.A.**
420 S. Orange Avenue, Suite 700
Orlando, Florida 32801
Tel: 407-841-1200/Fax: 407-423-1831
Email: jtimko@deanmead.com
***Counsel for Creditor Pedixon, LLC***

6442602.v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 21, 2026, I electronically filed the foregoing document with the Clerk of Court through CM/ECF system which will send a Notice of Electronic Filing to all counsel of record (if they receive ECF notification) and by regular mail to the individuals identified below:

**Debtor**

Martin Charles Flynn, Jr.
14556 Saint Georges Hill Drive
Orlando, FL 32828

**Debtor's Counsel**

Daniel A. Velazquez
Latham, Luna, Eden & Beaudine,LLP
201 S. Orange Ave., Ste 1400
Orlando Fl 32801

**Subchapter V Trustee**

Todd Budgen
Budgen Law
Post Office Box 520546
Longwood, FL 3e2752

**U.S. Trustee**

United States Trustee – ORL 7/13, 7 OL
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

**U.S. Trustee's Counsel**

Wanda D Murray
United States Department of Justice
400 West Washington Street, Ste 1100
Orlando, FL 32801

*/s/ James A. Timko*
James A. Timko, Esq.

2

6442602.v1