**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:                                                              **Case No. 26-00399-LVV**
                                                                   **Chapter 11**

**MARTIN CHARLES FLYNN, JR.,**

                **Debtor.**
_____/

## EX PARTE MOTION TO PERMIT COUNSEL TO APPEAR REMOTELY AT THE MAY 27, 2026 HEARINGS

First State Bank of the Florida Keys, by and through undersigned counsel, hereby files this *Ex Parte Motion to Permit Counsel to Appear Remotely at the May 27, 2026 Hearings*, and states the following:

1.      This proceeding was filed as one under chapter 13 on January 22, 2026 by Martin Charles Flynn, Jr. (the "Debtor").

2.      On or about March 3, 2026, the Debtor filed a notice of voluntarily conversion to a Chapter 11 bankruptcy proceeding [ECF No 41].

3.      On or about March 18, 2026, the Court entered its *Order Converting Case from Chapter 13 to Chapter 11* [ECF No. 46] (the "Conversion Order").

4.      On or about March 25, 2026, the Court entered a *Notice of Status Conference* [ECF No. 52] scheduling a Status Conference for April 21, 2026 at 9:30 a.m. (the "Status Conference"). The Status Conference was continued to May 27, 2026 at 3:00 p.m. [ECF Nos. 65 and 70].

5.      Further, on or about April 8, 2026, the Debtor filed an *Application of Martin Charles Flynn Jr. to Employ Daniel A. Velasquez and the Law Firm of Latham, Luna, Eden, Beaudine, LLP as Debtor's Counsel, as of Petition Date* [ECF No. 57] (the "Application"). The

Application is scheduled for hearing May 27, 2026 at 3:00 p.m. [ECF No. 78].

6.      Furthermore, on or about May 19, 2026, Creditor, Pedixon, LLC filed its *Motion to Reset Proof of Claims Bar Date as May 27, 2026* [ECF No. 84] (the "Motion"). The Motion is scheduled for a preliminary hearing on May 27, 2026 at 3:00 p.m. [ECF No. 85], as well.

7.      In accordance with the Court's procedures, counsel may be permitted to participate in the hearings referenced herein and the Status Conference remotely.

8.      Counsel submits that good cause exists to appear via remote video conference, on May 27, 2026 at 3:00 p.m. for the aforementioned hearings and the Status Conference.

9.      Undersigned counsel and co-counsel are located in West Palm Beach.

10.     While undersigned counsel is happy to travel to Orlando for this hearing, undersigned counsel has previously set hearings before the Bankruptcy Court in the Southern District of Florida, West Palm Beach Division on the same date in the morning.  Although the hearings are scheduled to start in the morning, it is not certain that such hearings will conclude in time to allow for undersigned counsel to travel from West Palm Beach, Florida to Orlando, Florida.

11.     Accordingly, Rilyn A. Carnahan, Esq., undersigned counsel for First State Bank of the Florida Keys, respectfully requests to attend the May 27, 2026 hearings and Status Conference via Zoom.

**WHEREFORE**, counsel for First State Bank of the Florida Keys, respectfully requests that the Court enter an Order permitting Rilyn A. Carnahan and/or Mahra C. Sarofsky, Esq. to attend the May 27, 2026, 3:00 p.m. hearings and Status Conference via remote video conference.

Dated: <u>May 22, 2026</u>

**LIPPES MATHIAS, LLP**

<u>/s Rilyn A. Carnahan</u>
MICHAEL R. BAKST, ESQ.
Florida Bar No.: 866377
RILYN A. CARNAHAN, ESQ.
Florida Bar No.: 614831
4420 Beacon Cir.
West Palm Beach, FL 33407
T: (561) 842-3000 ext. 1638
Email: rcarnahan@lippes.com

RAC/mab

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF, or by first class U.S. mail on those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing as indicated on the Manual Service List below.

<u>/s/ Rilyn A. Carnahan</u>
Rilyn A. Carnahan, Esq.

**Mailing Information for Case 6:26-bk-00399-LVV**

**Electronic Mail Notice List**
The following is the list of **parties** who are currently on the list to receive email notice/service for this case.
- **Bradley J Anderson**    banderson@zkslaw.com, jconcannon@zkslaw.com;mpickren@zkslaw.com;service@zkslaw.com
- **Bank of America (EM)**    elliott.myers@bankofamerica.com
- **L. Todd Budgen**    todd@c11trustee.com, ltbudgen@ecf.courtdrive.com,bnc@mybankruptcyfirm.com,F006@ecfcbis.com
- **Phil A D'Aniello**    pdaniello@fassettlaw.com, tsadaka@fassettlaw.com
- **Frederic J DiSpigna**    fdispigna@mlg-defaultlaw.com, mlgfl-bk@mlg-defaultlaw.com;ecf@mlg-defaultlaw.com;MLGBK@ecf.courtdrive.com
- **Wanda D Murray**    wanda.murray@usdoj.gov
- **Mahra C Sarofsky**    msarofsky@lippes.com, WROJAS@LIPPES.COM;MBIRD@LIPPES.COM;adukesmunroe@lippes.com
- **James Timko**    jtimko@deanmead.com, mgodek@deanmead.com
- **United States Trustee - ORL7/13**    USTP.Region21.OR.ECF@usdoj.gov
- **Daniel A Velasquez**    dvelasquez@lathamluna.com, bknotice1@lathamluna.com;bknotice2@ecf.courtdrive.com

**Manual Notice List**
The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).
- (No manual recipients)