B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Martin Charles Flynn, Jr.**

Debtor(s)

Case No. _____

Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **35,932.00** |
   | Prior to the filing of this statement I have received | $ | **35,932.00** |
   | Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

   ☐ Debtor     ■ Other (specify):    **Tracey Flynn**

3.  The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [List other services that counsel has agreed to provide]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 22, 2026**

*Date*

**/s/ Daniel A. Velasquez**

**Daniel A. Velasquez 0098158**
*Signature of Attorney*
**Latham Luna Eden & Beaudine LLP**
**201 S. Orange Avenue**
**Suite 1400**
**Orlando, FL 32801**
**(407) 481-5800  Fax: (407) 481-5801**
**dvelasquez@lathamluna.com**
*Name of law firm*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

MARTIN CHARLES FLYNN, JR.,

Debtor.

_____/

CASE NO.: 6:26-bk-00399-LVV
CHAPTER 11

*Subchapter V Election*

## PROOF OF SERVICE

I HEREBY CERTIFY that a true copy of the **Disclosure of Compensation of Attorney for Debtor(s)** has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: **Martin Flynn,** 14556 Saint Georges Hill Drive, Orlando, FL 32828; all parties entitled to receive electronic noticing via CM/ECF; **Subchapter V Trustee, L. Todd Budgen,** P.O. Box 520546, Longwood, Florida 32752; and the **U.S. Trustee**, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801; this 22nd day of May 2026.

/s/ Daniel A. Velasquez
**Daniel A. Velasquez, Esq.**
Florida Bar No. 0098158
dvelasquez@lathamluna.com
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
Bknotice1@lathamluna.com
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile:  407-481-5801
*Attorney for the  Debtor*