**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**

**MARTIN CHARLES FLYNN, JR.**

       **Debtor.**

_____/

**Case No: 6:26-bk-00399-LVV**
**CHAPTER 11**

*Subchapter V Election*

**AMENDED VERIFIED STATEMENT PURSUANT TO RULE 2014 OF THE**
**FEDERAL RULES OF BANKRUPTCY PROCEDURE IN SUPPORT OF**
**THE APPLICATION OF MARTIN CHARLES FLYNN, JR. TO EMPLOY DANIEL A.**
**VELASQUEZ AND THE LAW FIRM OF LATHAM, LUNA, EDEN & BEAUDINE, LLP**
**AS DEBTOR'S COUNSEL, AS OF THE PETITION DATE**

I, Daniel A. Velasquez, in accordance with F.R.B.P. 2014, make the following amended verified statements in support of the Application of Martin Charles Flynn, Jr., to Employ Daniel A. Velasquez and the Law Firm of Latham, Luna, Eden & Beaudine, LLP, as Debtor's Counsel, as of the Petition Date ("Application"):

1. I am a partner with the firm of Latham, Luna, Eden & Beaudine, LLP ("Latham Luna"), and have been duly admitted to practice in this Court.

2. Latham Luna was retained by the Debtor on or about February 18, 2026, and has been kept current on its bills and has not received any preferential payments as defined in 11 U.S.C. § 547.

3. This Amended Verified Statement supplements the verified statement originally filed in support of the Application. This Amended Verified Statement is filed to disclose additional information discovered during the process of amending Debtor's Schedules and Statement of Financial Affairs.

4. Following further research into the Debtor's Assets and Interests, and based upon additional information provided during the process of amending Debtor's Schedules, Latham Luna

1

learned that the Debtor owns a 16% minority, non-controlling interest in Tiered Capital, Inc., Tiered Capital, Inc. which was originally one of four equal share beneficiaries of the Tiered Land Trust, along with Homemakers Real Estate, LLC, A Marine, Inc. and Yaniv Amar. The Tiered Land Trust was created by Land Trust Agreement dated September 13, 2023 and, at one time, held title to certain property and business interests. The Tiered Land Trust has since been dissolved and no longer retains any property or business interests following its dissolution on March 17, 2025.

5.      Latham Luna further discloses that Justin M. Luna, another partner/attorney with Latham Luna, currently represents Mainstreet Community Bank of Florida ("Mainstreet") in that certain action pending in the Eighteenth Judicial Circuit in and for Brevard County Florida titled: *MAINSTREET COMMUNITY BANK OF FLORIDA v. HOMEMAKERS REAL ESTATE, LLC, et al.,* Case No. 05-2025-CA-027661-XXCA-BC. It is my understanding that Mainstreet does not hold an interest adverse to the Debtor. Rather, it appears that to the extent Mainstreet and the Debtor retain interests against Homemakers Real Estate, LLC, their interests are aligned and not adverse. Mainstreet also is not pursuing any action adverse to the Debtor or his property. Thus, it does not appear as though there are any conflicts which prevent Latham Luna from representing the Debtor as a disinterested party.

6.      To the best of the Debtor's knowledge, Latham Luna represents no interest adverse to the Debtor or to the estate in matters upon which it is to be engaged, and the employment of Latham Luna would be in the best interest of the estate.

7.      Based on the facts currently known to Latham Luna, Latham Luna does not believe the above-disclosed information creates an actual conflict of interest or materially limits Latham Luna's representation of the Debtor in this Chapter 11 case. This disclosure is being made to supplement the prior Rule 2014 disclosure and to allow the Court, the United States Trustee, and parties in interest to consider the disclosure in connection with the Application.

8.      Latham Luna is not a creditor of the Debtor and was not owed any money from the Debtor at the time Latham Luna became involved in the Debtor's case.

9.      Further, the undersigned is not aware of any conflict or potential conflict relating to the employment of Latham Luna as counsel for Debtor in this case, does not hold any interest adverse to the Debtor's estate; and believes it is a "disinterested person" as defined within § 101(14) of the Bankruptcy Code.

10.      Latham Luna has no connection with the U.S. Trustee's office, or any person employed at the U.S. Trustee's office.  Partners and associates of Latham Luna have dealt with the U.S. Trustee's office in other cases and have social contact with various attorneys of the U.S. Trustee's office.

11.      The factual statements set forth in this Amended Verified Statement have been made based on (1) a personal review by me and my staff of the list of creditors of the Debtor and the case records from the associated Homemakers Real Estate, LLC and Mainstreet Community Bank of Florida matters, (2) a computer search of Latham Luna's client list, and (3) a memorandum circulated to all of Latham Luna's attorneys requesting information as to whether a conflict would exist if this representation were undertaken, and (4) additional information learned through further research into the Debtor's business and entity interests as disclosed herein.  Except as disclosed above, these efforts did not reveal any conflicts.

I verify, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

**DATED AND EXECUTED** this 26th day of May 2026.

*/s/ Daniel A. Velasquez*
**Daniel A. Velasquez, Esq.**
Florida Bar No. 0098158
dvelasquez@lathamluna.com

LATHAM, LUNA, EDEN & BEAUDINE, LLP
Bknotice1@lathamluna.com
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Fax: 407-481-5801
*Attorney for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**

                                                   **Case No: 6:26-bk-00399-LVV**
**MARTIN CHARLES FLYNN, JR.**          **CHAPTER 11**


        **Debtor.**

_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true copy of the foregoing has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: **Martin Charles Flynn Jr,** 14556 Saint Georges Hill Drive, Orlando, FL 32828; all parties entitled to receive electronic noticing via CM/ECF; the twenty largest unsecured creditors as shown on the matrix attached to the original of this pleading filed with the Court; and the **U.S. Trustee, c/o Wanda Murray,** 400 W. Washington Street, Suite 1100, Orlando, Florida 32801; this 26th day of May 2026.


                                        _/s/ Daniel A. Velasquez_____
                                        **Daniel A. Velasquez, Esq.**
                                        Florida Bar No. 0098158
                                        dvelasquez@lathamluna.com
                                        **LATHAM, LUNA, EDEN & BEAUDINE, LLP**
                                        Bknotice1@lathamluna.com
                                        201 S. Orange Ave., Suite 1400
                                        Orlando, Florida 32801
                                        Telephone: 407-481-5800
                                        Fax: 407-481-5801
                                        *Attorney for the Debtor*

Label Matrix for local noticing
113A-6
Case 6:26-bk-00399-LVV
Middle District of Florida
Orlando
Tue May 26 12:38:43 EDT 2026

Austin Commons LP
1011 Cherry Avenue
Nashville TN 37203-4755

Bank of America
PO Box 851001
Dallas TX 75285-1001

Bank of America
PO Box 660441
Dallas TX 75266-0441

Billd Exchange LLC
Attn: RJ Haughey II Esq
401 E Jackson Street
Suite 2225
Tampa FL 33602-5213

Cape Crossing Town Homeowners Association In
4320 S Babcock St Suite 102
Melbourne FL 32901-8863

Chase Ink
PO Box 15123
Wilmington, DE 19850-5123

Chase Prime Visa
PO Box 15123
Wilmington, DE 19850-5123

Cherry Village LP
421 NE 12th Avenue
Homestead FL 33030-6259

Citi Cards
PO Box 658202
Dallas TX 75265-8202

David McPhillips
4907 Bayshore Blvd 116
Tampa FL 33611-3875

Horton S Johnson
10226 Curry Ford Road
Suite 107 PMB 1036
Orlando FL 32825-8735

Internal Revenue Service
PO Box 1303
Charlotte NC 28201-1303

Iseley Fugitt
1400 Prudential Drive
Suite 3
Jacksonville FL 32207-8177

James A. Timko, Esq.
DEAN, MEAD, EGERTON, BLOODWORTH,
CAPOUANO & BOZARTH, P.A.
420 S. Orange Avenue, Suite 700
Orlando, Florida 32801-4911

Launch Credit Union
300 S Plumosa St
Merritt Island FL 32952-3526

Monroe County Property Tax Collector
PO Box 1129
Key West FL 33041-1129

Tracey Flynn
14556 Saint Georges Hill Drive
Orlando FL 32828-8035

End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17