**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**

**MARTIN CHARLES FLYNN, JR.**

**Case No: 6:26-bk-00399-LVV**
**CHAPTER 11**

**Debtor.**

_____/

**AMENDED STATEMENT OF DANIEL A. VELASQUEZ AND**
**LATHAM, LUNA, EDEN & BEAUDINE, LLP,**
**PURSUANT TO 11 U.S.C. § 329(a) AND RULE 2016(b),**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

**DANIEL A. VELASQUEZ** and the law firm of **LATHAM, LUNA, EDEN &**

**BEAUDINE, LLP** ("Latham Luna"), in accordance with 11 U.S.C. § 329(a) and F.R.B.P. 2016(b),

files this Amended Statement and states as follows:

1. On April 8, 2026, Latham Luna filed its Statement Pursuant to 11 U.S.C. § 329(a) and

F.R.B.P. 2016(b) of the Federal Rules of Bankruptcy Procedure (Doc. No. 59);

2. This Amended Statement is filed to correct the source of the advance fee of

$35, 932.00. The advance fee was paid by Tracey Flynn, the Debtor's wife, from funds provided as a

gift to the Debtor.

3. Except as mended herein, the Statement remains unchanged.

**RESPECTFULLY SUBMITTED** this 27th day of May 2026.

/s/ Daniel A. Velasquez
Daniel A. Velasquez, Esq.
Florida Bar No. 0098158
dvelasquez@lathamluna.com
**Latham, Luna, Eden & Beaudine, LLP**
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800

1

Facsimile:  407-481-5801
*Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

            **Case No: 6:26-bk-00399-LVV**

**MARTIN CHARLES FLYNN, JR.**   **CHAPTER 11**

  **Debtor.**

_____/

## CERTIFICATE OF SERVICE

 **I HEREBY CERTIFY** that a true copy of the foregoing has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: **Martin C. Flynn, Jr.,** 14556 Saint Georges Hill Drive, Orlando, Florida 32828; all parties entitled to receive electronic noticing via CM/ECF; the twenty largest unsecured creditors as shown on the matrix attached to the original of this pleading filed with the Court; and the **U.S. Trustee, c/o Wanda Murray,** 400 W. Washington Street, Suite 1100, Orlando, Florida 32801; this 27th day of May 2026.

         /s/ Daniel A. Velasquez_____
         **Daniel A. Velasquez, Esq.**
         Florida Bar No. 0098158
         dvelasquez@lathamluna.com
         **LATHAM, LUNA, EDEN & BEAUDINE, LLP**
         Bknotice1@lathamluna.com
         201 S. Orange Ave., Suite 1400
         Orlando, Florida 32801
         Telephone: 407-481-5800
         Fax: 407-481-5801
         *Attorney for the Debtor*

Label Matrix for local noticing
113A-6
Case 6:26-bk-00399-LVV
Middle District of Florida
Orlando
Tue May 26 12:38:43 EDT 2026

Austin Commons LP
1011 Cherry Avenue
Nashville TN 37203-4755

Bank of America
PO Box 851001
Dallas TX 75285-1001

Bank of America
PO Box 660441
Dallas TX 75266-0441

Billd Exchange LLC
Attn: RJ Haughey II Esq
401 E Jackson Street
Suite 2225
Tampa FL 33602-5213

Cape Crossing Town Homeowners Association In
4320 S Babcock St Suite 102
Melbourne FL 32901-8863

Chase Ink
PO Box 15123
Wilmington, DE 19850-5123

Chase Prime Visa
PO Box 15123
Wilmington, DE 19850-5123

Cherry Village LP
421 NE 12th Avenue
Homestead FL 33030-6259

Citi Cards
PO Box 658202
Dallas TX 75265-8202

David McPhillips
4907 Bayshore Blvd 116
Tampa FL 33611-3875

Horton S Johnson
10226 Curry Ford Road
Suite 107 PMB 1036
Orlando FL 32825-8735

Internal Revenue Service
PO Box 1303
Charlotte NC 28201-1303

Iseley Fugitt
1400 Prudential Drive
Suite 3
Jacksonville FL 32207-8177

James A. Timko, Esq.
DEAN, MEAD, EGERTON, BLOODWORTH,
CAPOUANO & BOZARTH, P.A.
420 S. Orange Avenue, Suite 700
Orlando, Florida 32801-4911

Launch Credit Union
300 S Plumosa St
Merritt Island FL 32952-3526

Monroe County Property Tax Collector
PO Box 1129
Key West FL 33041-1129

Tracey Flynn
14556 Saint Georges Hill Drive
Orlando FL 32828-8035

End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17