

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/27/2026 03:00 PM

COURTROOM   6C, 6th Floor

## HONORABLE LORI VAUGHAN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:26-bk-00399-LVV** | **11** | **01/22/2026** |

**Chapter 11**

**DEBTOR:**     Martin Flynn

**DEBTOR ATTY:**  **Daniel Velasquez**

**TRUSTEE:**     **L. Budgen**

**HEARING:**

1) Status Conference
~2) Application to Employ DANIEL A. VELASQUEZ AND THE LAW FIRM OF LATHAM, LUNA, EDEN & BEAUDINE, LLP as
                Debtor's Counsel As of Petition Date (Doc #57)
3) Motion by Pedixon LLC to Set Last Day to File Proofs of Claim (Doc #84)
Objection by HOrton Johnson to Motion to Reset Proof of Claims Bar Date (Doc #89)
Note: cont from 4/21/26
Converted 13 to 11 on 3/18/26
341: 5/4/26 2pm
Case Mgmt Summary (Doc #53)
Chapter 11 Small Business Subchapter V Plan (Doc #66)
MORs:
March 2026 (Doc #79)
April 2026 (Doc #80)
Pending:
1) Motion by Pedixon LLC to Dismiss Case or Convert Bankruptcy Case. (Doc #81)

**APPEARANCES:**:
Dan Velasquez: Debtor; James Timko: Pedixon LLC; Rilyn Carnahan: First State Bank of the Florida Keys; Matthew Leibert:
Horton Johnson

 **RULING:**
1) Status Conference - Continued to 7/21/2026 at 1:30pm (AOCNFNG)

Court may issue an order setting judicial settlement conference.

2)   Application to Employ DANIEL A. VELASQUEZ AND THE LAW FIRM OF LATHAM, LUNA, EDEN & BEAUDINE, LLP as
Debtor's Counsel As of Petition Date   (Doc #57) - Approved; order by Velasquez.

3)   Motion by Pedixon LLC to Set Last Day to File Proofs of Claim   (Doc #84) -   Objection by HOrton Johnson to Motion to
Reset Proof of Claims Bar Date   (Doc #89) - Granted; order by Timko.

4) Motion by Pedixon LLC to Dismiss Case or Convert Bankruptcy Case. (Doc #81) - Set for preliminary hearing 7/21/2026 at 1:30pm *Timko to notice*

(aj)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.