ORDERED.

**Dated:  June 11, 2026**

Lori V Vaughan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**In re:**

**MARTIN CHARLES FLYNN, JR.,**

                                                            **Case No: 6:26-bk-00399-LVV**
                                                            **CHAPTER 11**

           **Debtor.**

_____/

**ORDER APPROVING APPLICATION TO EMPLOY DANIEL A. VELAZQUEZ
AND THE LAW FIRM OF LATHAM, LUNA, EDEN & BEAUDINE, LLP AS
DEBTOR'S COUNSEL, AS OF PETITION DATE**

THIS CASE came before the Court on May 27, 2026 at 3:00 p.m. (the "Hearing")

upon the *Application of Martin Charles Flynn, Jr., to Employ Daniel A. Velasquez and the Law*

*Firm of Latham, Luna, Eden & Beaudine, LLP as Debtor's Counsel, as of Petition Date* [Doc.

No. 57] (the "Application"), filed by **Martin Charles Flynn, Jr.,** ("Debtor"). Upon consideration of

the Application, the Court notes that the Application was served upon the United States Trustee

and all interested parties with the Local Rule 2002-4 negative notice legend informing the parties

of their opportunity to object within fourteen (14) days plus three days for mailing from the date

the paper was entered on the docket and that no party has filed an objection within the time permitted. Accordingly, it is

**ORDERED:**

1. The Application is **APPROVED**.

2. The Debtor is authorized to employ Daniel A. Velasquez and the Law Firm of Latham, Luna, Eden & Beaudine, LLP, as Debtor's Counsel, to perform the tasks, including but not limited to, those set forth in the Application and pursuant to the terms set forth in the Application.

3. Daniel A. Velasquez and the Law Firm of Latham, Luna, Eden & Beaudine, LLP shall apply for compensation for professional services rendered and reimbursement of expenses pursuant to 11 U.S.C. §§330 and 331 and all other applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedures, this Court's Local Rules, and this Court's Guidelines for Fee Applications.

4. Compensation will be determined later in accordance with 11 U.S.C §330. The hourly rate in the Application is not guaranteed and is subject to review.

5. The factual representations set forth in the application with respect to Debtor's business interests are not binding on any party, and the Court is not making any determination regarding those representations at this time.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###

Attorney Daniel A. Velasquez is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.