ORDERED.

**Dated:  June 11, 2026**

Lori V. Vaughan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

MARTIN CHARLES FLYNN, JR.,

Case No. 6:26-bk-00399-LVV
Chapter 11

    Debtor.

**ORDER GRANTING MOTION TO RESET PROOF OF CLAIMS BAR DATE**
**AS MAY 27, 2026**

This case came on for consideration on May 27, 2026 at 3:00 p.m. upon the Motion to Reset Claims Bar Date as May 27, 2026 ("**Motion**") (Doc. No. 84), filed by Creditor and Movant, Pedixon, LLC ("**Movant**").  The Court considering the Motion, the Debtor not objecting to the relief requested, the Objection of Horton Johnson, the statements of counsel at the hearing, for the reasons stated on the record and for good cause, it is:

**ORDERED:**

1.      The Motion is GRANTED.

2

2. The claims bar date for non-governmental creditors is reset to May 27, 2026. Debtor's right to contest the claims of Movant on any grounds other than untimeliness are reserved and preserved.

# # #

Attorney James A. Timko is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of the entry of this order.

6456542.v2
6466005.v1