IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA

IN RE:

TUFFY ASSOCIATES CORPORATION,
a foreign corporation,

                                   Case No. 2026-CA-000477

    Assignor,

TO:

PHILIP J. VON KAHLE,

    Assignee.

_____/

**NOTICE OF FILING AFFIDAVIT**

Philip J. von Kahle, Assignee, gives notice of filing the attached Affidavit of Elisa Patente, that on June 11, 2026, service of the Notice and Motion to Reject Lease and Sublease of Nonresidential Real Property was served on the parties listed on the mailing matrix attached to the Affidavit.

DATED this 12th day of June 2026.

6482310.v1

*/s/ James A. Timko*
JAMES A. TIMKO, ESQ.
Florida Bar No.: 0088858
Primary Email: jtimko@deanmead.com
Secondary Email: mgodek@deanmead.com
bkilgore@deanmead.com
DEAN, MEAD, EGERTON, BLOODWORTH,
CAPOUANO & BOZARTH, P.A.
420 S. Orange Avenue, Suite 700
Orlando, FL 32801
Telephone 407-841-1200
Facsimile 407-423-1831
*Attorneys for Philip J. von Kahle*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 12, 2026, the foregoing was filed via the Florida Courts

E-Filing Portal, which will electronically serve a copy upon all counsel of record.

*/s/ James A. Timko*
JAMES A. TIMKO, ESQ.

2

6482310.v1

**AFFIDAVIT**

STATE OF FLORIDA          )
COUNTY OF BROWARD    )

NOW COMES, Elisa Patente, who being duly sworn, deposes and says:

On June 11, 2026 in the normal course of my duties as an employee of Michael Moecker & Associates, I served the following document: **NOTICE AND MOTION TO REJECT LEASE AND SUBLEASE OF NONRESIDENTIAL REAL PROPERTY,** with respect to the Assignment Proceeding Entitled Tuffy Associates Corporation to Philip J. Von Kahle Assignee by electronic mail or depositing same in a U.S. Mail depository, enclosed in a postpaid, envelope addressed to the parties listed on the annexed Schedule.

FURTHER AFFIANT SAYETH NAUGHT

_____

Elisa Patente

SWORN TO and subscribed before me
by means of physical presence
this 11th day of June 2026

_____
Notary Public, State of Florida at Large

Notary Public State of Florida
Selene Lisa Tovar
My Commission HH 458610
Expires 10/25/2027

(NOTARY SEAL)
MY COMMISSION EXPIRES

^^ = Undeliverable/Email

Bettendorf Investors, LLC
1444 NW 124th Ct.
Des Moines IA 50325

Connecticut Ave. Holding LLC
104 Sharron Ave
Plattsburgh, NY 12901

CP Mira Monte, LLC
c/o John M. Childs
646 S. 600 West
Genola, UT 84655

Knox GSP GP
c/o James and Laura Rogers
105 Coventry Wynd Rd.
Kingsport, TN 37664

Lavi Harel
Executor of the Estate
of Adina Harel
2630 Tuskawilla Rd
Oviedo, FL 32765

Matt C. Morris
701 MARKET STREET
SUITE 1000
ST LOUIS, MO 63101

Riverview FL
c/o Stanley Hanin
PO Box 540509
Orlando, FL 32854

SA Leesburg Properties LLC
14620 N. Nebraska Ave.
Bldg. B
Tampa, FL 33613

SA Leesburg Properties LLC
Reg Agent - SPF MGT. CO., LLC
13922 MONROES
BUSINESS PARK
TAMPA, FL 33635

Seminole County Tax Collector
P.O. Box 630
Sanford, FL 32772-0630

Shutts & Bowen LLP
Peter H. Levitt
200 South Biscayne Blvd
Ste. 4100
Miami, FL 33131

INSOLVENCY UNIT
District Dir. Of IRS CHIEF (SPF)-Mstop 57
400 W. BAY STREET
JACKSONVILLE, FL 32202

INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY
1248 N UNIVERSITY DR.
PLANTATION, FL 33322

STATE OF FLORIDA DEPT OF REV
ATTN: BANKRUPTCY
POST OFFICE BOX 8045
TALLAHASSEE, FL 32314-8045

INTERNAL REVENUE SERVICE
DISTRICT COUNSEL, DEPT. TREASURY
51 S.W. 1ST AVENUE, RM 1114, STOP 8000
MIAMI, FL 33130

FLORIDA POWER & LIGHT
BANKRUPTCY  RRD/LFO
4200  W FLAGLER STREET
MIAMI, FL 33134

Internal Revenue Service
c/o D Stewart
401 W Peachtree St., NW
Room 900, 334-D
Atlanta, GA 30308

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Department of the Treasury
Internal Revenue Service
Ogden, UT  84201-0012

Florida Department of Revenue
3750 NW 87th Ave
Ste 300
Doral, FL 33178-2430

!SS Realty, LLC
132 Sheppard Ave. W.
Suite 100
N. York, Ontario M2N 1M5