**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

MARTIN CHARLES FLYNN, JR.,

Debtor.

_____/

CASE NO.: 6:26-bk-00399-LVV
CHAPTER 11

*Subchapter V Election*

### PROOF OF SERVICE

I HEREBY CERTIFY that a true copy of the **Order Approving Application to Employ Daniel A. Velasquez and the Law Firm of Latham, Luna, Eden & Beaudine, LLP as Debtor's Counsel, as of Petition Date (Doc. No. 96)** has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: **Martin Flynn,** 14556 Saint Georges Hill Drive, Orlando, FL 32828; all parties entitled to receive electronic noticing via CM/ECF; the twenty largest unsecured creditors as shown on the attached mailing matrix; **Subchapter V Trustee, L. Todd Budgen,** P.O. Box 520546, Longwood, Florida 32752; and the **U.S. Trustee**, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801; this 12th day of June 2026.

/s/ Daniel A. Velasquez
**Daniel A. Velasquez, Esq.**
Florida Bar No. 0098158
dvelasquez@lathamluna.com
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
Bknotice1@lathamluna.com
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile:  407-481-5801
*Attorney for the  Debtor*

Label Matrix for local noticing
113A-6
Case 6:26-bk-00399-LVV
Middle District of Florida
Orlando
Fri Jun 12 10:43:09 EDT 2026

Austin Commons LP
1011 Cherry Avenue
Nashville TN 37203-4755

Bank of America
PO Box 851001
Dallas TX 75285-1001

Bank of America
PO Box 660441
Dallas TX 75266-0441

Billd Exchange LLC
Attn: RJ Haughey II Esq
401 E Jackson Street
Suite 2225
Tampa FL 33602-5213

Cape Crossing Town Homeowners Association In
4320 S Babcock St Suite 102
Melbourne FL 32901-8863

Chase Ink
PO Box 15123
Wilmington, DE 19850-5123

Chase Prime Visa
PO Box 15123
Wilmington, DE 19850-5123

Cherry Village LP
421 NE 12th Avenue
Homestead FL 33030-6259

Citi Cards
PO Box 658202
Dallas TX 75265-8202

David McPhillips
4907 Bayshore Blvd 116
Tampa FL 33611-3875

Horton S Johnson
10226 Curry Ford Road
Suite 107 PMB 1036
Orlando FL 32825-8735

Internal Revenue Service
PO Box 1303
Charlotte NC 28201-1303

Iseley Fugitt
1400 Prudential Drive
Suite 3
Jacksonville FL 32207-8177

James A. Timko, Esq.
DEAN, MEAD, EGERTON, BLOODWORTH,
CAPOUANO & BOZARTH, P.A.
420 S. Orange Avenue, Suite 700
Orlando, Florida 32801-4911

Launch Credit Union
300 S Plumosa St
Merritt Island FL 32952-3526

Monroe County Property Tax Collector
PO Box 1129
Key West FL 33041-1129

Tracey Flynn
14556 Saint Georges Hill Drive
Orlando FL 32828-8035

End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17