Certificate Number: 16339-FLM-DE-041088616

Bankruptcy Case Number: 26-00399



16339-FLM-DE-041088616

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 12, 2026, at 4:19 o'clock PM EDT, Martin Flynn Jr. completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Florida.

Date:   June 12, 2026                    By:   /s/Kris Krumal

                                         Name:   Kris Krumal

                                         Title:   Certified Financial Counselor