Fill in this information to identify the case:

Debtor Name _MARTIN C. FLYNN, JR._

United States Bankruptcy Court for the: _MIDDLE DISTRICT FLORIDA_

Case number: _6:26-BK-00399_

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                    12/17

Month: _MAY_

Date report filed: _06/12/2026_
MM / DD / YYYY

Line of business: _RESIDENTIAL REAL ESTATE_

NAISC code: _53110_

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _MARTIN C FLYNN, JR_

Original signature of responsible party _[signature]_

Printed name of responsible party _MARTIN C. FLYNN, JR_

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name _MARTIN C Flynn JR_      Case number _6:26-BK-00399_

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.   $ _353.74_

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

   Report the total from *Exhibit C* here.   $ _____

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.   − $ _____

   Report the total from *Exhibit D* here.

22. **Net cash flow**

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit*.   + $ _____

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.   = $ _353.74_

   This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

   (*Exhibit E*)   $ _0_

Debtor Name MARTIN C Flynn JR   Case number 6:25-B1L-00399

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**   $ 0

  *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?   0

27. What is the number of employees as of the date of this monthly report?   0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ 0

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 0

30. How much have you paid this month in other professional fees?   $ 0

31. How much have you paid in total other professional fees since filing the case?   $ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ ___ | − | $ ___ | = | $ ___ |
| 33. **Cash disbursements** | $ ___ | − | $ ___ | = | $ ___ |
| 34. **Net cash flow** | $ ___ | − | $ ___ | = | $ ___ |

35. Total projected cash receipts for the next month:   $ 0

36. Total projected cash disbursements for the next month:   - $ 0

37. Total projected net cash flow for the next month:   = $ 0

Debtor Name _MARTIN  C  Flynn JR_          Case number _6:26-BK-00399_

---

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41. Budget, projection, or forecast reports.

☑ 42. Project, job costing, or work-in-progress reports.

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
FOR THE PERIOD BEGINNING _5/1/26_ AND ENDING _5/31/26_

Name of Debtor: _MARTIN C FLYNN JR_ Case Number _6:26-BK-00399_
Date of Petition: _1/22/2026_

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 353.74 (a) | 353.74 (b) |
| 2. RECEIPTS: |  |  |
| A. Cash Sales |  |  |
| Minus: Cash Refunds | (-) |  |
| Net Cash Sales |  |  |
| B. Accounts Receivable |  |  |
| C. Other Receipts *(See MOR-3)* |  |  |
| (If you receive rental income, |  |  |
| you must attach a rent roll.) |  |  |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | . |  |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)* | 353.74 | 353.74 |
| 5. DISBURSEMENTS |  |  |
| A. Advertising |  |  |
| B. Bank Charges |  |  |
| C. Contract Labor |  |  |
| D. Fixed Asset Payments (not incl. in "N") |  |  |
| E. Insurance |  |  |
| F. Inventory Payments *(See Attach. 2)* |  |  |
| G. Leases |  |  |
| H. Manufacturing Supplies |  |  |
| I. Office Supplies |  |  |
| J. Payroll - Net *(See Attachment 4B)* |  |  |
| K. Professional Fees (Accounting & Legal) |  |  |
| L. Rent |  |  |
| M. Repairs & Maintenance |  |  |
| N. Secured Creditor Payments *(See Attach. 2)* |  |  |
| O. Taxes Paid - Payroll *(See Attachment 4C)* |  |  |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* |  |  |
| Q. Taxes Paid - Other *(See Attachment 4C)* |  |  |
| R. Telephone |  |  |
| S. Travel & Entertainment |  |  |
| Y. U.S. Trustee Quarterly Fees |  |  |
| U. Utilities |  |  |
| V. Vehicle Expenses |  |  |
| W. Other Operating Expenses *(See MOR-3)* |  |  |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* |  |  |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | 353.74 (c) | 353.74 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This _12_ day of _JUNE_ 20 _26_ .

_____
(Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completed correctly.

MOR-1

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

**"Other Receipts"** includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

MOR-2

## CHECK REGISTER

Name of Debtor: MARTIN C FLYNN JR  Case Number: 6:26-BK-00399

Reporting Period beginning: 5/1/2026    Period ending: 5/31/2026

NAME OF BANK: Wells Fargo    BRANCH: ORLANDO

ACCOUNT NAME: MARTIN Flynn

ACCOUNT NUMBER: XX8254

PURPOSE OF ACCOUNT: General

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| | N/A | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                                    $

**APPENDIX B**

# Wells Fargo Everyday Checking

May 31, 2026 ■ Page 1 of 5



MARTIN C FLYNN JR
DEBTOR IN POSSESSION
CH11 CASE #26-00399 (MFL)
14556 SAINT GEORGES HILL DR
ORLANDO FL 32828-8035

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS** (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

**Other Wells Fargo Benefits**

**Fraud and scam tips to help keep your money and information safe**

**Quickly spot check fraud and scams**
- Review check images at least monthly. If something doesn't look right, report it right away.
- Verify your recipient received the check.
- Set up "Checks posted yesterday" alerts in the Wells Fargo Mobile® app* or online banking to be notified when a check clears.
- Be wary if anyone sends you a check and asks you to send money back. That's likely a scam.

**Government impersonation scams**

Here's what to know:
- Scammers pose as government agencies to get your money or personal information.
- Never share your Social Security or Medicare number unless you're the one who initiated the contact.
- If you have a real tax issue, the IRS will always send you a letter. **Hang up on unexpected calls from the IRS,** even if the caller already has your Social Security number.
- If anyone urges you to move your money to a different account for any reason, even to "protect it", **assume it's a scam.**



Remember, always be cautious when you're asked for your personal information or money. Don't respond until you validate "who" and "why". You are in control when it's your money.

\* Sign-up may be required. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $353.74 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 5/31** | **$353.74** |

Account number: ʹ          **797 (primary account)**

**MARTIN C FLYNN JR**
**DEBTOR IN POSSESSION**
**CH11 CASE #26-00399 (MFL)**

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 063107513

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2026 - 05/31/2026 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet one of the options to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet one of the options to avoid the monthly service fee.

| How to avoid the monthly service fee<br>Have any **ONE** of the following each fee period | Minimum required | This fee period |
|---|---|---|
| • Minimum daily balance | $1,500.00 | $353.74 ☐ |
| • Total amount of qualifying electronic deposits | $500.00 | $0.00 ☐ |
| • Age of primary account owner | 17 - 24 | ☐ |

The monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
RC/RC

 IMPORTANT ACCOUNT INFORMATION

Effective July 1, 2026, the fee for stop payment requests on checks drawn on your account, or on pre-authorized (Automated Clearing House) items, will be $30 per item. The fee may not be applicable to all customers depending on the type of account you have. For more details, refer to the Fee and Information Schedule applicable to your account.

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

**Other Wells Fargo Benefits**



**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

**Other Wells Fargo Benefits**

**Wells Fargo is serious about security.**
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at **wellsfargo.com/security** to learn more.

May 31, 2026 ■ Page 4 of 5



## Important Information You Should Know

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts**

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **If your account has a negative balance:**

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ **In case of errors or questions about your electronic transfers:**

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ **In case of errors or questions about other transactions (that are not electronic transfers):**

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

May 31, 2026 ■ Page 5 of 5



| Number | Items outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total $ | |

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance shown on your statement.. . . . . . . . . . . . . . .   $_____

**ADD**

B. Any deposits listed in your   $_____
register or transfers into   $_____
your account which are not   $_____
shown on your statement.   + $_____
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $_____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   TOTAL $_____

**SUBTRACT**

C. The total outstanding checks and withdrawals from the chart above. . . . . . . . . - $_____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register. . . . . . . . . . . . . . . . . . . . . .   $_____

**To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.**

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

