**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
*www.flmb.uscourts.gov*

In re:

Martin Charles Flynn, Jr,                                 Case No.: 6:26-bk-00399-LVV
                                                          Chapter 11, Subchapter V

      Debtor.

_____/

## MEDIATION REPORT

The Honorable Roberta A. Colton, in her capacity as judicial mediator in this case, hereby files this report regarding the results of the mediation conducted on July 1 and July 15, 2026.  All parties attended the mediation sessions through counsel and with client representatives.

The matters sent for a judicial settlement conference have been resolved, and the parties are preparing settlement documents for presentation to the Court.

I certify that a true and correct copy of this Mediation Report has been filed in the above captioned case and furnished to the parties, via counsel, by the Court's CM/ECF system on this 21st day of July 2026.

Respectfully submitted,

    Roberta A. Colton
Hon. Roberta A. Colton
U.S. Bankruptcy Court
Middle District of Florida
801 N. Florida Ave., 9th Floor
Tampa, Florida 33602
*Judicial Mediator*