

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/21/2026 01:30 PM

COURTROOM   6C, 6th Floor

## HONORABLE LORI VAUGHAN

CASE NUMBER:                                        FILING DATE:

**6:26-bk-00399-LVV**          **11**          **01/22/2026**

**Chapter 11**

**DEBTOR:**          Martin Flynn


**DEBTOR ATTY:**   **Daniel Velasquez**

**TRUSTEE:**          **L. Budgen**

## HEARING:

1) Status Conference
2) Motion by Pedixon LLC to Dismiss Case or Convert Bankruptcy Case. (Doc #81)
Note: cont from 4/21/26, 5/27/26
Converted 13 to 11 on 3/18/26
341: 5/4/26 2pm
Case Mgmt Summary (Doc #53)
Chapter 11 Small Business Subchapter V Plan (Doc #66)
MORs:
March 2026 (Doc #79)
April 2026 (Doc #80)


**APPEARANCES:**:
 Dan Velasquez: Debtor; Martin Flynn; James Timko: Pedixon; Chris Crowder: FBC

**RULING:**
1)   Status Conference   - Chapter 11 Small Business Subchapter V Plan (Doc #66) - Confirmation is scheduled 9/1/2026 at 2:00pm; order by Court.

2)   Motion by Pedixon LLC to Dismiss Case or Convert Bankruptcy Case.   (Doc #81) - Resolved; 9019 to be filed.

(aj)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.