**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In Re:

                                       **CASE NO.: 6:26-bk-00399-LVV**

**MARTIN CHARLES FLYNN, JR.,**        **CHAPTER 11**

                                     *Subchapter V Election*

        **Debtor.**

_____/

**PROOF  OF SERVICE**

      **I HEREBY CERTIFY** that a true copy of the following: (i) ORDER (I) SCHEDULING HEARING ON CONFIRMATION OF PLAN OF REORGANIZATION, (II) SETTING RELATED, AND (III) SETTING DEADLINES FOR FILING ADMINISTRATIVE EXPENSE APPLICATIONS (Doc. No. 104); (ii) SUBCHAPTER V PLAN OF REORGANIZATION (Doc. No. 66);(iii) and VOTING BALLOT has been furnished by U.S. First Class, postage prepaid mail to **Martin Flynn,** 14556 Saint Georges Hill Drive, Orlando, FL 32828; all creditors and parties-in-interest, as shown on the matrix attached hereto; all parties entitled to receive electronic noticing via CM/ECF; **L. Todd Budgen, Subchapter V Trustee**, P.O. Box 520546, Longwood, Florida 32752; and the **U.S. Trustee,** 400 W. Washington Street, Suite 1100, Orlando, Florida 32801; this 22nd day of July 2026.

                                   /s/ Daniel A. Velasquez
                                   **Daniel A. Velasquez, Esq.**
                                   Florida Bar No. 0098158
                                   dvelasquez@lathamluna.com
                                   **LATHAM, LUNA, EDEN & BEAUDINE, LLP**
                                   Bknotice1@lathamluna.com
                                   201 S. Orange Ave., Suite 1400
                                   Orlando, Florida 32801
                                   Telephone: 407-481-5800
                                   Facsimile:  407-481-5801
                                   *Attorney for the  Debtor*

Label Matrix for local noticing
113A-6
Case 6:26-bk-00399-LVV
Middle District of Florida
Orlando
Wed Jul 22 15:37:39 EDT 2026

First State Bank of the Florida Keys
Lippes Mathias, LLP
c/o Mahra C. Sarofsky, Esq.
c/o Rilyn A. Carnahan, Esq.
4420 Beacon Cir.
West Palm Beach, FL 33407-3281

Pedixon, LLC
c/o James A. Timko, Esq.
Dean Mead et al
420 S. Orange Avenue
Suite 700
Orlando, FL 32801-4911

United States Trustee - ORL7/13 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

650 85th LLC
14556 Saint Georges Hill Drive
Orlando, FL 32828-8035

Austin Commons GP, LLC
c/o Joseph R. Prochaska
Reno & Cavanaugh, PLLC
424 Church Street Suite 2910
Nashville, TN 37219-2383

Austin Commons LP
1011 Cherry Avenue
Nashville TN 37203-4755

Austin Commons, LP
1011 Cherry Avenue
Altamonte Springs, FL 32701

Bank of America
PO BOX 660441
Dallas, TX 75266-0441

Bank of America
PO BOX 660861
Dallas, TX 75266-0861

Bank of America
PO BOX 851001
Dallas, TX 75285-1001

Bank of America (B of A Visa)
PO BOX 660441
Dallas, TX 75266-0441

Bank of America, N.A.
MARINOSCI LAW GROUP, P.C.
100 West Cypress Creek Road, Suite 1045
Fort Lauderdale, FL 33309-2191

Bank of America, N.A.
P.O. Box 31785
Tampa, FL 33631-3785

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

Billd Exchange LLC
Attn: RJ Haughey II Esq
401 E Jackson Street
Suite 2225
Tampa FL 33602-5213

Billd Exchange LLC
C/O RJ Haughey, II Esq
Suite 2225
Tampa, FL 33602

Billd Exchange, LLC
3800 N. Lamar Blvd. #210
AUSTIN, TX 78756-0003

Canaveral Crossing Resorts, Inc
5526 Hansel Avenue
Orlando, FL 32809-3405

Canaveral Crossroads, LLC
5526 Hansel Avenue
Orlando, FL 32809-3405

Cape Crossing Condominium Association Inc
4320 S Babcock St Suite 102
Melbourne FL 32901-8863

Cape Crossing Resort Management
4320 S Badcock Street
Suite 102
Melbourne, FL 32901-8863

Cape Crossing Town Homeowners Association In
4320 S Babcock St Suite 102
Melbourne FL 32901-8863

Cape Crossing Townhomeowners
4320 S Babcock St
Suite 102
Melbourne, FL 32901-8863

Chase Card Services
PO Box 15123
Wilmington DE 19850-5123

Chase Ink
PO BOX 15123
Wilmington, DE 19850-5123

Chase Prime Visa
PO BOX 15123
Wilmington, DE 19850-5123

Cherry Village GP, LLC
c/o Joseph R. Prochaska
Reno & Cavanaugh, PLLC
424 Church Street Suite 2910
Nashville, TN 37219-2383

Cherry Village LP
421 NE 12th Avenue
Homestead FL 33030-6259

Citi Cards
PO BOX 658202
Dallas, TX 75265-8202

David McPhillips
4907 Bayshore Blvd #116
Tampa, FL 33611-3875

David McPhillips
4907 Bayshore Blvd 116
Tampa FL 33611-3875

Fifth Third Bank
5050 Kingsley Drive
Cincinnati, OH 45227-1115

Fifth Third Bank N.A.
PO Box 9013
Addison, Texas 75001-9013

First State Bank
1201 Simonton Street
Key West, FL 33040-3162

First State Bank of the Florida Keys
RILYN A. CARNAHAN, ESQ
4420 Beacon Cir.
West Palm Beach, Florida 33407-3281

First State Bank of the Florida Keys
c/o Mahra Sarofsky, Esq. and Rilyn Carna
Lippes Mathias, LLP
4420 Beacon Circle
West Palm Beach, FL 33407-3281

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Horton Johnson
10226 Curry Ford Road
Suite 107, PMB 1036
Orlando, FL 32825-8735

Horton S Johnson
10226 Curry Ford Road
Suite 107 PMB 1036
Orlando FL 32825-8735

Internal Revenue Service
PO BOX 1303
Charlotte, NC 28201-1303

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Iseley Fugitt
1400 Prudential Drive
Suite 3
Jacksonville FL 32207-8177

J. Christopher Crowder
700 N Wickham Rd, Unit 205
Melbourne, FL 32935-8840

J. Jon Ashby
1201 Simonton Street
Key West, FL 33040-3111

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

James A. Timko, Esq.
DEAN, MEAD, EGERTON, BLOODWORTH,
CAPOUANO & BOZARTH, P.A.
420 S. Orange Avenue, Suite 700
Orlando, Florida 32801-4911

Jerry Holliday
Attn: Eric S Gillin Esq
222 N Harbor City Blvd
Melbourne FL 32935-6762

Jerry Holliday
C/O Eric S Gilin, Esq
222 N Harbor City Blvd
Melbourne, FL 32935-6762

Joseph Prochaska
Reno & Cavanaugh, PLLC
424 Church Street Suite 2910
Nashville, TN 37219-2383

Launch Credit Union
300 S Plumosa St
Merritt Island FL 32952-3526

Lowndes, Drosdick, Doster, Kantor & Reed, PA
PO Box 2809
Orlando, FL 32802-2809

Luis Cortes
c/o Peter F. Carr, Jr., Esq
203 E. Livingston St.
Orlando, FL 32801-1508

Luis Cortez
Attn: Peter Carr Esq
203 E Livingston Street
Orlando FL 32801-1508

Luis Cortez
C/O Peter Carr, Esq
203 E Livingston Street
Orlando, FL 32801-1508

MFT Holdings, LLC
14556 Saint Georges Hill Drive
Orlando, FL 32828-8035

MTF Holdings, LLC
14556 Saint Georges Hill Drive
Orlando, FL 32828-8035

Michael McPhillips
Fassett, Anthony & Taylor, P.A.
1325 W. Colonial Drive
Orlando, FL. 32804-7133

Mike McPhillips
310 Lagoon Way
Merritt Island, FL 32953-4132

Monroe County Property Tax Collector
PO Box 1129
Key West FL 33041-1129

Orange County Tax Collector
PO Box 545100
Orlando FL 32854-5100

PEDixon LLC
1627 East Vine Street
Suite E
Kissimmee, FL 34744-3719

Pedixon, LLC
c/o James A. Timko
Dean Mead
420 S. Orange Avenue, Ste. 700
Orlando, FL 32801-4911

SHANE P. SARVER
Zimmerman, Kiser & Sutcliffe, P.A.
P.O. Box 3000
Orlando, FL 32802-3000

Tamamoi, LLC
c/o Elizabeth Wulff, Esq.
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092-2871

The Carton Family Trust
C/O Audrey J Dixon, Esq
3550 Engineering Drive
Suite 260
Norcross, GA 30092-2871

The Carton Family Trust
c/o Elizabeth Wulff, Esq.
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092-2871

Tierd Capital, Inc
4409, Hoffner Avenue #348
Orlando, FL 32812-2331

Tracey Flynn
14556 Saint Georges Hill Drive
Orlando FL 32828-8035

WM Holdings Group LLC
c/o Shane Sarver Manager TriSt
4488 Heaton Park Trial
Viera, FL 32955-6760

WM Holdings Group, LLC
14556 Saint Georges Hill Drive
Orlando, FL 32828-8035

ZPD, LLC
c/o James A. Timko
Dean Mead
420 S. Orange Avenue, Ste. 700
Orlando, FL 32801-4911

Daniel A Velasquez
Latham, Luna, Eden & Beaudine, LLP
201 S. Orange Ave., Ste. 1400
Orlando, FL 32801-3483

L. Todd Budgen
Budgen Law
Post Office Box 520546
Longwood, FL 32752-0546

Martin Charles Flynn Jr
14556 Saint Georges Hill Drive
Orlando, FL 32828-8035

Shane P. Sarver
c/o Zimmerman, Kiser & Sutcliffe, P.A.
P.O. Box 3000
Orlando, FL 32802-3000

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BANK OF AMERICA, N.A.

(d)Bank of America
PO Box 660441
Dallas TX 75266-0441

(d)Bank of America
PO Box 851001
Dallas TX 75285-1001

(d)Canaveral Crossing Resorts, LLC
5526 Hansel Avenue
Orlando, FL 32809-3405

(d)Cape Crossing Resort Management
4320 S Badcock Street, Suite 102
Melbourne, FL 32901-8863

(d)Chase Ink
PO Box 15123
Wilmington, DE 19850-5123

(d)Chase Prime Visa
PO Box 15123
Wilmington, DE 19850-5123

(d)Cherry Village LP
421 NE 12th Avenue
Homestead, FL 33030-6259

(d)Citi Cards
PO Box 658202
Dallas TX 75265-8202

(d)Horton S Johnson
10226 Curry Ford Road
Suite 107 PMB 1036
Orlando, FL 32825-8735

(d)Internal Revenue Service
PO Box 1303
Charlotte NC 28201-1303

(d)Iseley Fugitt
1400 Prudential Drive
Suite 3
Jacksonville, FL 32207-8177

(d)Launch Credit Union
300 S Plumosa St
Merritt Island, FL 32952-3526

(d)PEDixon LLC
1627 East Vine Street Suite E
Kissimmee FL 34744-3719

(d)Tracey Flynn
14556 Saint Georges Hill Drive
Orlando, FL 32828-8035

(u)Various Sherwood Entities Debtor is guaran

(u)Horton S. Johnson

(u)Michael McPhillips

(u)Roberta A Colton

End of Label Matrix
Mailable recipients     75
Bypassed recipients     19
Total                   94