**Fill in this information to identify the case:**

Debtor Name ___MARTIN C. FLYNN, JR_____

United States Bankruptcy Court for the:_____ District of _____
(State)

Case number: ___26-bk-00399-LVV___

## Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of [ 07/28/2026 ] on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| WM Holdings Group, LLC | 100% | |
| MTF Holdings, LLC | 99% | |
| 650 85th, LLC | 100% | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name   MARTIN C. FLYNN, JR                                    Case number 26-bk-00399-LVV

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**

✘ _____
Signature of Authorized Individual

_____
Printed name of Authorized Individual

Date _____
MM / DD / YYYY

**For individual Debtors:**

✘ _____
Signature of Debtor 1

MARTIN FLYNN
Printed name of Debtor 1

Date 05/25/2026
MM / DD / YYYY

✘ _____
Signature of Debtor 2

_____
Printed name of Debtor 2

Date _____
MM / DD / YYYY

Debtor Name   MARTIN C. FLYNN, JR                                    Case number   26-bk-00399-LVV

**Exhibit A: Financial Statements for** [Name of Controlled Non-Debtor Entity]

WM HOLDINGS GROUP, LLC - No formal financial statements are maintained.

MTF HOLDINGS, LLC- No formal financial statements are maintained.

650 85TH, LLC- No formal financial statements are maintained.

Debtor Name    MARTIN C. FLYNN, JR                                    Case number 26-bk-00399-LVV

**Exhibit A-1: Balance Sheet for [Name of Controlled Non-Debtor Entity] as of** [date]

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

WM HOLDINGS GROUP, LLC- No formal financial statements are maintained.

MTF HOLDINGS, LLC- No formal financial statements are maintained.

650 85TH, LLC- No formal financial statements are maintained.

Type text here

Debtor Name   MARTIN C. FLYNN, JR          Case number 26-bk-00399-LVV

 **Exhibit A-2: Statement of Income (*Loss*) for [Name of Controlled Non-Debtor Entity] for period ending** [date]

[Provide a statement of income (*loss*) for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

WM HOLDINGS GROUP, LLC - No formal financial statements are maintained.

MTF HOLDINGS, LLC- No formal financial statements are maintained.

650 85TH, LLC- No formal financial statements are maintained.

Debtor Name  MARTIN C. FLYNN, JR

Case number 26-bk-00399-LVV

---

**Exhibit A-3: Statement of Cash Flows for** [Name of Controlled Non-Debtor Entity] **for period ending [date]**

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

   a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

   b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

WM HOLDINGS GROUP, LLC - No formal financial statements are maintained.

MTF HOLDINGS, LLC- No formal financial statements are maintained.

650 85TH, LLC- No formal financial statements are maintained.

Debtor Name    MARTIN C. FLYNN, JR

Case number    26-bk-00399-LVV



**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for [Name of Controlled Non-Debtor Entity] for period ending** [date]

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]


WM HOLDINGS GROUP, LLC- THERE IS NO STATEMENT OF CHANGE OF SHAREHOLDERS'/PARTNERS' EQUITY TO REPORT

MTF HOLDINGS, LLC- THERE IS NO STATEMENT OF CHANGE OF SHAREHOLDERS'/PARTNERS' EQUITY TO REPORT

650 85TH, LLC- THERE IS NO STATEMENT OF CHANGE OF SHAREHOLDERS'/PARTNERS' EQUITY TO REPORT

Debtor Name   MARTIN C. FLYNN, JR                           Case number 26-bk-00399-LVV

**Exhibit B: Description of Operations for [Name of Controlled Non-Debtor Entity]**

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

WM HOLDINGS GROUP, LLC is a passive holding LLC that holds membership interests in affiliated real-estate entities. It doe not conduct active trade or business operations. Debtor's interest is 100%.

MTF HOLDINGS, LLC is a passive holding company. It does not conduct trade-or-business operations, has no employees, and has no customer, vendor, or payroll relationships. Debtor's interest is 99%.

650 85th, LLC is a single-purpose real estate holding company whose sole asset is the real property ilocated at 650 85th Street Ocean, Marathon, FL.

Debtor Name    MARTIN C. FLYNN, JR
_____

Case number   26-bk-00399-LVV
_____

**Exhibit C: Description of Intercompany Claims**

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

WM HOLDINGS GROUP, LLC- THERE ARE NO CLAIMS TO REPORT.

MTF HOLDINGS, LLS- THERE ARE NO CLAIMS TO REPORT.

650 85TH, LLC- THERE ARE NO CLAIMS TO REPORT

Debtor Name   MARTIN C. FLYNN, JR

Case number 26-bk-00399-LVV

## Exhibit D: Allocation of Tax Liabilities and Assets

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

WM HOLDINGS GROUP, LLC - THERE HAVE BEEN NO ALLOCATIONS OF TAX LIABILITIES AND ASSETS.

MTF HOLDINGS, LLC- THERE HAVE BEEN NO ALLOCATIONS OF TAX LIABILITIES AND ASSETS.

650 85TH, LLC- THERE HAVE BEEN NO ALLOCATIONS OF TAX LIABILITIES AND ASSETS.

Debtor Name  MARTIN C. FLYNN, JR

Case number  26-bk-00399-LVV

 **Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

WM HOLDING GROUP, LLC-THERE ARE NO PAYMENTS OR ABLIGATIONS TO REPORT.

MTF HOLDINGS, LLC- THERE ARE NO PAYMENTS OR OBLIGATIONS TO REPORT.

650 85TH, LLC-THERE ARE NO PAYMENTS OR OBLIGATIONS TO REPORT.