**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| **In re:**<br><br>**MARTIN CHARLES FLYNN, JR.,**<br><br>**Debtor.**<br>_______________________________/ | **CASE NO.: 6:26-bk-00399-LVV**<br>**CHAPTER 11**<br><br>***Subchapter V Election***<br><br>**Hearing on Confirmation of Plan scheduled for September 1, 2026, at 2:00 p.m.** |

**SUMMARY OF APPLICATION OF DANIEL A. VELASQUEZ AND THE LAW FIRM OF LATHAM, LUNA, EDEN & BEAUDINE, LLP, FOR AWARD OF ATTORNEYS' FEES i/a/o $32,690.00 AND REIMBURSEMENT OF EXPENSES i/a/o $1,826.75 AND NOTICE OF ESTIMATED FEES AND COSTS THROUGH CONFIRMATION i/a/o $7,500.00**

**NOTICE OF APPLICATION FOR COMPENSATION AND OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

**Daniel A. Velasquez and The Law Firm of Latham, Luna, Eden & Beaudine, LLP, Counsel for the Debtor ("Applicant") has filed an application for compensation in the amount of $32,690.00 and reimbursement of expenses in the amount of $1,826.75 (the "Application") and notice of estimated fees and costs through confirmation i/a/o $7,500.00. A copy of the Application may be viewed on the case docket or may be obtained by request to Latham, Luna, Eden & Beaudine, LLP, counsel for the Debtor, at (407) 481-5800 or dvelasquez@lathamluna.com.**

**If you object to the Application, you must file an objection with the Clerk of Court at 400 West Washington Street, Suite 5100, Orlando, FL 32801, within 21 days from the date of the proof of service below, plus an additional three days if this notice was served on any party by U.S. Mail. If you file and serve an objection within the time permitted, the Court will either (1) notify you of a hearing date, or (2) consider the Application and approve or disapprove the Application without a hearing.**

**If you do not file an objection within the time permitted, the Court will consider that you do not oppose the Application, and the Court will consider the Application without further notice or hearing.**

| | |
|---|---|
| **Applicant's Name:** | **Latham, Luna, Eden & Beaudine, LLP** |
| **Applicant's Address:** | **201 S. Orange Ave., Ste. 1400**<br>**Orlando, FL 32801** |
| **Role of Applicant:** | **Counsel for the Debtor-in-Possession** |
| **Certifying Professional:** | **Daniel A. Velasquez** |
| **Date Petition Filed:** | **January 22, 2026** |
| **Date Notice of Conversion Filed:** | **March 3, 2026** |
| **Date conversion order entered:** | **March 18, 2026** |
| **Date of Order Authorizing Employment:** | **June 12, 2026** |
| **Date of Services Rendered:**<br>**(The "Application Period")** | **March 4, 2026, to August 17, 2026** |
| **Gross Amount of Professional Fees:** | **$ 32,690.00** |
| **Gross Amount of Requested Reimbursement for Disbursements and Expenses for Application Period:** | **$ 1,826.75** |
| **TOTAL GROSS AMOUNT REQUESTED FOR FEES AND DISBURSEMENTS:** | **$ 34,516.75** |
| **Estimated Fees and Expenses for August 18, 2026, to September 1, 2026** | **$ 7,500.00 (Fees & Expenses)** |
| **TOTAL REQUEST FOR FINAL AWARD FOR FEES AND DISBURSEMENTS**<br>**(before deducting Remaining Advance Retainer of $34,474.00)** | **$42,016.75** |
| **Total Net Balance Award:** | **$ 7,542.75** |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**In re:**

**MARTIN CHARLES FLYNN, JR.,**

**Debtor.**
_____________________________________/

**CASE NO.: 6:26-bk-00399-LVV**
**CHAPTER 11**

***Subchapter V Election***

**Hearing on Confirmation of Plan scheduled for September 1, 2026, at 2:00 p.m.**

**APPLICATION OF DANIEL A. VELASQUEZ AND THE LAW FIRM OF LATHAM, LUNA, EDEN & BEAUDINE, LLP, FOR AWARD OF ATTORNEYS' FEES i/a/o $32,690.00 AND REIMBURSEMENT OF EXPENSES i/a/o $1,826.75 AND NOTICE OF ESTIMATED FEES AND COSTS THROUGH CONFIRMATION i/a/o $7,500.00**

**DANIEL A. VELASQUEZ** and the law firm of **LATHAM, LUNA, EDEN & BEAUDINE, LLP**, ("Applicant" or "Latham Luna"), as counsel for **MARTIN CHARLES FLYNN, JR.,** ("FLYNN" or the "Debtor"), hereby submits its application for award of compensation ("Application") for services in the amount of $32,690.00 and reimbursement of actual expenses in the amount of $1,826.75, for a total reimbursement of fees and costs in the amount of $34,516.75 for the period commencing March 4, 2026 through August 17, 2026, ("Application Period"). Applicant also requests approval of estimated fees and expenses in the amount of $7,500.00 for the period August 18, 2026 through September 1, 2026, the date set for the hearing on confirmation of Debtor's plan of reorganization ("Confirmation Hearing"), and, in support thereof, states:

1. On January 22, 2026 (the "Petition Date"), the Debtor, acting pro se, filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code. Following conversion of

the case to Chapter 11, the Debtor has remained in possession of his property and has continued to manage his financial affairs as Debtor-in-Possession pursuant to 11 U.S.C. §§ 1107 and 1108.

2. On or about February 18, 2026, the Debtor retained Applicant to represent him in connection with the conversion of his Chapter 13 case to Chapter 11 and administration of the converted Chapter 11 case.

3. On March 3, 2026, the Debtor filed a Notice of Voluntary Conversion to Chapter 11 (Doc. No. 41). On March 18, 2026, the Court entered its Order Converting Case from Chapter 13 to Chapter 11 (Doc. 46).

4. On April 8, 2026, the Debtor filed his Application to Employ Daniel A. Velasquez and the Law Firm of Latham, Luna, Eden & Beaudine, LLP as Debtor's Counsel (Doc No. 57). The Court signed its Order approving employment on June 11, 2026, and the Order was entered on June 12, 2026 [Doc. No. 96]. The Order requires Applicant to seek compensation and reimbursement of expenses pursuant to 11 U.S.C. §§ 330 and 331 and other applicable provisions.

5. Prior to the commencement of this case, the Debtor paid an advance retainer of $35,932.00 for pre-conversion and post-conversion services in connection with this case, $1,458.00 of which was applied to pre-conversion services, leaving a retainer balance of $34,474.00.

6. The professional services rendered on behalf of the Debtor for which an award of compensation is sought by Applicant involve the rendering of bankruptcy advice, including the drafting of all pleadings and other court papers as required by the Court in connection with the Chapter 11 case.

7. Applicant seeks allowance of fees for services provided to the Debtor in the following areas of representation:

| Matter | Fees Incurred | Total Hours |
|---|---|---|
| Conversion of Chapter 13 to Individual Chapter 11 (001) | $19,063.50 | 49.00 |
| Schedules (002) | $6,894.00 | 29.80 |
| Cash Collateral (003) | $2,205.00 | 9.80 |
| Professional (004) | $1,507.50 | 3.70 |
| Plan of Reorganization (005) | $2,156.00 | 4.90 |
| Claims (006) | $346.50 | 0.70 |
| Adversary Matters (008) | $517.50 | 2.30 |
| **TOTAL** | **$32,690.00** | **100.20** |

8. Attached hereto as **Exhibit A** is a table which sets forth the hourly rate, number of hours, and total fees for each professional or paraprofessional who has provided services in this case. The above items are allocated to each of the areas of representation which are described in the succeeding paragraphs. The nature of the representation provided by Applicant in the specific areas of representation is as follows:

a. General Representation (001): Applicant advised the Debtor regarding conversion from Chapter 13 to Chapter 11; prepared and filed conversion-related pleadings; addressed post-conversion requirements; prepared for and participated in the Initial Debtor Interview, meeting of creditors, status conferences, and settlement proceedings; assisted with monthly operating reports; communicated with the Debtor, creditors, the United States Trustee, and the Subchapter V Trustee; reviewed case deadlines and docket activity; and performed other general case-administration services;

b. Schedules (002): Applicant reviewed the Debtor's financial information; prepared and amended the voluntary petition, schedules, Statement of Financial Affairs, and related documents; assisted the Debtor in responding to document requests; prepared materials required by the United States Trustee; and addressed issues relating to the meeting of creditors and amendments to the Debtor's financial disclosures.

c. Cash Collateral (003): Applicant reviewed and addressed matters concerning the Debtor's use of cash collateral and related secured-creditor issues, including review of relevant documents, communications with the Debtor and counsel, and preparation of related pleadings and correspondence

d. Professional (004): Applicant prepared, revised, filed, and prosecuted the application to employ Applicant as counsel for the Debtor; prepared the related verified statements, disclosures, notices, proposed order, and proof of service; addressed the Court's hearing requirements; and obtained entry of the Order approving employment

e. Plan (005): Applicant analyzed the Debtor's financial circumstances and creditor claims; drafted and filed the Debtor's Chapter 11 Small Business Subchapter V Plan of Reorganization; addressed confirmation-related requirements and deadlines; prepared and served the solicitation package, Plan, and ballot; and prepared for the Confirmation Hearing.;

f. Claims (006): Applicant received, reviewed, and analyzed proofs of claim and related supporting documents; maintained the claims information in the client file; and advised the Debtor and counsel regarding claim treatment and related issues

g. Adversary Matters (008): Applicant reviewed and addressed litigation removed to the Bankruptcy Court and related adversary-proceeding matters, including review of

pleadings and docket activity, preparation of filings, communications with the Debtor and counsel, and work relating to settlement and resolution of the disputed matters.

9. Applicant submits that given (a) the time and labor required of Applicant, (b) the complexity of Debtor's estate, (c) the novelty and difficulty of many of the issues involved, (d) Applicant's customary fees for such work, (e) the nature of the work performed, (f) the time limitations and pressure borne by Applicant, (g) Applicant's experience, reputation and ability, (h) awards in similar circumstances, and (i) the results obtained, the compensation sought in this Application is both fair and reasonable.

10. In considering the foregoing criteria in this case, several matters should be noted:

a. The Debtor commenced this case under Chapter 13 while acting pro se and subsequently retained Applicant to assist with conversion to Chapter 11. Following conversion, Applicant assisted the Debtor with the substantial procedural and reporting requirements imposed in an individual Chapter 11 case. The case involved amended schedules and financial disclosures, the election to proceed under Subchapter V, preparation of a Subchapter V plan, disputes concerning creditor claims and the automatic stay, a motion to dismiss or convert, removed litigation and related adversary matters, and extensive settlement and confirmation-related work.

b. In providing services in this case, a conscious effort was made by Latham Luna not to internally over staff the case within Latham Luna's law firm. Wherever possible, associate and paralegal time has been used;

c. Latham Luna is comprised of established and experienced commercial, litigation, real estate, and corporate attorneys. Each of the attorneys has an excellent reputation throughout Florida in the legal areas required by this case; and

d. The hourly rates charged by the attorneys of Latham Luna, which rates range from $495.00 for its most experienced attorneys to $200.00 to $250.00 for paraprofessionals, are reasonable and within the range of fees normally charged for services of this kind rendered in similar cases.

11. The total compensation and reimbursement of fees and expenses requested by Applicant for the Application Period is $34,516.70. As shown on **Exhibit A**, this reflects a total of $32,690.00 for services rendered by Applicant resulting from the expenditure of 100.20 hours during the Application Period and expenses of $1,826.75. In this regard, attached to the original of this Application filed with the Court is **Exhibit B**, which is a detailed breakdown of the time entries for each of the professionals' providing services during the Application Period.

12. Applicant requests approval of the reimbursement of actual necessary expenses in the amount of $1,826.75 as more particularly described in **Exhibit C.**

13. Applicant believes that additional hours of professional services will be needed for the period August 18, 2026, through September 1, 2026, for a total of $7,500.00. Applicant requests approval of compensation and expenses, and reimbursement of the estimated amounts through September 1, 2026.

14. The professionals or paraprofessionals working on behalf of Applicant in this Chapter 11 case are the following:

a. Daniel A. Velasquez is a partner in the bankruptcy department of Latham, Luna, Eden & Beaudine, LLP, with more than ten years' experience in the area of bankruptcy law.

b. Irene Devora is a paraprofessional in the bankruptcy department of Latham, Luna, Eden & Beaudine, LLP.

c. Maritza M. Perez is a paraprofessional in the bankruptcy department of Latham, Luna, Eden & Beaudine, LLP.

d. Miranda M. Davis is a paraprofessional in the bankruptcy department of Latham, Luna, Eden & Beaudine, LLP.

e. Snobie F. Edmond was a paraprofessional in the bankruptcy department of Latham, Luna, Eden & Beaudine, LLP.

15. Attached has **Exhibit D** is the Declaration of Daniel A. Velasquez in support of the Application.

**WHEREFORE,** Applicant requests that it be awarded compensation for services in the amount of $32,690.00 and reimbursement of expenses in the amount of $1,826.75 for a total request for the Application Period of $34,516.75 for the period of March 4, 2026 through August 17, 2026, approval of the estimated fees and costs in the amount of $7,500.00 for the period August 18, 2026 through September 1, 2026, for a total award of $42,016.75 and for such other and further relief as is just and proper in the circumstances.

**RESPECTFULLY SUBMITTED** this 19th day of August 2026.

*/s/ Daniel A. Velasquez*
Daniel A. Velasquez, Esq.
Florida Bar No. 0098158
dvelasquez@lathamluna.com
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
Bknotice1@lathamluna.com
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: (407) 481-5800
Facsimile: (407) 481-5801
*Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**In re:**

**MARTIN CHARLES FLYNN, JR.,**

**Debtor.**

_______________________________/

**CASE NO.: 6:26-bk-00399-LVV**
**CHAPTER 11**

***Subchapter V Election***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the **Summary of Application of Daniel A. Velasquez and The Law Firm of Latham, Luna, Eden & Beaudine, LLP, for Award of Attorneys' Fees i/a/o $32,690.00 and Reimbursement of Expenses i/a/o $1,826.75 and Notice of Estimated Fees and Costs through Confirmation i/a/o $7,500.00**, together with any exhibits, (exhibits served upon all CM/ECF recipients and available upon request to counsel for the Debtor for all other parties) has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: **Martin Flynn,** 14556 Saint Georges Hill Drive, Orlando, FL 32828; all parties receiving CM/ECF service in this matter; all parties on the attached matrix attached to the original of this pleading; and the **United States Trustee**, 400 W Washington St., Ste. 1100, Orlando, FL 32801, this 19th day of August, 2026

/s/ Daniel A. Velasquez
Daniel A. Velasquez, Esquire

**EXHIBIT A**

**In re: MARTIN CHARLES FLYNN, JR.**

**Case No. 6:26-bk-00399-LVV**

**General Representation (001)**

| Timekeeper | Total Hours | Rate | Total |
|---|---|---|---|
| Daniel A. Velasquez | 29.80 | 495 | $14,751.00 |
| Irene Devora | 16.70 | 225 | $3,757.50 |
| Maritza M. Perez | 1.30 | 215 | $279.50 |
| Miranda M. Davis | .50 | 250 | $125.00 |
| Snobie F. Snobie | .70 | 215 | $150.50 |
| TOTAL | **49.00** | | **$19,063.50** |

**Schedules (002)**

| Timekeeper | Total Hours | Rate | Total |
|---|---|---|---|
| Daniel A. Velasquez | .70 | 495 | $346.50 |
| Irene Devora | 29.10 | 225 | $6,547.50 |
| TOTAL | **29.80** | | **$6,894.00** |

**Cash Collateral (003)**

| Timekeeper | Total Hours | Rate | Total |
|---|---|---|---|
| Irene Devora | 9.80 | 225 | $2,205.00 |
| TOTAL | **9.80** | | **$2,205.00** |

**Professional (004)**

| Timekeeper | Total Hours | Rate | Total |
|---|---|---|---|
| Daniel A. Velasquez | 2.50 | 495 | $1,237.50 |
| Irene Devora | 1.20 | 225 | $270.00 |
| TOTAL | **3.70** | | **$1,507.50** |

**Plan of Reorganization (005)**

| Timekeeper | Total Hours | Rate | Total |
|---|---|---|---|
| Daniel A. Velasquez | 3.80 | 495 | $1,881.00 |
| Miranda M. Davis | 1.10 | 250 | $275.00 |
| TOTAL | **4.90** | | **$2,156.00** |

**Claims (006)**

| Timekeeper | Total Hours | Rate | Total |
|---|---|---|---|
| Daniel A. Velasquez | 0.70 | 495 | $346.50 |
| TOTAL | **0.70** | | **$346.50** |

**Adversary Matters (008)**

| Timekeeper | Total Hours | Rate | Total |
|---|---|---|---|
| Irene Devora | 2.30 | 225 | $517.50 |
| TOTAL | **2.30** | | **$517.50** |

# EXHIBIT B

## In re: MARTIN CHARLES FLYNN, JR.

## Case No. 6:26-bk-00399-LVV

## TIME RECORDS

**General Representation - 001**

LATHAM, LUNA, EDEN & BEAUDINE, LLP
ATTORNEYS AT LAW

201 S. Orange Avenue
Suite 1400
Orlando, Florida 32801
407-481-5800
Lathamluna.com

April 7, 2026

Invoice #: 151806
Federal ID #:59-3366512

**Martin Charles Flynn, Jr.**
14556 Saint Georges Hill Drive
Orlando, FL 32828

Matter ID: 10913-001 Conversion of Chapter 13 to Individual Chapter 11 (Subchapter V)

**For Professional Services Rendered:**

| | | | | | |
|---|---|---|---|---|---|
| | | [illegible] | | | [illegible] |
| 3/4/2026 | DAV | [illegible] | | | |
| 3/17/2026 | id | Received notification to pay conversion fee to the Court; Telephone call to the Bankruptcy Clerks office to confirm fee. | 0.20 | $225.00 | $45.00 |
| 3/17/2026 | id | Received call from Clerk's office; filing fee was paid. | 0.20 | $225.00 | $45.00 |
| 3/19/2026 | id | Researched State Court docket for lawsuits and saved all lawsuits in client folder; researched bankruptcy Court docket for recent stay relief action and save it to client folder. | 0.70 | $225.00 | $157.50 |
| 3/19/2026 | id | Drafted a Notice of Removal of State Court Civil Action; emailed the Notice to the attorney for review. | 1.10 | $225.00 | $247.50 |
| 3/20/2026 | mp | Prepare finalized and file proof of service on Order and Notice Converting Case to Chapter 11. Trustee Laurie K. Weatherford is discharged from any further duties and is terminated from the case (Doc. No. 45) with court; serve all parties in interest | 0.60 | $215.00 | $129.00 |
| 3/23/2026 | mp | Draft Motion to Extend to File Case Management Summary; send to DAV; Receive file same with court; Served all parties in interest | 0.70 | $215.00 | $150.50 |
| 3/25/2026 | id | Received and reviewed Notice of Mortgage Payment Change; scanned and sent copy to client per attorney instructions. | 0.20 | $225.00 | $45.00 |
| 3/25/2026 | DAV | Review client case filings and case outlines. Drafted case summary | 1.20 | $495.00 | $594.00 |
| 3/27/2026 | DAV | Final review of notice of removal and directed task list to ID | 1.00 | $495.00 | $495.00 |
| **Total Professional Services:** | | | **9.10** | | **~~$3,394.50~~** $1,908.50 |

**For Disbursements Incurred:**

| | | | |
|---|---|---|---|
| ~~3/3/2026~~ | ~~Default Hard Cost~~ | ~~Payment disbursement via AmEx to U.S. Bankruptcy Court Middle District of Florida for bankruptcy filing fee. Transaction number A83323809~~ | ~~$25.00~~ |
| 3/17/2026 | Default Hard Cost | Payment disbursement to Florida Middle Bankruptcy Court for Conversion to Chapter 11 filing fee. Transaction number A83476769 | $932.00 |
| **Total Disbursements Incurred:** | | | **~~$957.00~~** $932.00 |

**Staff Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| DAV | 5.00 | $495.00 | $2,475.00 |
| id | 2.40 | $225.00 | $540.00 |

| | | | |
|---|---|---|---|
| mmd | 0.40 | $250.00 | $100.00 |
| mp | 1.30 | $215.00 | $279.50 |

| | |
|---|---|
| Total | $4,351.50 |
| Previous Balance | $0.00 |

**Payments & Credits**

| Date | Type | Notes | Amount |
|---|---|---|---|
| 4/7/2026 | Payment | Payment from Client Trust | -$4,351.50 |

| | |
|---|---|
| Payments & Credits | $4,351.50 |
| **Total Due** | **$0.00** |

LATHAM, LUNA, EDEN & BEAUDINE, LLP
ATTORNEYS AT LAW

201 S. Orange Avenue
Suite 1400
Orlando, Florida 32801
407-481-5800
Lathamluna.com

May 12, 2026

Invoice #: 152475
Federal ID #:59-3366512

**Martin Charles Flynn, Jr.**
14556 Saint Georges Hill Drive
Orlando, FL 32828

## Matter ID: 10913-001 Conversion of Chapter 13 to Individual Chapter 11 (Subchapter V)

**For Professional Services Rendered:**

| | | | | | |
|---|---|---|---|---|---|
| 4/1/2026 | DAV | Coordination of filings with ID regarding list of creditors. | 0.30 | $495.00 | $148.50 |
| 4/1/2026 | id | Printed copy of court docket and reviewed and calendared all the deadlines | 0.50 | $225.00 | $112.50 |
| 4/1/2026 | id | Received and reviewed the Order Converting Case; calendared the 341 meeting to attorney calendar; drafted and sent email to client with detailed instructions about the 341 meeting. | 0.40 | $225.00 | $90.00 |
| 4/1/2026 | mmd | Review of schedules filed and entered creditors into best-case re: generate 20 largest creditors per TT request. | 0.50 | $250.00 | $125.00 |
| 4/1/2026 | id | Returned Clerks office telephone regarding list of 20 largest. Entered all of the creditors to BestCase to generate the 20 Largest List; drafted a Notice of Filing and emailed to attorney to review and approve for filing. | 1.30 | $225.00 | $292.50 |
| 4/1/2026 | id | Received approval from attorney and filed with the Court the Notice of Filing the List of 20 Largest Creditors; served copies to all parties on the matrix. | 0.80 | $225.00 | $180.00 |
| 4/2/2026 | id | Emailed client to provide a copy of his social security card for the 341 meeting on 4/20/26; client responded and attached the SSC; responded to the additional questions in his email. | 0.30 | $225.00 | $67.50 |
| 4/7/2026 | id | Received and reviewed the Order of Procedures; calendared all pertinent deadlines; drafted and sent detailed email to client with the Order attached. | 0.90 | $225.00 | $202.50 |
| 4/7/2026 | id | Researched Sunbiz for other businesses that client currently has active; saved all to client folder. | 0.60 | $225.00 | $135.00 |
| 4/13/2026 | sfe | Review/analyze documents received from client via email related to IDI; prepared and finalized IDI package and sent to DAV | 0.50 | $215.00 | $107.50 |
| 4/20/2026 | DAV | Review client documentation, amended petition and meeting with client | 1.00 | $495.00 | $495.00 |
| 4/20/2026 | DAV | Research and preparation for status conference. | 2.80 | $495.00 | $1,386.00 |
| 4/21/2026 | DAV | Preparation for and attendance at status conference on removal issues. | 1.50 | $495.00 | $742.50 |
| 4/24/2026 | sfe | Received notice of status conference continued - calendared. | 0.10 | $215.00 | $21.50 |
| 4/24/2026 | sfe | Notice of Creditors meeting received and calendared. | 0.10 | $215.00 | $21.50 |
| **Total Professional Services:** | | | **11.60** | | **$4,127.50** |

**For Disbursements Incurred:**

| | | | |
|---|---|---|---|
| 3/31/2026 | Default Hard Cost | Postage for MARCH 2026 | $34.04 |
| 4/30/2026 | Default Hard Cost | Postage for April 2026 | $59.74 |
| **Total Disbursements Incurred:** | | | **$93.78** |

**Staff Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| DAV | 5.60 | $495.00 | $2,772.00 |
| id | 4.80 | $225.00 | $1,080.00 |
| mmd | 0.50 | $250.00 | $125.00 |
| sfe | 0.70 | $215.00 | $150.50 |

| | |
|---|---|
| Total | $4,221.28 |
| Previous Balance | $0.00 |

**Payments & Credits**

| Date | Type | Notes | Amount |
|---|---|---|---|
| 5/12/2026 | Payment | Payment from Client Trust | -$4,221.28 |

| | |
|---|---|
| Payments & Credits | $4,221.28 |
| **Total Due** | **$0.00** |

LATHAM, LUNA, EDEN & BEAUDINE, LLP
ATTORNEYS AT LAW

201 S. Orange Avenue
Suite 1400
Orlando, Florida 32801
407-481-5800
Lathamluna.com

July 8, 2026

Invoice #: 154177
Federal ID #:59-3366512

**Martin Charles Flynn, Jr.**
14556 Saint Georges Hill Drive
Orlando, FL 32828

## Matter ID: 10913-001 Conversion of Chapter 13 to Individual Chapter 11 (Subchapter V)

**For Professional Services Rendered:**

| | | | | | |
|---|---|---|---|---|---|
| 6/1/2026 | id | Drafted the proposed Order Granting Application to Employ DAV & LLEB; forwarded to attorney to approve for upload. | 0.50 | $225.00 | $112.50 |
| 6/1/2026 | id | Received the proposed Order Approving Application to Employ DAV & LLEB with revisions; revised the Order and resent it to the attorney for approval. | 0.30 | $225.00 | $67.50 |
| 6/2/2026 | id | Received the approved Order Approving the Application to Employ then circulated it to opposing counsel Timko for review per attorneys instructions. | 0.30 | $225.00 | $67.50 |
| 6/2/2026 | id | Received, reviewed and saved in client folder claim objections- per attorney instructions. | 0.20 | $225.00 | $45.00 |
| 6/2/2026 | DAV | Review and response to email regarding judicial settlement conference. | 0.20 | $495.00 | $99.00 |
| 6/3/2026 | id | Received and reviewed Order Directing Settlement Conference and Appointing Settlement Judge filed in the main Chapter 11; emailed copy to client; calendared deadlines. | 0.30 | $225.00 | $67.50 |
| 6/3/2026 | id | Received Judicial Settlement Conference documents from attorney; reviewed same for client signature requirements; forwarded documents to client for review, signature, and return to our office. | 0.30 | $225.00 | $67.50 |
| 6/4/2026 | id | Received instructions from attorney to upload the proposed Order Approving the Application to Employ DAV & LLEB; assembled and uploaded to Judges portal for signature. | 0.20 | $225.00 | $45.00 |
| 6/5/2026 | id | Received, reviewed and saved the signed Judicial Settlement Conference Acknowledgment Forms back from the client; emailed attorney to advise if we should send to opposing counsel tor to Judges Chambers; calendared the Zoom Judicial Settlement conference. | 0.50 | $225.00 | $112.50 |
| 6/5/2026 | id | Received email from client with signed Settlement Conference Forms; saved to client file; forwarded the forms to the Judges Law Clerk per attorneys instructions. | 0.30 | $225.00 | $67.50 |
| 6/8/2026 | id | Received and reviewed email from client regarding "position paper for Judge Colton". | 0.20 | $225.00 | $45.00 |
| 6/12/2026 | id | Received and reviewed the signed Order Approving Application to Employ DAV & LLEB; drafted a Proof of Service and filed it with the Court; served a copy of said Order to all interested parties. | 0.70 | $225.00 | $157.50 |
| 6/12/2026 | id | Prepared initial draft/background section of Debtor's Motion to Approve Compromise and Settlement with Shane P. Sarver pursuant to Rule 9019; reviewed bankruptcy docket, state court complaint, emergency injunction pleadings, and prior form motion to incorporate procedural history and relevant litigation background; forwarded draft to attorney for review and further instruction. | 1.70 | $225.00 | $382.50 |

| | | | | | |
|---|---|---|---|---|---|
| 6/14/2026 | DAV | Drafted 9019 motion on Sarver compromise and email to B. Anderson regarding same | 2.10 | $495.00 | $1,039.50 |
| 6/15/2026 | id | Received and reviewed email from client with second debtor education certificate of credit counseling attached; saved to client file | 0.20 | $225.00 | $45.00 |
| 6/15/2026 | id | Filed the second debtor education class certificate with the court. | 0.20 | $225.00 | $45.00 |
| 6/15/2026 | id | Received and reviewed email from client with the May 026 Monthly Operating Report; saved to client file. | 0.40 | $225.00 | $90.00 |
| 6/15/2026 | id | Drafted and sent emails to client requesting supporting documents checked off in the MOR, including May DIP bank statements and statements for any other bank accounts being used; further requested confirmation that client is current on monthly trustee payments as required by prior Court Order. | 0.30 | $225.00 | $67.50 |
| 6/15/2026 | DAV | Coordination with TH regarding settlement conference prep. | 0.30 | $495.00 | $148.50 |
| 6/25/2026 | DAV | Calls/Emails with J. Timko regarding settlement conference and review of settlement conference docs. Email to law clerk with attachment. | 2.10 | $495.00 | $1,039.50 |
| 6/25/2026 | DAV | Follow up email to J. Timko regarding termination agreement. | 0.20 | $495.00 | $99.00 |
| 6/26/2026 | DAV | Comms with creditor counsel and client regarding disputed issues. | 0.40 | $495.00 | $198.00 |
| 6/29/2026 | id | Received email from Sub V Trustee stating trustee fees have not been made. Drafted and sent email to client requesting payment for April, May and June be sent to the Sub V Trustee as soon as possible; attached copy of Order Prescribing Procedures. | 0.40 | $225.00 | $90.00 |
| 6/30/2026 | DAV | Reviewed claims in preparation for settlement conference, call with T. Budgen and call with client regarding case strategy. | 1.70 | $495.00 | $841.50 |
| 6/30/2026 | DAV | Preparation for settlement conference, research and multiple emails with client regarding Pedixon issues. | 1.10 | $495.00 | $544.50 |
| **Total Professional Services:** | | | **15.10** | | **$5,584.50** |

**For Disbursements Incurred:**

| | | | |
|---|---|---|---|
| 5/19/2026 | Default Hard Cost | Payment disbursement via AmEx to Florida Middle Bankruptcy Court for filing fee for Amended Schedules. Transaction number A84257225 | $34.00 |
| 6/1/2026 | COPIES | Photocopies: 2 | $0.30 |
| 6/1/2026 | COPIES | Photocopies: 2 | $0.30 |
| 6/1/2026 | COPIES | Photocopies: 2 | $0.30 |
| 6/1/2026 | COPIES | Photocopies: 2 | $0.30 |
| 6/1/2026 | COPIES | Photocopies: 2 | $0.30 |
| 6/1/2026 | COPIES | Photocopies: 2 | $0.30 |
| 6/5/2026 | COPIES | Photocopies: 5 | $0.75 |
| 6/5/2026 | COPIES | Photocopies: 4 | $0.60 |
| 6/5/2026 | COPIES | Photocopies: 5 | $0.75 |
| 6/12/2026 | COPIES | Photocopies: 34 | $5.10 |
| 6/30/2026 | COPIES | Photocopies: 7 | $1.05 |
| 6/30/2026 | COPIES | Photocopies: 5 | $0.75 |
| **Total Disbursements Incurred:** | | | **$44.80** |

**Staff Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| DAV | 8.10 | $495.00 | $4,009.50 |
| id | 7.00 | $225.00 | $1,575.00 |

Total $5,629.30
Previous Balance $0.00

**Payments & Credits**

| Date | Type | Notes | Amount |
|---|---|---|---|
| 7/8/2026 | Payment | Payment from Client Trust | -$5,629.30 |

Payments & Credits $5,629.30
**Total Due** **$0.00**

LATHAM, LUNA, EDEN & BEAUDINE, LLP
ATTORNEYS AT LAW

201 S. Orange Avenue
Suite 1400
Orlando, Florida 32801
407-481-5800
Lathamluna.com

August 7, 2026

Invoice #: 156267
Federal ID #:59-3366512

**Martin Charles Flynn, Jr.**
14556 Saint Georges Hill Drive
Orlando, FL 32828

## Matter ID: 10913-001 Conversion of Chapter 13 to Individual Chapter 11 (Subchapter V)

**For Professional Services Rendered:**

| | | | | | |
|---|---|---|---|---|---|
| 7/1/2026 | id | Met with client to review the May 2026 Monthly Operating Report; revised the report based on information provided; confirmed that no deposits were made during the reporting period; and confirmed that an extension was filed for the 2025 tax returns. | 0.50 | $225.00 | $112.50 |
| 7/1/2026 | DAV | Attendance at settlement conference. | 4.50 | $495.00 | $2,227.50 |
| 7/1/2026 | DAV | Call with J. Timko regarding settlement conference. | 0.30 | $495.00 | $148.50 |
| 7/2/2026 | DAV | Comms with creditor counsel regarding involvement in settlement discussions. | 0.40 | $495.00 | $198.00 |
| 7/6/2026 | id | Re-sent email to client regarding the Trustee monthly fee obligation including where to send the payments. | 0.20 | $225.00 | $45.00 |
| 7/6/2026 | id | Received, reviewed and responded to clients email requesting trustee's name and address to mail his payments to. | 0.20 | $225.00 | $45.00 |
| 7/7/2026 | id | Received email confirmation from client that trustee payments have been mailed to trustee; saved to client file; emailed counsel for his information. | 0.20 | $225.00 | $45.00 |
| 7/13/2026 | DAV | Work on release and covenant not to sue | 2.00 | $495.00 | $990.00 |
| 7/14/2026 | DAV | Negotiations with counsel for Pedixon | 1.00 | $495.00 | $495.00 |
| 7/15/2026 | DAV | Email to C. Crowder regarding settlement comms. | 0.20 | $495.00 | $99.00 |
| 7/15/2026 | DAV | Preparation for and attendance at judicial settlement conference. | 4.50 | $495.00 | $2,227.50 |
| 7/16/2026 | DAV | Circulate signed settlement agreement and discussion with client regarding same. | 0.30 | $495.00 | $148.50 |
| 7/21/2026 | id | Received the approved June 2026 MOR from Counsel; assembled and filed the report with the Court. | 0.30 | $225.00 | $67.50 |
| 7/22/2026 | id | Drafted and filed with the Court a Proof of Service of (i) Order (I) Scheduling Hearing on Confirmation of Plan of Reorganization, (II) Setting Related, and (III) Setting Deadlines for Filing Administrative Expense Application (Doc. No. 104); (ii) SUBCHAPTER V PLAN OF REORGANIZATION (Doc. No. 66);(iii) and VOTING BALLOT; served copies of the package to all interested parties. | 1.10 | $225.00 | $247.50 |
| 7/30/2026 | DAV | Comms with creditor counsel and client regarding loan payoff | 0.20 | $495.00 | $99.00 |
| **Total Professional Services:** | | | **15.90** | | **$7,195.50** |

**For Disbursements Incurred:**

| | | | |
|---|---|---|---|
| 5/13/2026 | Default Hard Cost | Payment disbursement via AmEx to CIN Legal Data Services for Credit Report. | $45.00 |
| 6/30/2026 | Default Hard Cost | Postage for June 2026 | $12.58 |
| 7/1/2026 | PRINT | Photocopies: 2 | $0.30 |
| 7/1/2026 | PRINT | Photocopies: 1 | $0.15 |
| 7/20/2026 | PRINT | Photocopies: 8 | $1.20 |
| 7/21/2026 | PRINT | Photocopies: 1 | $0.15 |

| | | | |
|---|---|---|---|
| 7/21/2026 | PRINT | Photocopies: 31 | $4.65 |
| 7/21/2026 | PRINT | Photocopies: 1 | $0.15 |
| 7/22/2026 | Default Hard Cost | Payment disbursement to Daniel Velasquez for Court Parking 7/22/26 | $10.00 |
| 7/22/2026 | PRINT | Photocopies: 3 | $0.45 |
| 7/23/2026 | Default Hard Cost | Payment disbursement via AmEx to Certificateofservice.com for mail out. | $681.54 |
| **Total Disbursements Incurred:** | | | **$756.17** |

**Staff Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| DAV | 13.40 | $495.00 | $6,633.00 |
| id | 2.50 | $225.00 | $562.50 |

| | |
|---|---|
| Total | $7,951.67 |
| Previous Balance | $0.00 |
| **Total Due** | **$7,951.67** |

**Schedules- 002**

LATHAM, LUNA, EDEN & BEAUDINE, LLP
ATTORNEYS AT LAW

201 S. Orange Avenue
Suite 1400
Orlando, Florida 32801
407-481-5800
Lathamluna.com

May 12, 2026

Invoice #: 152476
Federal ID #:59-3366512

**Martin Charles Flynn, Jr.**
14556 Saint Georges Hill Drive
Orlando, FL 32828

## Matter ID: 10913-002 Schedules

**For Professional Services Rendered:**

| | | | | | |
|---|---|---|---|---|---|
| 4/8/2026 | id | Researched client docket to confirm all deadlines; saved pleadings to client folder | 0.40 | $225.00 | $90.00 |
| 4/8/2026 | id | Drafted the Application to Employ DAV & LLEB; emailed the application to the attorney for review and approval to send it to client to sign. | 0.60 | $225.00 | $135.00 |
| 4/8/2026 | id | Drafted and sent client a detailed email regarding the IDI meeting and attached the required forms for him to sign; asked client to provide several items to complete the IDI packet. | 0.70 | $225.00 | $157.50 |
| 4/20/2026 | id | In person meeting with client to go over the Schedules and review and sign the voluntary petition | 0.50 | $225.00 | $112.50 |
| 4/20/2026 | id | Revised the Amended Voluntary Petition; had client sign the Voluntary Petition; once approved by attorney, filed it with the Court; | 0.60 | $225.00 | $135.00 |
| 4/20/2026 | id | Emailed copy of the filed Voluntary Petition to Trustee and analyst, per attorney instructions. | 0.20 | $225.00 | $45.00 |
| 4/20/2026 | id | Drafted Notice of Removal of State Court Civil Action; researched several Court pleadings; emailed the Notice to attorney for approval. | 1.30 | $225.00 | $292.50 |
| 4/20/2026 | id | Received and revised the Notice of Removal; opened an adversary case with the Court and filed the Notice with the Court and served a copy to interested parties | 0.50 | $225.00 | $112.50 |
| 4/20/2026 | id | Drafted Notice of Filing State Court Docket; searched the Monroe County State Court and saved the case docket and attached it to the Notice; filed the Notice with the Court after attorney approval; served to all interested parties | 0.80 | $225.00 | $180.00 |
| 4/20/2026 | id | Drafted a Notice of Filing the Notice of Removal of State Court; attached the Notice of Removal and filed it in State Court; served copies to all interested parties | 0.70 | $225.00 | $157.50 |
| 4/21/2026 | id | Pulled state court docket and saved the Complaint; drafted Notice of Filing Complaint for Accounting; emailed to attorney to review and approve. | 0.60 | $225.00 | $135.00 |
| 4/21/2026 | id | Pulled state court docket and saved the Answer; drafted Notice of Filing Answer and Affirmative Defenses; emailed to attorney to review and approve. | 0.60 | $225.00 | $135.00 |
| 4/21/2026 | id | Pulled state court docket and saved the Reply; drafted Notice of Filing Plaintiffs Response to Affirmative Defenses; emailed to attorney to review and approve. | 0.50 | $225.00 | $112.50 |
| 4/21/2026 | id | Filed the approved three Notices of Filing state court pleadings in the adversary Complaint case; served all to opposing counsel | 0.60 | $225.00 | $135.00 |
| 4/21/2026 | id | Pulled client's credit report. Reviewed and compared the credit report to the creditors already listed; researched property appraiser for values of homestead; started drafting Chapter 11 petition from beginning; | 2.70 | $225.00 | $607.50 |
| 4/27/2026 | id | Received email from the U.S. Trustee's office attempting to schedule the IDI meeting; reviewed attorney's availability and responded with available dates and times. | 0.30 | $225.00 | $67.50 |

| | | | | | |
|---|---|---|---|---|---|
| 4/27/2026 | id | Receive and reviewed the 341 Notice; emailed client the new date and time and attached a copy; confirmed the meeting has been calendared. | 0.40 | $225.00 | $90.00 |
| 4/27/2026 | id | Emailed client new IDI date and time and confirmed his appointment to go over the schedules. | 0.20 | $225.00 | $45.00 |
| 4/27/2026 | id | Telephone call to Monroe County Records department to request copy of Deed for rental property. LM on voicemail. | 0.20 | $225.00 | $45.00 |
| 4/27/2026 | id | Continued working on the Schedules and Statement of Financial Affairs; researched Monroe County Clerk of Court, Brevard Clerk of Court and Orange County Clerk of Court website for lawsuits; entered all the pertinent information and saved to client folder | 3.50 | $225.00 | $787.50 |
| 4/27/2026 | id | Uploaded the proposed Order Granting Application to Employ DAV to the Judges portal for signature. | 0.20 | $225.00 | $45.00 |
| 4/28/2026 | id | Met with client to complete the amendment of the Schedules and Statement of Financial Affairs; | 1.60 | $225.00 | $360.00 |
| 4/28/2026 | id | Sat in on the Individual Debtor Interview with the Client and attorney to take notes. | 0.60 | $225.00 | $135.00 |
| **Total Professional Services:** | | | **18.30** | | **$4,117.50** |

**Staff Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| id | 18.30 | $225.00 | $4,117.50 |

| | |
|---|---|
| Total | $4,117.50 |
| Previous Balance | $0.00 |

**Payments & Credits**

| Date | Type | Notes | Amount |
|---|---|---|---|
| 5/12/2026 | Payment | Payment from Client Trust | -$4,117.50 |
| | | Payments & Credits | $4,117.50 |
| | | **Total Due** | **$0.00** |

LATHAM, LUNA, EDEN & BEAUDINE, LLP
ATTORNEYS AT LAW

201 S. Orange Avenue
Suite 1400
Orlando, Florida 32801
407-481-5800
Lathamluna.com

June 9, 2026

Invoice #: 153168
Federal ID #:59-3366512

**Martin Charles Flynn, Jr.**
14556 Saint Georges Hill Drive
Orlando, FL 32828

## Matter ID: 10913-002 Schedules

**For Professional Services Rendered:**

| | | | | | |
|---|---|---|---|---|---|
| 5/7/2026 | id | Drafted and sent reminder email to client to prepare and send the March 2026 MOR. | 0.20 | $225.00 | $45.00 |
| 5/8/2026 | id | Received and reviewed the March 2026 MOR; redacted bank statements; forwarded the MOR to the attorney for review and approval to file. | 0.50 | $225.00 | $112.50 |
| 5/8/2026 | id | Received and reviewed the April 2026 MOR; redacted bank statements; forwarded the MOR to the attorney for approval. | 0.50 | $225.00 | $112.50 |
| 5/11/2026 | id | Continued preparing amended Schedules and Statement of Financial Affairs; reviewed Orange County state court docket to confirm all lawsuits were properly listed, researched additional business interests on Sunbiz, and updated SOFA and Schedule A/B accordingly. | 1.60 | $225.00 | $360.00 |
| 5/12/2026 | id | Drafted Notice of Preliminary Hearing on the Application to Employ DAV & LLEB; emailed draft to attorney to approve for filing. | 0.40 | $225.00 | $90.00 |
| 5/13/2026 | id | Received the approved Notice of Preliminary Hearing; assembled the pleading and filed it with the Court; served copies of the Notice to all parties listed on the matrix. | 0.60 | $225.00 | $135.00 |
| 5/15/2026 | id | Reviewed clients lists of amendments/corrections to our Amended Reviewed schedules sent by client for review; examined docket for any additional amendments referenced in client's list; finalized schedules, printed pertinent schedules, and forwarded same to attorney for review. | 1.50 | $225.00 | $337.50 |
| 5/15/2026 | id | Reviewed and saved all the Claims in the claims register to client file. | 0.40 | $225.00 | $90.00 |
| 5/19/2026 | DAV | Meeting with client to discuss schedule amendments | 0.70 | $495.00 | $346.50 |
| 5/19/2026 | id | Met with client and attorney in person to finalize amended schedules and Statement of Financial Affairs; took detailed notes regarding requested revisions; revised schedules and SOFA accordingly; reviewed final draft with client and obtained executed signature pages. | 2.20 | $225.00 | $495.00 |
| 5/19/2026 | id | Drafted Proof of Service of the amendments and filed it with the Court; served copies of the amendments to all interested parties. | 0.80 | $225.00 | $180.00 |
| 5/20/2026 | id | Received and reviewed the Motion to Reset POC Bar Date as May 27, 2026; filed Motion in clients file. | 0.20 | $225.00 | $45.00 |
| **Total Professional Services:** | | | **9.60** | | **$2,349.00** |

**Staff Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| DAV | 0.70 | $495.00 | $346.50 |
| id | 8.90 | $225.00 | $2,002.50 |

| | |
|---|---|
| Total | $2,349.00 |
| Previous Balance | $0.00 |

**Payments & Credits**

| Date | Type | Notes | | Amount |
|---|---|---|---|---|
| 6/9/2026 | Payment | Payment from Client Trust | | -$2,349.00 |
| | | | Payments & Credits | $2,349.00 |
| | | | **Total Due** | **$0.00** |

LATHAM, LUNA, EDEN & BEAUDINE, LLP
ATTORNEYS AT LAW

201 S. Orange Avenue
Suite 1400
Orlando, Florida 32801
407-481-5800
Lathamluna.com

July 8, 2026

Invoice #: 154178
Federal ID #:59-3366512

**Martin Charles Flynn, Jr.**
14556 Saint Georges Hill Drive
Orlando, FL 32828

## Matter ID: 10913-002 Schedules

**For Professional Services Rendered:**

| | | | | | |
|---|---|---|---|---|---|
| 6/30/2026 | id | Received and reviewed the May 2026 Monthly Operating Report and corresponding bank statement; redacted confidential bank account information; and forwarded the documents to counsel for review and further instruction. | 0.50 | $225.00 | $112.50 |
| **Total Professional Services:** | | | **0.50** | | **$112.50** |

**Staff Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| id | 0.50 | $225.00 | $112.50 |

| | |
|---|---|
| Total | $112.50 |
| Previous Balance | $0.00 |

**Payments & Credits**

| Date | Type | Notes | Amount |
|---|---|---|---|
| 7/8/2026 | Payment | Payment from Client Trust | -$112.50 |

| | |
|---|---|
| Payments & Credits | $112.50 |
| **Total Due** | **$0.00** |

LATHAM, LUNA, EDEN & BEAUDINE, LLP
ATTORNEYS AT LAW

201 S. Orange Avenue
Suite 1400
Orlando, Florida 32801
407-481-5800
Lathamluna.com

August 7, 2026

Invoice #: 156268
Federal ID #:59-3366512

**Martin Charles Flynn, Jr.**
14556 Saint Georges Hill Drive
Orlando, FL 32828

## Matter ID: 10913-002 Schedules

**For Professional Services Rendered:**

| | | | | | |
|---|---|---|---|---|---|
| 7/21/2026 | id | Updated hearing binder in advance of Status Hearing; conferred with counsel regarding relevant pleadings to be included; revised index sheet; printed pertinent pleadings and supporting documents; organized and tabbed binder in accordance with revised index for attorney's use at hearing. | 0.60 | $225.00 | $135.00 |
| 7/22/2026 | id | Received and analyzed the Order Setting Confirmation Hearing; calendared all the deadlines contained in the Order; saved to client file. | 0.60 | $225.00 | $135.00 |
| 7/28/2026 | id | Per counsel's instructions, assembled and filed the Periodic Report with the Court; saved copy to client file. | 0.20 | $225.00 | $45.00 |
| **Total Professional Services:** | | | **1.40** | | **$315.00** |

**Staff Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| id | 1.40 | $225.00 | $315.00 |

| | |
|---|---|
| Total | $315.00 |
| Previous Balance | $0.00 |
| **Total Due** | **$315.00** |

**Cash Collateral 003**

LATHAM, LUNA, EDEN & BEAUDINE, LLP
ATTORNEYS AT LAW

201 S. Orange Avenue
Suite 1400
Orlando, Florida 32801
407-481-5800
Lathamluna.com

May 12, 2026

Invoice #: 152477
Federal ID #:59-3366512

**Martin Charles Flynn, Jr.**
14556 Saint Georges Hill Drive
Orlando, FL 32828

## Matter ID: 10913-003 Cash Collateral

**For Professional Services Rendered:**

| | | | | | |
|---|---|---|---|---|---|
| 4/8/2026 | id | Drafted the 2014 Statement and the 2016 Verified Statement; emailed it to the attorney to review and approve for filing | 0.70 | $225.00 | $157.50 |
| 4/8/2026 | id | Drafted the Initial Status Report and emailed it to attorney to review and approve for filing. | 0.90 | $225.00 | $202.50 |
| 4/8/2026 | id | Received and revised the Application to Employ; emailed the revised copy to the client to review, sign and return. | 0.30 | $225.00 | $67.50 |
| 4/8/2026 | id | Received the signed Application to Employ from client; assembled the pleadings and filed with the Court the Application to Employ DAV & LLEB, the Verified 2014 Statement & the 2014 Statement; Calendared negative notice; served copies of all pleadings to all interested parties | 1.10 | $225.00 | $247.50 |
| 4/13/2026 | id | Drafted Voluntary Petition per attorney instruction to elect non-subchapter v filing. | 0.60 | $225.00 | $135.00 |
| 4/13/2026 | id | Received email from client with the signed IDI packet; printed the packet and began to assemble. | 0.60 | $225.00 | $135.00 |
| 4/13/2026 | id | Received email from client with several previously requested documents; organized the documents and saved to client folder; printed and redacted the tax returns and banks statements in preparation of the IDI packet. | 1.20 | $225.00 | $270.00 |
| 4/14/2026 | id | Received and analyzed bank statements sent by client to complete IDI packet; redacted account numbers | 0.40 | $225.00 | $90.00 |
| 4/14/2026 | id | Received email from UST office to schedule the IDI meeting; back and forth emails with client to coordinate a time; responded to UST's email. | 0.40 | $225.00 | $90.00 |
| 4/14/2026 | id | Finalized the scheduling of the IDI Meeting; called client to discuss his availability; received confirmation from UST with dial in information; sent the information to the client. IDI meeting finalized. | 0.50 | $225.00 | $112.50 |
| 4/16/2026 | id | Finalized and submitted the IDI Packet to analyst ahead of the scheduled IDI meeting. | 0.50 | $225.00 | $112.50 |
| 4/27/2026 | id | Continued Sunbiz search for all businesses associated with client over the past four years; entered multiple businesses into the Statement of Financial Affairs; added co-debtors to Schedule H based on identified lawsuits; and prepared notes for client for in-person meeting. | 1.10 | $225.00 | $247.50 |
| 4/28/2026 | id | Receive and reviewed the Order Granting Renewed Motion for Order Determining That the Automatic Stay Does Not Apply to Non-Debtors and their Property; saved to client file | 0.20 | $225.00 | $45.00 |
| **Total Professional Services:** | | | **8.50** | | **$1,912.50** |

**Staff Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| id | 8.50 | $225.00 | $1,912.50 |

Total $1,912.50

| | |
|---|---|
| Previous Balance | $0.00 |

**Payments & Credits**

| Date | Type | Notes | Amount |
|---|---|---|---|
| 5/12/2026 | Payment | Payment from Client Trust | -$1,912.50 |
| | | Payments & Credits | $1,912.50 |
| | | **Total Due** | **$0.00** |

LATHAM, LUNA, EDEN & BEAUDINE, LLP
ATTORNEYS AT LAW

201 S. Orange Avenue
Suite 1400
Orlando, Florida 32801
407-481-5800
Lathamluna.com

June 9, 2026

Invoice #: 153169
Federal ID #:59-3366512

**Martin Charles Flynn, Jr.**
14556 Saint Georges Hill Drive
Orlando, FL 32828

## Matter ID: 10913-003 Cash Collateral

**For Professional Services Rendered:**

| | | | | | |
|---|---|---|---|---|---|
| 5/11/2026 | id | Completed Schedule C by applying available exemptions; finalized draft amended schedules and emailed same to client for review and confirmation before filing. | 0.60 | $225.00 | $135.00 |
| 5/12/2026 | id | Received and analyzed client's email response regarding amended Schedule A/B and SOFA ; reviewed the attachment with list of suggested revisions. | 0.70 | $225.00 | $157.50 |
| **Total Professional Services:** | | | **1.30** | | **$292.50** |

**Staff Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| id | 1.30 | $225.00 | $292.50 |

| | |
|---|---|
| Total | $292.50 |
| Previous Balance | $0.00 |

**Payments & Credits**

| Date | Type | Notes | Amount |
|---|---|---|---|
| 6/9/2026 | Payment | Payment from Client Trust | -$292.50 |
| | | Payments & Credits | $292.50 |
| | | **Total Due** | **$0.00** |

**Professional- 004**

LATHAM, LUNA, EDEN & BEAUDINE, LLP
ATTORNEYS AT LAW

201 S. Orange Avenue
Suite 1400
Orlando, Florida 32801
407-481-5800
Lathamluna.com

May 12, 2026

Invoice #: 152478
Federal ID #:59-3366512

**Martin Charles Flynn, Jr.**
14556 Saint Georges Hill Drive
Orlando, FL 32828

## Matter ID: 10913-004 Professional

**For Professional Services Rendered:**

| | | | | | |
|---|---|---|---|---|---|
| 4/8/2026 | DAV | Reviewed and proposed revisions to application to employ | 0.30 | $495.00 | $148.50 |
| **Total Professional Services:** | | | **0.30** | | **$148.50** |

**Staff Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| DAV | 0.30 | $495.00 | $148.50 |

| | |
|---|---|
| Total | $148.50 |
| Previous Balance | $0.00 |

**Payments & Credits**

| Date | Type | Notes | Amount |
|---|---|---|---|
| 5/12/2026 | Payment | Payment from Client Trust | -$148.50 |

| | |
|---|---|
| Payments & Credits | $148.50 |
| **Total Due** | **$0.00** |

LATHAM, LUNA, EDEN & BEAUDINE, LLP
ATTORNEYS AT LAW

201 S. Orange Avenue
Suite 1400
Orlando, Florida 32801
407-481-5800
Lathamluna.com

June 9, 2026

Invoice #: 153170
Federal ID #:59-3366512

**Martin Charles Flynn, Jr.**
14556 Saint Georges Hill Drive
Orlando, FL 32828

## Matter ID: 10913-004 Professional

**For Professional Services Rendered:**

| | | | | | |
|---|---|---|---|---|---|
| 5/1/2026 | DAV | Email to counsel regarding professional retention. | 0.20 | $495.00 | $99.00 |
| 5/24/2026 | DAV | Revised Amended 2014 disclosure. | 0.80 | $495.00 | $396.00 |
| 5/25/2026 | DAV | Review and edits to retention docs and disclsoures. | 1.20 | $495.00 | $594.00 |
| **Total Professional Services:** | | | **2.20** | | **$1,089.00** |

**Staff Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| DAV | 2.20 | $495.00 | $1,089.00 |

| | |
|---|---|
| Total | $1,089.00 |
| Previous Balance | $0.00 |

**Payments & Credits**

| Date | Type | Notes | Amount |
|---|---|---|---|
| 6/9/2026 | Payment | Payment from Client Trust | -$1,089.00 |

| | |
|---|---|
| Payments & Credits | $1,089.00 |
| **Total Due** | **$0.00** |

LATHAM, LUNA, EDEN & BEAUDINE, LLP
ATTORNEYS AT LAW

201 S. Orange Avenue
Suite 1400
Orlando, Florida 32801
407-481-5800
Lathamluna.com

August 7, 2026

Invoice #: 156269
Federal ID #:59-3366512

**Martin Charles Flynn, Jr.**
14556 Saint Georges Hill Drive
Orlando, FL 32828

Matter ID: 10913-004 Professional

**For Professional Services Rendered:**

| | | | | | |
|---|---|---|---|---|---|
| 7/20/2026 | id | Drafted Motion for Approval of Compromise and Settlement with Pedixon LLC pursuant to Bankruptcy Rule 9019; conformed case background and party references; removed provisions unrelated to the proposed settlement and prepared motion shell for attorney review and completion. | 1.20 | $225.00 | $270.00 |
| **Total Professional Services:** | | | **1.20** | | **$270.00** |

**Staff Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| id | 1.20 | $225.00 | $270.00 |

| | |
|---|---|
| Total | $270.00 |
| Previous Balance | $0.00 |
| **Total Due** | **$270.00** |

**Plan of Reorganization- 005**

LATHAM, LUNA, EDEN & BEAUDINE, LLP
ATTORNEYS AT LAW

201 S. Orange Avenue
Suite 1400
Orlando, Florida 32801
407-481-5800
Lathamluna.com

May 12, 2026

Invoice #: 152479
Federal ID #:59-3366512

**Martin Charles Flynn, Jr.**
14556 Saint Georges Hill Drive
Orlando, FL 32828

## Matter ID: 10913-005 Plan of Reorganization

**For Professional Services Rendered:**

| | | | | | |
|---|---|---|---|---|---|
| 4/21/2026 | DAV | Drafted Plan of Reorganization | 3.80 | $495.00 | $1,881.00 |
| **Total Professional Services:** | | | **3.80** | | **$1,881.00** |

**Staff Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| DAV | 3.80 | $495.00 | $1,881.00 |

| | |
|---|---|
| Total | $1,881.00 |
| Previous Balance | $0.00 |

**Payments & Credits**

| Date | Type | Notes | Amount |
|---|---|---|---|
| 5/12/2026 | Payment | Payment from Client Trust | -$1,881.00 |
| | | Payments & Credits | $1,881.00 |
| | | **Total Due** | **$0.00** |

LATHAM, LUNA, EDEN & BEAUDINE, LLP
ATTORNEYS AT LAW

201 S. Orange Avenue
Suite 1400
Orlando, Florida 32801
407-481-5800
Lathamluna.com

June 9, 2026

Invoice #: 153171
Federal ID #:59-3366512

**Martin Charles Flynn, Jr.**
14556 Saint Georges Hill Drive
Orlando, FL 32828

## Matter ID: 10913-005 Plan of Reorganization

**For Professional Services Rendered:**

| | | | | | |
|---|---|---|---|---|---|
| 5/5/2026 | mmd | Review/analyze court docket and prepared chapter 11 plan of reorganization per DAV request and sent to DAV to review/edit ahead of deadline to file with court. | 1.10 | $250.00 | $275.00 |
| **Total Professional Services:** | | | **1.10** | | **$275.00** |

**Staff Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| mmd | 1.10 | $250.00 | $275.00 |

| | |
|---|---|
| Total | $275.00 |
| Previous Balance | $0.00 |

**Payments & Credits**

| Date | Type | Notes | Amount |
|---|---|---|---|
| 6/9/2026 | Payment | Payment from Client Trust | -$275.00 |
| | | Payments & Credits | $275.00 |
| | | **Total Due** | **$0.00** |

**Claims (006)**

LATHAM, LUNA, EDEN & BEAUDINE, LLP
ATTORNEYS AT LAW

201 S. Orange Avenue
Suite 1400
Orlando, Florida 32801
407-481-5800
Lathamluna.com

June 9, 2026

Invoice #: 153172
Federal ID #:59-3366512

**Martin Charles Flynn, Jr.**
14556 Saint Georges Hill Drive
Orlando, FL 32828

## Matter ID: 10913-006 Claims

**For Professional Services Rendered:**

| | | | | | |
|---|---|---|---|---|---|
| 5/21/2026 | DAV | Reviewed creditor motion regarding late filed claims and comms with J. Timko regarding filing of claims. | 0.30 | $495.00 | $148.50 |
| **Total Professional Services:** | | | **0.30** | | **$148.50** |

**Staff Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| DAV | 0.30 | $495.00 | $148.50 |

| | |
|---|---|
| Total | $148.50 |
| Previous Balance | $0.00 |

**Payments & Credits**

| Date | Type | Notes | Amount |
|---|---|---|---|
| 6/9/2026 | Payment | Payment from Client Trust | -$148.50 |

| | |
|---|---|
| Payments & Credits | $148.50 |
| **Total Due** | **$0.00** |

LATHAM, LUNA, EDEN & BEAUDINE, LLP
ATTORNEYS AT LAW

201 S. Orange Avenue
Suite 1400
Orlando, Florida 32801
407-481-5800
Lathamluna.com

July 8, 2026

Invoice #: 154179
Federal ID #:59-3366512

**Martin Charles Flynn, Jr.**
14556 Saint Georges Hill Drive
Orlando, FL 32828

## Matter ID: 10913-006 Claims

**For Professional Services Rendered:**

| | | | | | |
|---|---|---|---|---|---|
| 6/1/2026 | DAV | Reviewed and edits to Timko order on motion to set claims bar date. | 0.20 | $495.00 | $99.00 |
| 6/1/2026 | DAV | Reviewed client's proof of claim and directive to ID | 0.20 | $495.00 | $99.00 |
| **Total Professional Services:** | | | **0.40** | | **$198.00** |

**Staff Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| DAV | 0.40 | $495.00 | $198.00 |

| | |
|---|---|
| Total | $198.00 |
| Previous Balance | $0.00 |

**Payments & Credits**

| Date | Type | Notes | Amount |
|---|---|---|---|
| 7/8/2026 | Payment | Payment from Client Trust | -$198.00 |

| | |
|---|---|
| Payments & Credits | $198.00 |
| **Total Due** | **$0.00** |

**Adversary Matters- 008**

LATHAM, LUNA, EDEN & BEAUDINE, LLP
ATTORNEYS AT LAW

201 S. Orange Avenue
Suite 1400
Orlando, Florida 32801
407-481-5800
Lathamluna.com

June 9, 2026

Invoice #: 153173
Federal ID #:59-3366512

**Martin Charles Flynn, Jr.**
14556 Saint Georges Hill Drive
Orlando, FL 32828

## Matter ID: 10913-008 Adversary Matters

**For Professional Services Rendered:**

| | | | | | |
|---|---|---|---|---|---|
| 5/15/2026 | id | Drafted a shell Response to Defendant's Motion to Remand in the adversary case; reviewed and analyzed all the previously filed pleadings in the case to composed the response; forwarded the draft to the attorney for review. | 1.70 | $225.00 | $382.50 |
| **Total Professional Services:** | | | **1.70** | | **$382.50** |

**Staff Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| id | 1.70 | $225.00 | $382.50 |

| | |
|---|---|
| Total | $382.50 |
| Previous Balance | $0.00 |

**Payments & Credits**

| Date | Type | Notes | Amount |
|---|---|---|---|
| 6/9/2026 | Payment | Payment from Client Trust | -$382.50 |
| | | Payments & Credits | $382.50 |
| | | **Total Due** | **$0.00** |

LATHAM, LUNA, EDEN & BEAUDINE, LLP
ATTORNEYS AT LAW

201 S. Orange Avenue
Suite 1400
Orlando, Florida 32801
407-481-5800
Lathamluna.com

July 8, 2026

Invoice #: 154180
Federal ID #:59-3366512

**Martin Charles Flynn, Jr.**
14556 Saint Georges Hill Drive
Orlando, FL 32828

## Matter ID: 10913-008 Adversary Matters

**For Professional Services Rendered:**

| | | | | | |
|---|---|---|---|---|---|
| 6/1/2026 | id | Received and reviewed the Pro Memo filed by the Court regarding the May 27, 2026 hearing; calendared new hearing date and time; saved document to client folder. | 0.30 | $225.00 | $67.50 |
| 6/3/2026 | id | Received and reviewed Order Directing Settlement Conference and Appointing Settlement Judge filed in the Adversary Case; emailed copy to client; calendared deadlines. | 0.30 | $225.00 | $67.50 |
| **Total Professional Services:** | | | **0.60** | | **$135.00** |

**Staff Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| id | 0.60 | $225.00 | $135.00 |

| | |
|---|---|
| Total | $135.00 |
| Previous Balance | $0.00 |

**Payments & Credits**

| Date | Type | Notes | Amount |
|---|---|---|---|
| 7/8/2026 | Payment | Payment from Client Trust | -$66.12 |

| | |
|---|---|
| Payments & Credits | $66.12 |
| **Total Due** | **$68.88** |

**EXHIBIT C**

**In re: MARTIN CHARLES FLYNN, JR.**

**Case No. 6:26-bk-00399-LVV**

**EXPENSES/COSTS**

| | |
|---|---|
| Postage/Mailing | $787.90 |
| Copies | $17.85 |
| Parking | $10.00 |
| Credit Report | $45.00 |
| Conversion Filing Fee | $966.00 |
| **TOTAL** | **$1,826.75** |

**EXHIBIT D**

**In re: MARTIN CHARLES FLYNN, JR.**

**Case No. 6:26-bk-00399-LVV**

**DECLARATION**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**In re:**

**MARTIN CHARLES FLYNN, JR.,**

**Debtor.**

______________________________/

**CASE NO.: 6:26-bk-00399-LVV**
**CHAPTER 11**

***Subchapter V Election***

**DECLARATION IN SUPPORT OF APPLICATION FOR COMPENSATION OF DANIEL A. VELASQUEZ AND THE LAW FIRM OF LATHAM, LUNA, EDEN & BEAUDINE, LLP, COUNSEL TO THE DEBTOR**

I, Daniel A. Velasquez, declare as follows:

1. I am a partner with Latham, Luna, Eden & Beaudine, LLP ("Latham Luna"), a Florida limited liability partnership engaged in the practice of law, and in that capacity have knowledge of the books and records of Latham Luna relating to the matter set forth herein, which books and records are kept and maintained by Latham Luna in the ordinary course of its business. I make this declaration based upon personal knowledge of the matters set forth herein.

2. I have reviewed the foregoing Application for Compensation of Latham Luna, which includes the application for award of attorneys' fees and reimbursement of expenses for Latham, Luna, Eden & Beaudine, LLP, and all attachments accurately reflect the time and expenses incurred by Latham Luna for the periods set forth herein for representation of the Debtor.

3. I verify under penalty of perjury that the foregoing is true and correct.

Dated this 19th day of August 2026.

*/s/ Daniel A. Velasquez*
DANIEL A. VELASQUEZ

bel Matrix for local noticing
3A-6
se 6:26-bk-00399-LVV
ddle District of Florida
lando
d Aug 19 12:06:14 EDT 2026

First State Bank of the Florida Keys
Lippes Mathias, LLP
c/o Mahra C. Sarofsky, Esq.
c/o Rilyn A. Carnahan, Esq.
4420 Beacon Cir.
West Palm Beach, FL 33407-3281

Pedixon, LLC
c/o James A. Timko, Esq.
Dean Mead et al
420 S. Orange Avenue
Suite 700
Orlando, FL 32801-4911

ited States Trustee - ORL7/13 7
fice of the United States Trustee
orge C Young Federal Building
0 West Washington Street, Suite 1100
lando, FL 32801-2210

650 85th LLC
14556 Saint Georges Hill Drive
Orlando, FL 32828-8035

Austin Commons GP, LLC
c/o Joseph R. Prochaska
Reno & Cavanaugh, PLLC
424 Church Street Suite 2910
Nashville, TN 37219-2383

stin Commons LP
11 Cherry Avenue
shville TN 37203-4755

Austin Commons, LP
1011 Cherry Avenue
Altamonte Springs, FL 32701

Bank of America
PO BOX 660441
Dallas, TX 75266-0441

nk of America
 BOX 660861
llas, TX 75266-0861

Bank of America
PO BOX 851001
Dallas, TX 75285-1001

Bank of America (B of A Visa)
PO BOX 660441
Dallas, TX 75266-0441

nk of America, N.A.
RINOSCI LAW GROUP, P.C.
0 West Cypress Creek Road, Suite 1045
rt Lauderdale, FL 33309-2191

Bank of America, N.A.
P.O. Box 31785
Tampa, FL 33631-3785

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

lld Exchange LLC
tn: RJ Haughey II Esq
1 E Jackson Street
ite 2225
mpa FL 33602-5213

Billd Exchange LLC
C/O RJ Haughey, II Esq
Suite 2225
Tampa, FL 33602

Billd Exchange, LLC
3800 N. Lamar Blvd. #210
AUSTIN, TX 78756-0003

naveral Crossing Resorts, Inc
26 Hansel Avenue
lando, FL 32809-3405

Canaveral Crossroads, LLC
5526 Hansel Avenue
Orlando, FL 32809-3405

Cape Crossing Condominium Association Inc
4320 S Babcock St Suite 102
Melbourne FL 32901-8863

pe Crossing Resort Management
20 S Badcock Street
ite 102
lbourne, FL 32901-8863

Cape Crossing Town Homeowners Association In
4320 S Babcock St Suite 102
Melbourne FL 32901-8863

Cape Crossing Townhomeowners
4320 S Babcock St
Suite 102
Melbourne, FL 32901-8863

ase Card Services
 Box 15123
lmington DE 19850-5123

Chase Ink
PO BOX 15123
Wilmington, DE 19850-5123

Chase Prime Visa
PO BOX 15123
Wilmington, DE 19850-5123

erry Village GP, LLC
o Joseph R. Prochaska
no & Cavanaugh, PLLC
4 Church Street Suite 2910
shville, TN 37219-2383

Cherry Village LP
421 NE 12th Avenue
Homestead FL 33030-6259

Citi Cards
PO BOX 658202
Dallas, TX 75265-8202

vid McPhillips
07 Bayshore Blvd #116
mpa, FL 33611-3875

David McPhillips
4907 Bayshore Blvd 116
Tampa FL 33611-3875

Fifth Third Bank
5050 Kingsley Drive
Cincinnati, OH 45227-1115

fth Third Bank N.A.
Box 9013
dison, Texas 75001-9013

First State Bank
1201 Simonton Street
Key West, FL 33040-3162

First State Bank of the Florida Keys
RILYN A. CARNAHAN, ESQ
4420 Beacon Cir.
West Palm Beach, Florida 33407-3281

rst State Bank of the Florida Keys
o Mahra Sarofsky, Esq. and Rilyn Carna
opes Mathias, LLP
20 Beacon Circle
st Palm Beach, FL 33407-3281

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Horton Johnson
10226 Curry Ford Road
Suite 107, PMB 1036
Orlando, FL 32825-8735

rton S Johnson
226 Curry Ford Road
ite 107 PMB 1036
lando FL 32825-8735

Internal Revenue Service
PO BOX 1303
Charlotte, NC 28201-1303

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

eley Fugitt
00 Prudential Drive
ite 3
cksonville FL 32207-8177

J. Christopher Crowder
700 N Wickham Rd, Unit 205
Melbourne, FL 32935-8840

J. Jon Ashby
1201 Simonton Street
Key West, FL 33040-3111

Morgan Chase Bank, N.A.
o/m/t Chase Bank USA, N.A.
oertson, Anschutz, Schneid,
ane & Partners, PLLC
09 Congress Avenue, Suite 100
ca Raton, FL 33487-2853

James A. Timko, Esq.
DEAN, MEAD, EGERTON, BLOODWORTH,
CAPOUANO & BOZARTH, P.A.
420 S. Orange Avenue, Suite 700
Orlando, Florida 32801-4911

Jerry Holliday
Attn: Eric S Gillin Esq
222 N Harbor City Blvd
Melbourne FL 32935-6762

rry Holliday
O Eric S Gilin, Esq
2 N Harbor City Blvd
lbourne, FL 32935-6762

Joseph Prochaska
Reno & Cavanaugh, PLLC
424 Church Street Suite 2910
Nashville, TN 37219-2383

Launch Credit Union
300 S Plumosa St
Merritt Island FL 32952-3526

wndes, Drosdick, Doster, Kantor & Reed, PA
Box 2809
lando, FL 32802-2809

Luis Cortes
c/o Peter F. Carr, Jr., Esq
203 E. Livingston St.
Orlando, FL 32801-1508

Luis Cortez
Attn: Peter Carr Esq
203 E Livingston Street
Orlando FL 32801-1508

is Cortez
O Peter Carr, Esq
3 E Livingston Street
lando, FL 32801-1508

MFT Holdings, LLC
14556 Saint Georges Hill Drive
Orlando, FL 32828-8035

MTF Holdings, LLC
14556 Saint Georges Hill Drive
Orlando, FL 32828-8035

chael McPhillips
ssett, Anthony & Taylor, P.A.
25 W. Colonial Drive
lando, FL. 32804-7133

Mike McPhillips
310 Lagoon Way
Merritt Island, FL 32953-4132

Monroe County Property Tax Collector
PO Box 1129
Key West FL 33041-1129

ange County Tax Collector
Box 545100
lando FL 32854-5100

PEDixon LLC
1627 East Vine Street
Suite E
Kissimmee, FL 34744-3719

Pedixon, LLC
c/o James A. Timko
Dean Mead
420 S. Orange Avenue, Ste. 700
Orlando, FL 32801-4911

ANE P. SARVER
mmerman, Kiser & Sutcliffe, P.A.
D. Box 3000
lando, FL 32802-3000

Tamamoi, LLC
c/o Elizabeth Wulff, Esq.
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092-2871

The Carton Family Trust
C/O Audrey J Dixon, Esq
3550 Engineering Drive
Suite 260
Norcross, GA 30092-2871

e Carton Family Trust
o Elizabeth Wulff, Esq.
Michael Taylor Gray, LLC
50 Engineering Drive, Suite 260
achtree Corners, GA 30092-2871

Tierd Capital, Inc
4409, Hoffner Avenue #348
Orlando, FL 32812-2331

Tracey Flynn
14556 Saint Georges Hill Drive
Orlando FL 32828-8035

Holdings Group LLC
o Shane Sarver Manager TriSt
88 Heaton Park Trial
era, FL 32955-6760

WM Holdings Group, LLC
14556 Saint Georges Hill Drive
Orlando, FL 32828-8035

ZPD, LLC
c/o James A. Timko
Dean Mead
420 S. Orange Avenue, Ste. 700
Orlando, FL 32801-4911

niel A Velasquez
tham, Luna, Eden & Beaudine, LLP
1 S. Orange Ave., Ste. 1400
lando, FL 32801-3483

L. Todd Budgen
Budgen Law
Post Office Box 520546
Longwood, FL 32752-0546

Martin Charles Flynn Jr
14556 Saint Georges Hill Drive
Orlando, FL 32828-8035

ane P. Sarver
o Zimmerman, Kiser & Sutcliffe, P.A.
D. Box 3000
lando, FL 32802-3000

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

)BANK OF AMERICA, N.A.

(d)Bank of America
PO Box 660441
Dallas TX 75266-0441

(d)Bank of America
PO Box 851001
Dallas TX 75285-1001

)Canaveral Crossing Resorts, LLC
26 Hansel Avenue
lando, FL 32809-3405

(d)Cape Crossing Resort Management
4320 S Badcock Street, Suite 102
Melbourne, FL 32901-8863

(d)Chase Ink
PO Box 15123
Wilmington, DE 19850-5123

)Chase Prime Visa
Box 15123
lmington, DE 19850-5123

(d)Cherry Village LP
421 NE 12th Avenue
Homestead, FL 33030-6259

(d)Citi Cards
PO Box 658202
Dallas TX 75265-8202

)Horton S Johnson
226 Curry Ford Road
ite 107 PMB 1036
lando, FL 32825-8735

(d)Internal Revenue Service
PO Box 1303
Charlotte NC 28201-1303

(d)Iseley Fugitt
1400 Prudential Drive
Suite 3
Jacksonville, FL 32207-8177

)Launch Credit Union
0 S Plumosa St
rritt Island, FL 32952-3526

(d)PEDixon LLC
1627 East Vine Street Suite E
Kissimmee FL 34744-3719

(d)Tracey Flynn
14556 Saint Georges Hill Drive
Orlando, FL 32828-8035

)Various Sherwood Entities Debtor is guaran

(u)Horton S. Johnson

(u)Michael McPhillips

)Roberta A Colton

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 75 |
| Bypassed recipients | 19 |
| Total | 94 |