ORDERED.

**Dated: August 31, 2026**

Lori V. Vaughan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**In re:** **Case No. 26-00399-LVV**
**Chapter 11**

**MARTIN CHARLES FLYNN, JR.,**

**Debtor.**
______________________________/

**ORDER GRANTING MOTION TO PERMIT COUNSEL TO APPEAR REMOTELY AT THE SEPTEMBER 1, 2026 CONFIRMATION HEARING**

THIS MATTER came before the Court, pursuant to the *Motion to Permit Counsel to Appear Remotely at the September 1, 2026 Confirmation Hearing* [ECF No. 110] (the "Motion"), filed by counsel for First State Bank of the Florida Keys. The Court, having reviewed the Motion, finding that good cause exists to grant the relief herein, and having been otherwise fully advised in the premises, hereby

ORDERS AND ADJUDGES as follows:

1. The Motion is GRANTED.

2. Rilyn A. Carnahan, Esq., Counsel for First State Bank of the Florida Keys, may appear via Zoom at the September 1, 2026, 2:00p.m. Confirmation Hearing.

###

Submitted by:
Rilyn A. Carnahan, Esq.
4420 Beacon Cir.
West Palm Beach, FL 33407
(561) 842-3000 ext. 1638
rcarnahan@lippes.com

**[Rilyn A. Carnahan, Esq. is directed to serve copies of this Order on all interested parties and file a certificate of service with the Court.]**