UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

09/01/2026 02:00 PM

COURTROOM 6C, 6th Floor

HONORABLE LORI VAUGHAN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:26-bk-00399-LVV** | **11** | **01/22/2026** |

**Chapter 11**

**DEBTOR:** Martin Flynn

**DEBTOR ATTY:** **Daniel Velasquez**

**TRUSTEE:** **L. Budgen**

**HEARING:**

1) Confirmation Hearing
Chapter 11 Plan (Doc #66)
Objection by Creditor David Mcphillips to Confirmation of Plan (Doc #108)
Objection by ZPD LLC, Pedixon, LLC to Confirmation of Plan and Reservation of Rights (Doc #109)
2) Motion by Pedixon LLC to Dismiss Case or Convert Bankruptcy Case. (Doc #81) - resolved at mediation?
Note:
Converted 13 to 11 on 3/18/26
341: 5/4/26 2pm
Case Mgmt Summary (Doc #53)
MORs:
March 2026 (Doc #79)
April 2026 (Doc #80)
June 2026 (Doc #101)
Mediator's Report and Notice of Completion of Mediation (Doc #102)
Pending:
1) Application for Compensation of Daniel A. Velasquez and the Law Firm of Latham, Luna, Eden & Beaudine, LLP, for Award of Attorneys Fees i/a/o $32,690.00 and Reimbursement of Expenses i/a/o $1,826.75 and Notice of Estimated Fees & Costs thru Confirmation i/a/o $7,500.00. For the period: March 4, 2026 through August 17, 2026; filed w/ neg ntc 8/19/26 (Doc #107)

**APPEARANCES:**:
Dan Velasquez: Debtor; Todd Budgen: SubV Trustee; Wanda Murray: UST; James Timko: Pedixon & ZPD LLC; Christopher Crowder: David McPhillips; Rilyn Carnahan: First State Bank of the Keys

**RULING:**
1) Confirmation Hearing - Chapter 11 Plan (Doc #66) - Objection by Creditor David Mcphillips to Confirmation of Plan (Doc #108) - Objection by ZPD LLC, Pedixon, LLC to Confirmation of Plan and Reservation of Rights (Doc #109) - Continued to 10/14/2026 at 3:00pm (Velasquez to Notice Continued Confirmation and Extension of Deadlines)

2) Motion by Pedixon LLC to Dismiss Case or Convert Bankruptcy Case. (Doc #81) - Continued to 10/14/2026 at 3:00pm (AOCNFNG)

(aj)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.