**Fill in this information to identify the case:**

Debtor Name Martin C. Flynn, Jr.

United States Bankruptcy Court for the: Middle District of Florida

Case number: 6:26-bk-00399-LVV

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: August 2026

Date report filed: 09/21/2026 (MM / DD / YYYY)

Line of business: Residential Real Estate

NAISC code: 531110

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Martin C. Flynn, Jr.

Original signature of responsible party ____________________

Printed name of responsible party Martin C. Flynn, Jr.

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Martin C. Flynn, Jr. Case number 6:26-bk-00399-LVV

| | | | | |
|---|---|---|---|---|
| 17. | Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. | Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 334.59

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here. $ 0.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here. - $ 15.00

22. **Net cash flow** + $ (15.00)

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month** = $ 319.59

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 0.00

    *(Exhibit E)*

Debtor Name Martin C. Flynn, Jr. Case number 6:26-bk-00399-LVV

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** (*Exhibit F*) $ 0.00

## 5. Employees

26. What was the number of employees when the case was filed? 0
27. What is the number of employees as of the date of this monthly report? 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 0.00 | – | $ 0.00 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 15.00 | – | $ 15.00 | = | $ 0.00 |
| 34. **Net cash flow** | $ (15.00) | – | $ (15.00) | = | $ 0.00 |

35. Total projected cash receipts for the next month: $ 0.00
36. Total projected cash disbursements for the next month: - $ 15.00
37. Total projected net cash flow for the next month: = $ (15.00)

Debtor Name Martin C. Flynn, Jr. Case number 6:26-bk-00399-LVV

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☑ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

# Official Form 425C
# Monthly Operating Report for Small Business Under Chapter 11

| | |
|---|---|
| **Debtor:**<br>Martin C. Flynn, Jr. | **Case No.:**<br>6:26-bk-00399-LVV |
| **Court:**<br>U.S. Bankruptcy Court, M.D. Fla. (Orlando Div.) | **Petition Date:**<br>01/22/2026 |
| **Reporting Month:**<br>August 2026 | **Date Report Filed:**<br>09/21/2026 |
| **Line of Business:**<br>Individual Debtor — Residential Rental Real Estate | **NAICS:**<br>531110 |

**Case status:** Ballots on the Subchapter V plan (Doc 66) were due 08/25/2026; objections to confirmation were filed 08/25/2026 (Docs 108, 109). Debtor's counsel filed a fee application 08/19/2026 (Doc 107). The confirmation hearing set for 09/01/2026 was continued by the Court to 10/14/2026. Definitive documentation of the 07/21/2026 Outline of Compromise remains in negotiation (see Exhibit B). Subchapter V election granted 04/20/2026; plan filed 04/22/2026 (Doc 66).

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that I have examined this small-business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

| | |
|---|---|
| **Responsible Party:**<br>Martin C. Flynn, Jr. | **Title:**<br>Debtor-in-Possession |
| **Signature:**<br>____________________ | **Date:**<br>__________ |
| **Printed Name:**<br>Martin C. Flynn, Jr. | |

## Part 1 — Questionnaire

Answers cover the entire reporting period (08/01/2026 – 08/31/2026). An explanation is attached as Exhibit A for any "No" to lines 1–9 (none this month) and Exhibit B for any "Yes" to lines 10–18 (none this month).

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1 | Did the business operate during the entire reporting period? | X | | |
| 2 | Do you plan to continue to operate the business next month? | X | | |
| 3 | Have you paid all of your bills on time? | X | | |
| 4 | Did you pay your employees on time? | | | X |
| 5 | Have you deposited all receipts into debtor-in-possession (DIP) accounts? | | | X |
| 6 | Have you timely filed your tax returns and paid all of your taxes? | | | X |
| 7 | Have you timely filed all other required government filings? | X | | |
| 8 | Are you current on quarterly fee payments to the U.S. Trustee? | | | X |
| 9 | Have you timely paid all of your insurance premiums? | X | | |
| 10 | Do you have any bank accounts open other than the DIP accounts? | | X | |
| 11 | Have you sold any assets other than inventory? | | X | |
| 12 | Have you sold or transferred any assets or provided services to anyone related to the DIP? | | X | |
| 13 | Did any insurance company cancel your policy? | | X | |
| 14 | Did you have any unusual or significant unanticipated expenses? | | X | |
| 15 | Have you borrowed money from anyone or has anyone made payments on your behalf? | | X | |

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 16 | Has anyone made an investment in your business? | | X | |
| 17 | Have you paid any bills you owed before you filed bankruptcy? | | X | |
| 18 | Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | | X | |

Q4 (N/A): Debtor is an individual with no employees. Q5 (N/A): There were no cash receipts during the reporting period; the DIP account (Wells Fargo, last 4 digits 7797) is the Debtor's only open account and would receive any receipts. Q6 (N/A): No post-petition tax return or tax payment came due during the reporting period. Q8 (N/A): Subchapter V case — exempt from U.S. Trustee quarterly fees under 28 U.S.C. § 1930(a)(6)(A). Q10 (No): The pre-petition personal checking account (Wells Fargo, last 4 digits 8254) was closed 04/14/2026 at a $0.00 balance; the DIP account is the only account open at any time during the reporting period. All post-petition insurance premiums are current and no policy was cancelled during the period.

## Part 2 — Summary of Cash Activity for All Accounts

The debtor-in-possession account (Wells Fargo, last 4 digits 7797) was the Debtor's only open bank account throughout the reporting period. There were no cash receipts. Total cash disbursements were $15.00, itemized at Exhibit D.

| Account | Opening | Receipts | Disbursements | Closing |
|---|---|---|---|---|
| DIP account (...7797) — Wells Fargo | $334.59 | $0.00 | ($15.00) | $319.59 |
| **TOTAL — ALL ACCOUNTS** | **$334.59** | **$0.00** | **($15.00)** | **$319.59** |

| Line | Item | Amount |
|---|---|---|
| 19 | Total opening balance of all accounts (08/01/2026) | $334.59 |
| 20 | Total cash receipts (see Exhibit C) | $0.00 |
| 21 | Total cash disbursements (see Exhibit D) | $15.00 |
| 22 | Net cash flow (line 20 − line 21) | ($15.00) |
| **23** | **Cash on hand at the end of the month (line 19 + line 22)** | **$319.59** |

## Part 3 — Unpaid Bills

24. Total payables (Exhibit E): $0.00 — no unpaid post-petition obligations as of 08/31/2026.

## Part 4 — Money Owed to You

25. Total receivables (Exhibit F): $0.00 — no trade receivables. The Tri-Star Limited Partnership / Sarver withheld-distribution claim (~$80,000) and related withheld duplex-sale proceeds (~$225,000) remain contingent and are the subject of the pending adversary proceeding; they are not booked as current receivables.

## Part 5 — Employees

26. Number of employees when the case was filed: 0
27. Number of employees as of the date of this report: 0

## Part 6 — Professional Fees

| | |
|---|---|
| 28. Bankruptcy professional fees paid this month: | $0.00 |
| 29. Bankruptcy professional fees paid since case filing: | $0.00 |
| 30. Other professional fees paid this month: | $0.00 |
| 31. Other professional fees paid since case filing: | $0.00 |

No professional fees have been paid from any estate account. Debtor's counsel filed an application for compensation on 08/19/2026 (Doc 107); it has not been heard or approved, and no amount has been paid. U.S. Trustee quarterly fees: N/A — Subchapter V case, exempt under 28 U.S.C. § 1930(a)(6)(A).

## Part 7 — Projections

| | Column A — Projected (per July 2026 MOR (lines 35–37)) | Column B — Actual (this month) | Column C — Difference (A − B) |
|---|---|---|---|
| 32. Cash receipts | $0.00 | $0.00 | $0.00 |
| 33. Cash disbursements | $15.00 | $15.00 | $0.00 |
| 34. Net cash flow | ($15.00) | ($15.00) | $0.00 |

| | |
|---|---|
| 35. Total projected cash receipts for the next month (September 2026): | $0.00 |
| 36. Total projected cash disbursements for the next month: | ($15.00) |
| 37. Total projected net cash flow for the next month: | ($15.00) |

Column C is computed as Column A minus Column B. A parenthetical figure on line 33 means actual disbursements exceeded the projection; the corresponding line 34 figure is the arithmetic offset of that variance and is not an unexplained cash inflow.

A $15.00 monthly service fee is projected for September 2026. No cash receipts are projected. Recurring plan obligations (Tax Certificates $454.00; Vehicle Loan $250.00) do not commence until plan confirmation, which remains pending. The annual Tri-Star distribution (~$125,000) is projected for December 2026 per the proposed budget.

## Part 8 — Additional Information Attached

[X] 38. Bank statement for each open account (last 4 digits only) — DIP account (...7797), statement period 08/01/2026 – 08/31/2026.

[X] 39. Bank reconciliation report for the DIP account (see MOR-2).

[ ] 40. Income statement and balance sheet - N/A. The Debtor is an individual with no operating entity; no separate profit & loss statement or balance sheet is prepared.

[ ] 41. Budget / projection - N/A. Projections for the next month are reported at Part 7, lines 35-37, of this report.

[ ] 42. Job-costing or work-in-progress reports — N/A (individual debtor).

### Exhibit A — Explanations for "No" Responses (Lines 1–9)

No "No" responses to lines 1–9 during the August 2026 reporting period. Line 4 is N/A because the Debtor is an individual with no employees. Line 5 is N/A because there were no cash receipts during the reporting period. Line 6 is N/A because no post-petition tax filing or payment came due during the reporting period. Line 8 is N/A because the case is a Subchapter V case, which is exempt from U.S. Trustee quarterly fees under 28 U.S.C. § 1930(a)(6)(A).

### Exhibit B — Explanations for "Yes" Responses (Lines 10–18)

No "Yes" responses to lines 10–18 during the August 2026 reporting period. The pre-petition personal checking account (Wells Fargo, last 4 digits 8254) was closed on 04/14/2026 at a $0.00 balance and the DIP account (last 4 digits 7797) was the Debtor's only open account for the entire period. No asset was sold or transferred; no insurance policy was cancelled; no money was borrowed and no third party made any payment on the Debtor's behalf; no pre-petition debt was paid and no pre-petition check cleared any account.

**Transparency disclosure (not a "Yes" response; disclosed for completeness):**

As disclosed in the July 2026 report, on 07/21/2026 the Debtor and the secured creditor group executed an Outline of Compromise following the court-directed judicial mediation. The Outline of Compromise is an agreement in principle. It contemplates, among other things, the potential future transfer of the real property held by 650 85th Street LLC in exchange for treatment of the secured claims. No transfer occurred during the reporting period, no closing has been scheduled, and no such transfer will be effected except upon definitive documentation and approval of this Court under 11 U.S.C. §363 or through a confirmed plan. Accordingly, Questions 11 and 12 are answered "No" for the reporting period. The matter is disclosed here for full transparency.

### Exhibit C — Schedule of Cash Receipts (August 2026)

| Date | Source / Payer | Description | Amount |
|---|---|---|---|
| — | — | No cash receipts during reporting period. | $0.00 |
| **TOTAL RECEIPTS** | | | **$0.00** |

650 85th Street LLC is a single-member LLC owned by the Debtor; any rental revenue is collected at the LLC level and none was distributed to the Debtor personally during the reporting period. Tri-Star annual distributions are projected for December 2026 per the proposed budget. The withheld Tri-Star distribution and withheld duplex-sale proceeds remain the subject of the pending turnover litigation and have not been released to the estate.

### Exhibit D — Schedule of Cash Disbursements (August 2026)

| Date | Payee / Description | Category | Source Account | Amount |
|---|---|---|---|---|
| 08/03/2026 | Wells Fargo — monthly service fee, fee period 07/01/2026 to 07/31/2026 | Bank Charges | DIP (...7797) | $15.00 |
| **TOTAL DISBURSEMENTS** | | | | **$15.00** |

The sole August disbursement is the bank's standard monthly account-maintenance fee, assessed automatically. No checks were issued, no bill payments were scheduled or cleared, and no payment was made to any creditor of the estate during the reporting period.

### Exhibit E — Unpaid Post-Petition Debts

As of 08/31/2026: None. There are no unpaid post-petition obligations. Recurring plan obligations have not commenced; plan confirmation remains pending.

### Exhibit F — Money Owed to the Debtor

As of 08/31/2026: no current trade receivables. Contingent claims relating to the Tri-Star Limited Partnership and related parties — including (i) approximately $80,000 in withheld post-petition partnership distributions, and (ii) approximately $225,000 in withheld duplex-sale proceeds — remain the subject of the pending adversary proceeding and are not booked as current receivables. No portion of these funds was released to the estate during the reporting period.

## MOR-1 — Schedule of Receipts and Disbursements

For the period beginning 08/01/2026 and ending 08/31/2026

Debtor: Martin C. Flynn, Jr. | Case No.: 6:26-bk-00399-LVV | Petition Date: 01/22/2026

| | **Current Month** | **Cumulative Petition-to-Date** |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | **$334.59** | **$645.74** |
| **2. RECEIPTS:** | | |
| A. Cash Sales | $0.00 | $0.00 |
| Minus: Cash Refunds | $0.00 | $0.00 |
| Net Cash Sales | $0.00 | $0.00 |
| B. Accounts Receivable | $0.00 | $0.00 |
| C. Other Receipts (See MOR-2) | $0.00 | $0.00 |
| **3. TOTAL RECEIPTS (2A+2B+2C)** | **$0.00** | **$0.00** |
| **4. TOTAL FUNDS AVAILABLE (Line 1 + Line 3)** | **$334.59** | **$645.74** |
| **5. DISBURSEMENTS:** | | |
| A. Advertising | $0.00 | $0.00 |
| B. Bank Charges | $15.00 | $45.12 |
| C. Contract Labor | $0.00 | $0.00 |
| D. Fixed Asset Payments | $0.00 | $0.00 |
| E. Insurance | $0.00 | $26.73 |
| F. Inventory Payments | $0.00 | $0.00 |
| G. Leases | $0.00 | $0.00 |
| H. Manufacturing Supplies | $0.00 | $0.00 |
| I. Office Supplies | $0.00 | $0.00 |
| J. Payroll (Net) | $0.00 | $0.00 |
| K. Professional Fees (Accounting & Legal) | $0.00 | $0.00 |
| L. Rent | $0.00 | $0.00 |
| M. Repairs & Maintenance | $0.00 | $0.00 |
| N. Secured Creditor Payments | $0.00 | $0.00 |
| O. Taxes Paid – Payroll | $0.00 | $0.00 |
| P. Taxes Paid – Sales & Use | $0.00 | $0.00 |
| Q. Taxes Paid – Other | $0.00 | $0.00 |
| R. Telephone | $0.00 | $0.00 |
| S. Travel & Entertainment | $0.00 | $134.31 |
| T. U.S. Trustee Quarterly Fees | $0.00 | $0.00 |
| U. Utilities | $0.00 | $0.00 |
| V. Vehicle Expenses | $0.00 | $0.00 |
| W. Other Operating Expenses (See MOR-2) | $0.00 | $119.99 |
| **6. TOTAL DISBURSEMENTS (Sum 5A–W)** | **$15.00** | **$326.15** |
| **7. ENDING BALANCE (Line 4 − Line 6)** | **$319.59** | **$319.59** |

(a) Current-month opening balance equals the prior month's closing balance ($334.59). (b) Funds at beginning of period, cumulative column, is the petition-date balance of $645.74 as of 01/22/2026. (c) Ending balances tie: current month $319.59 = cumulative petition-to-date $319.59, and

$645.74 − $326.15 = $319.59. ✓ (d) The current-month ending balance agrees exactly to the Wells Fargo DIP account statement for the period, attached at Item 38. (e) Composition of the cumulative petition-to-date disbursement column: of the $326.15 total, $292.00 was disbursed during March 2026 from the Debtor's pre-petition personal checking account (Wells Fargo, last 4 digits 8254), before the debtor-in-possession account was opened on 04/10/2026. That activity was itemized and explained at Exhibit B and Exhibit D of the March 2026 monthly operating report. All disbursements since the DIP account was opened total $34.15 ($4.15 in June 2026, $15.00 in July 2026, and $15.00 in August 2026), all of which were bank service charges. Cumulative bank charges petition-to-date are $45.12; no other category has increased since March 2026.

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 21st day of September, 2026. Signature: ____________________
Martin C. Flynn, Jr., Debtor-in-Possession

## MOR-2 — Detail of Other Receipts and Other Disbursements; Bank Reconciliation

### Other Receipts (August 2026)

| Description | Current Month | Cumulative Petition-to-Date |
|---|---|---|
| None | $0.00 | $0.00 |
| **TOTAL OTHER RECEIPTS** | **$0.00** | **$0.00** |

No insider loans, no third-party payments to or on behalf of the Debtor, and no gifts or contributions during the reporting period.

### Other Disbursements (August 2026) — detail behind MOR-1 line 5W

| Description | Current Month | Cumulative Petition-to-Date |
|---|---|---|
| Software / subscription services (March 2026) | $0.00 | $119.99 |
| **TOTAL OTHER DISBURSEMENTS** | **$0.00** | **$119.99** |

No "Other Operating Expenses" disbursements occurred during August 2026. The cumulative column reflects the $119.99 software/subscription disbursement reported on the March 2026 MOR.

### Bank Reconciliation Summary (Item 39)

| Account | Bank Balance 08/31/2026 | Outstanding Items | Book Balance 08/31/2026 |
|---|---|---|---|
| Wells Fargo DIP (...7797) | $319.59 | $0.00 | $319.59 |
| Wells Fargo pre-petition (...8254) — closed 04/14/2026 | $0.00 | $0.00 | $0.00 |
| **TOTAL** | **$319.59** | **$0.00** | **$319.59** |

Reconciled. No outstanding checks and no deposits in transit as of 08/31/2026. The bank statement balance agrees to the book balance without adjustment.

### Case Developments During the Reporting Period (August 2026)

During August 2026 the Debtor and the secured creditor group continued negotiating definitive settlement documentation implementing the 07/21/2026 Outline of Compromise. Debtor's counsel filed an application for compensation on 08/19/2026 (Doc 107), which has not been approved; no fees were paid. Ballots on the plan (Doc 66) were due 08/25/2026, and two creditors filed objections to confirmation on 08/25/2026 (Docs 108, 109). After the close of the period, on 09/01/2026, the Court continued the confirmation hearing and related deadlines to 10/14/2026. No asset of the estate was sold, transferred, encumbered, or otherwise disposed of during the reporting period, and no consideration was paid or received. These developments had no effect on the Debtor's cash position or post-petition financial obligations.

# Wells Fargo Everyday Checking



MARTIN C FLYNN JR
DEBTOR IN POSSESSION
CH11 CASE #26-00399 (MFL)
14556 SAINT GEORGES HILL DR
ORLANDO FL 32828-8035

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS** (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

**Other Wells Fargo Benefits**

**Check your security settings**

Now is a great time to make sure your security settings are up to date before the busy fall, back-to-school, and holiday seasons arrive.

Sign on now and complete a few simple steps in less than 10 minutes:

1. Update and strengthen your password, or better yet get Passkey (it takes just a minute).
2. Ensure we have your current contact information (current mobile number and email).
3. Set up account alerts*, which you can customize for your needs.

Learn more at www.wellsfargo.com/securitytools

* Sign-up may be required. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

WELLS FARGO

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $334.59 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 15.00 |
| **Ending balance on 8/31** | **$319.59** |

Account number: ******7797 **(primary account)**

**MARTIN C FLYNN JR**
**DEBTOR IN POSSESSION**
**CH11 CASE #26-00399 (MFL)**

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 063107513

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| *Date* | *Check Number* | *Description* | *Deposits/ Additions* | *Withdrawals/ Subtractions* | *Ending daily balance* |
|---|---|---|---|---|---|
| 8/3 | | Monthly Service Fee for 07/01 to 07/31 | | 15.00 | 319.59 |
| **Totals** | | | **$0.00** | **$15.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period: 07/01/2026 - 07/31/2026 | Standard monthly service fee $15.00 | You paid $15.00 |
|---|---|---|

| Your monthly service fee can be avoided with any one of the following each fee period: | This fee period |
|---|---|
| • Primary account owner is 17-24 years old | Not Met |
| • A qualifying monthly non-civilian military direct deposit with the Wells Fargo Worldwide Military Banking Program | Not Met |
| • Maintain a minimum daily balance of $1500.00 | $334.59 |
| • Qualifying electronic deposits totaling $500.00 or more | $0.00 |
| • $5,000 or more in qualifying deposit balances, investment balances or both | Not Met |

**TIP** **Report check fraud right away.** Fraudsters target the mail looking for checks they can alter and use. They may keep the amount the same, so **it's important to review the check image as soon as it clears.** Contact us to request check images or view them online. If you mail checks, make sure the person you sent it to receives it.

WELLS FARGO

# IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

**Other Wells Fargo Benefits**

**Wells Fargo is serious about security.**
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at **wellsfargo.com/security** to learn more.

WELLS FARGO

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts**

  Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **If your account has a negative balance:**

  Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- **In case of errors or questions about your electronic transfers:**

  Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

- **In case of errors or questions about other transactions (that are not electronic transfers):**

  Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

WELLS FARGO

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

### ENTER

**A.** The ending balance shown on your statement.. ................ $__________

### ADD

**B.** Any deposits listed in your register or transfers into your account which are not shown on your statement.

$__________
$__________
$__________
+$__________

.................................. TOTAL $__________

### CALCULATE THE SUBTOTAL

(Add Parts A and B)

.................................. TOTAL $__________

### SUBTRACT

**C.** The total outstanding checks and withdrawals from the chart above. ........ - $__________

### CALCULATE THE ENDING BALANCE

(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register. ..................... $__________

| Number | Items outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total $** | |

**To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.**

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801