**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**In re:** **Case No. 26-00399-LVV**
**Chapter 11**

**MARTIN CHARLES FLYNN, JR.,**

**Debtor.**
______________________________/

**MOTION TO PERMIT COUNSEL TO APPEAR REMOTELY AT THE OCTOBER 14, 2026 CONFIRMATION HEARING**

***Relief Requested Without a Hearing***

First State Bank of the Florida Keys, by and through undersigned counsel, hereby files this *Motion to Permit Counsel to Appear Remotely at the October 14, 2026 Confirmation Hearing*, and states the following:

1. This voluntary Chapter 13 bankruptcy proceeding was filed on January 22, 2026 by Martin Charles Flynn, Jr. (the "Debtor").

2. On or about March 3, 2026, the Debtor filed a notice of voluntarily conversion to a Chapter 11 bankruptcy proceeding [ECF No 41].

3. On or about March 18, 2026, the Court entered its *Order Converting Case from Chapter 13 to Chapter 11* [ECF No. 46] (the "Conversion Order").

4. On or about July 22, 2026, the Court entered an *Order (I) Scheduling Hearing on Confirmation of Plan of Reorganization, (II) Setting Related Deadlines, and (III) Setting Deadlines for Filing Administrative Expense Applications* [ECF No. 104] scheduling the Confirmation Hearing for September 1, 2026 at 2:00 p.m. (the "Confirmation Hearing").

5. Pursuant to the Hearing Proceeding Memo [ECF No. 112] the Confirmation Hearing is continued to October 14, 2026, at 3:00 p.m.

6. In accordance with the Court's procedures, counsel may be permitted to participate in the Confirmation Hearing remotely.

7. Counsel submits that good cause exists to appear via remote video conference, on October 14, 2026 at 3:00 p.m. for the Confirmation Hearing.

8. Undersigned counsel is in West Palm Beach.

9. Undersigned counsel has been advised that the Confirmation Hearing will be continued along with all pre-confirmation and voting deadlines. Accordingly, counsel submits that good cause exists for counsel to be permitted to appear at the Confirmation Hearing by zoom videoconference, particularly if the hearing will be continued.

10. In addition, undersigned counsel also has hearings before the Bankruptcy Court in the Southern District of Florida, Fort Lauderdale Division on the same date. Although the hearings are scheduled to start in the morning, it is not certain that such hearings will conclude in time to allow for undersigned counsel to travel from Fort Lauderdale, Florida to Orlando, Florida.

11. Accordingly, Rilyn A. Carnahan, Esq., undersigned counsel for First State Bank of the Florida Keys, respectfully requests to attend the October 14, 2026 Confirmation Hearing via Zoom.

**WHEREFORE**, counsel for First State Bank of the Florida Keys, respectfully requests that the Court enter an Order permitting Rilyn A. Carnahan to attend the October 14, 2026, 3:00 p.m. Confirmation Hearing via remote video conference.

Dated: October 12, 2026

**LIPPES MATHIAS, LLP**

*/s Rilyn A. Carnahan*
MICHAEL R. BAKST, ESQ.
Florida Bar No.: 866377
RILYN A. CARNAHAN, ESQ.
Florida Bar No.: 614831

4420 Beacon Cir.
West Palm Beach, FL 33407
T: (561) 842-3000 ext. 1638
Email: rcarnahan@lippes.com

RAC/mab

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 12, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF, or by first class U.S. mail on those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing as indicated on the Manual Service List below.

*/s/ Rilyn A. Carnahan*
Rilyn A. Carnahan, Esq.

**Mailing Information for Case 6:26-bk-00399-LVV**

**Electronic Mail Notice List**
The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Bradley J Anderson** banderson@zkslaw.com, jconcannon@zkslaw.com;mpickren@zkslaw.com;service@zkslaw.com
- **Bank of America (EM)** elliott.myers@bankofamerica.com
- **L. Todd Budgen** todd@c11trustee.com, ltbudgen@ecf.courtdrive.com,bnc@mybankruptcyfirm.com,F006@ecfcbis.com
- **Phil A D'Aniello** pdaniello@fassettlaw.com, tsadaka@fassettlaw.com
- **Frederic J DiSpigna** fdispigna@mlg-defaultlaw.com, mlgfl-bk@mlg-defaultlaw.com;ecf@mlg-defaultlaw.com;MLGBK@ecf.courtdrive.com
- **Wanda D Murray** wanda.murray@usdoj.gov
- **Mahra C Sarofsky** msarofsky@lippes.com, WROJAS@LIPPES.COM;MBIRD@LIPPES.COM;adukesmunroe@lippes.com
- **James Timko** jtimko@deanmead.com, mgodek@deanmead.com
- **United States Trustee - ORL7/13** USTP.Region21.OR.ECF@usdoj.gov
- **Daniel A Velasquez** dvelasquez@lathamluna.com, bknotice1@lathamluna.com;bknotice2@ecf.courtdrive.com

**Manual Notice List**
The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

- (No manual recipients)

# PROPOSED

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**In re:** **Case No. 26-00399-LVV**
**Chapter 11**

**MARTIN CHARLES FLYNN, JR.,**

**Debtor.**
______________________________/

**ORDER GRANTING MOTION TO PERMIT COUNSEL TO APPEAR REMOTELY AT THE OCTOBER 14, 2026 CONFIRMATION HEARING**

THIS MATTER came before the Court, pursuant to the *Motion to Permit Counsel to Appear Remotely at the October 14, 2026 Confirmation Hearing* [ECF No. __] (the "Motion"), filed by counsel for First State Bank of the Florida Keys. The Court, having reviewed the Motion, finding that good cause exists to grant the relief herein, and having been otherwise fully advised in the premises, hereby

ORDERS AND ADJUDGES as follows:

1. The Motion is GRANTED.

2. Rilyn A. Carnahan, Esq., Counsel for First State Bank of the Florida Keys, may appear via Zoom at the October 14, 2026, 3:00p.m. Confirmation Hearing.

###

Submitted by:
Rilyn A. Carnahan, Esq.
4420 Beacon Cir.
West Palm Beach, FL 33407
(561) 842-3000 ext. 1638
rcarnahan@lippes.com

**[Rilyn A. Carnahan, Esq. is directed to serve copies of this Order on all interested parties and file a certificate of service with the Court.]**