**[jiffyordnh]** [Bench Order No Hearing +]

ORDERED.

**Dated: October 14, 2026**

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Case No. 6:26−bk−00399−LVV
Chapter 11

Martin Charles Flynn Jr

Debtor* /

**ORDER GRANTING MOTION TO ALLOW COUNSEL TO APPEAR BY ZOOM AT OCTOBER 14, 2026 HEARING**

THIS CASE came on for consideration without a hearing of the **Motion to Allow Counsel to Appear by Zoom at October 14, 2026 Hearing** (Doc. **117** ), filed by **Creditor First State Bank of the Florida Keys** .

The Court having considered the record, the Motion to Allow Counsel to Appear by Zoom at October 14, 2026 Hearing is Granted .

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

Attorney Rilyn A. Carnahan is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.