ORDERED.

**Dated: October 21, 2026**

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 6:26-bk-00399-LVV |
| Martin Charles Flynn, Jr, | ) | Chapter 11 |
| | ) | Subchapter V |
| Debtor. | ) | |
| | ) | |

**ORDER DIRECTING SETTLEMENT**
**CONFERENCE WITH SUBCHAPTER V TRUSTEE**

THIS CASE came before the Court on October 14, 2026 for a status conference. After reviewing the pleadings and considering that the Parties potentially could resolve their dispute by settlement conference, and for the reasons stated in open court, it is

**ORDERED**:

1. Martin Charles Flynn, Jr., Pedixon, LLC, ZPD, LLC (collectively the "Parties") are directed to meet and confer as to possible resolution of all issues between the Parties ("Settlement Conference").

2. The subchapter V trustee, L. Todd Budgen, is appointed as facilitator of the Settlement Conference.

3. Every party participating in the Settlement Conference is directed to send a

representative with full settlement authority.

4. Parties are directed to attend the Settlement Conference in person or through the use of video conferencing software (i.e. ZOOM).

5. Following the conclusion of the Settlement Conference, the Court requests that the subchapter V trustee file a written report identifying the parties in attendance and indicating whether any settlement was reached.

6. The Settlement Conference must be completed by **November 17, 2026.**

Attorney Daniel A Velasquez is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this Order.