**MIDDLE DISTRICTOF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re: **Case** No. 6:26-bk-00399-LVV
Chapter 11

Charles Flynn, Jr.,

Debtor,

## NOTICE OF PRELIMINARY HEARING

NOTICE IS HEREBY GIVEN THAT:

The Honorable Lori V. Vaughan will conduct a preliminary hearing in this case which will be held on 11/18/2026 2:30pm Orlando, FL - Courtroom 6C, 6th Floor, George C. Young Courthouse, 400 W. Washington Street, Orlando FL, 32801, on the following matter:

## Motion to Dismiss Case with Injunction. Doc [126]

- All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures For attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/vaughan or call 407-237-8111.

Dated: November 11, 2026

Faro & Crowder, PA

By: /s/ J Christopher Crowder
J Christopher Crowder (FBN:50562)
700 N Wickham Rd, Ste 205
Melbourne, FL 32935
Phone: 321-784-8158
*Email:* jcrowder@farolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF mail upon the Chapter 11 Trustee's office, the U.S. Trustee's office, and the attached matrix, this November 11, 2026.

Faro & Crowder, PA

By: /s/ J Christopher Crowder
J Christopher Crowder (FBN:50562)
700 N Wickham Rd, Ste 205
Melbourne, FL 32935
Phone: 321-784-8158
*Email:* jcrowder@farolaw.com