**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**

**MARTIN CHARLES FLYNN, JR.,**

**Debtor.**
______________________________/

**CASE NO. 6:26-bk-00399-LVV**
**CHAPTER 11**

***Subchapter V Election***

## NOTICE OF PRELIMINARY HEARING

**NOTICE IS HEREBY GIVEN THAT:**

A preliminary hearing in this case will be held before the Honorable Lori V. Vaughan, United States Bankruptcy Judge on **Wednesday, the 18th day of November 2026 at 2:30 p.m., at the George C. Young Courthouse, 400 W. Washington Street, Orlando, Florida, Courtroom 6C, 6th Floor** to consider and act upon the following and transact such other business that may come before the court:

1. **Expedited Motion to Approve Compromise of Controversy or Settlement Agreement (Doc. No. 129)**

The hearing may be continued upon announcement made in open Court without further notice.

All parties must attend the hearing in person. Remote appearances are only permitted in limited circumstances as set forth in Judge Vaughan's Hearing Guidelines, available at https://www.flmb.uscourts.gov/judges/vaughan.

Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at the Courthouse security checkpoints. You are reminded that Local Rule 5073-1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

**RESPECTFULLY SUBMITTED** this 16th day of November 2026.

*/s/ Daniel A. Velasquez*
**Daniel A. Velasquez, Esq.**
Florida Bar No. 0098158
dvelasquez@lathamluna.com
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
Bknotice1@lathamluna.com
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Fax: 407-481-5801
*Attorney for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**

**MARTIN CHARLES FLYNN, JR.,**

**CASE NO. 6:26-bk-00399-LVV**
**CHAPTER 11**

***Subchapter V Election***

**Debtor.**
_______________________________________/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the forgoing has been furnished either electronically or by U.S. First Class, postage prepaid mail to: **Martin Charles Flynn Jr,** 14556 Saint Georges Hill Drive, Orlando, FL 32828; all parties entitled to receive electronic noticing via CM/ECF; the creditors identified on the attached mailing matrix ; **L. Todd Budgen**, P.O. Box 520546, Longwood, Florida 32752; and the **Office of the United States Trustee**, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, Florida 32801; this 16th day of November 2026.

*/s/ Daniel A. Velasquez*
**Daniel A. Velasquez, Esq.**

Label Matrix for local noticing
113A-6
Case 6:26-bk-00399-LVV
Middle District of Florida
Orlando
Fri Nov 13 14:44:43 EST 2026

First State Bank of the Florida Keys
Lippes Mathias, LLP
c/o Mahra C. Sarofsky, Esq.
c/o Rilyn A. Carnahan, Esq.
4420 Beacon Cir.
West Palm Beach, FL 33407-3281

Martin Charles Flynn Jr
14556 Saint Georges Hill Drive
Orlando, FL 32828-8035

David Mcphillips
4907 Bayshore Blvd 116
Tampa, FL 33611-3875

Pedixon, LLC
c/o James A. Timko, Esq.
Dean Mead et al
420 S. Orange Avenue
Suite 700
Orlando, FL 32801-4911

Shane P. Sarver
c/o Zimmerman, Kiser & Sutcliffe, P.A.
P.O. Box 3000
Orlando, FL 32802-3000

ZPD LLC
c/o James A. Timko
Dean Mead Law Firm
420 S. Orange Avenue
Suite 700
Orlando, FL 32801-4911

650 85th LLC
14556 Saint Georges Hill Drive
Orlando, FL 32828-8035

Austin Commons GP, LLC
c/o Joseph R. Prochaska
Reno & Cavanaugh, PLLC
424 Church Street Suite 2910
Nashville, TN 37219-2383

Austin Commons LP
1011 Cherry Avenue
Nashville TN 37203-4755

Austin Commons, LP
1011 Cherry Avenue
Altamonte Springs, FL 32701

Bank of America
PO BOX 660441
Dallas, TX 75266-0441

Bank of America
PO BOX 660861
Dallas, TX 75266-0861

Bank of America
PO BOX 851001
Dallas, TX 75285-1001

Bank of America (B of A Visa)
PO BOX 660441
Dallas, TX 75266-0441

Bank of America, N.A.
MARINOSCI LAW GROUP, P.C.
100 West Cypress Creek Road, Suite 1045
Fort Lauderdale, FL 33309-2191

Bank of America, N.A.
P.O. Box 31785
Tampa, FL 33631-3785

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

Billd Exchange LLC
Attn: RJ Haughey II Esq
401 E Jackson Street
Suite 2225
Tampa FL 33602-5213

Billd Exchange LLC
C/O RJ Haughey, II Esq
Suite 2225
Tampa, FL 33602

Billd Exchange, LLC
3800 N. Lamar Blvd. #210
AUSTIN, TX 78756-0003

Canaveral Crossing Resorts, Inc
5526 Hansel Avenue
Orlando, FL 32809-3405

Canaveral Crossroads, LLC
5526 Hansel Avenue
Orlando, FL 32809-3405

Cape Crossing Condominium Association Inc
4320 S Babcock St Suite 102
Melbourne FL 32901-8863

Cape Crossing Resort Management
4320 S Badcock Street
Suite 102
Melbourne, FL 32901-8863

Cape Crossing Town Homeowners Association In
4320 S Babcock St Suite 102
Melbourne FL 32901-8863

Cape Crossing Townhomeowners
4320 S Babcock St
Suite 102
Melbourne, FL 32901-8863

Chase Card Services
PO Box 15123
Wilmington DE 19850-5123

Chase Ink
PO BOX 15123
Wilmington, DE 19850-5123

Chase Prime Visa
PO BOX 15123
Wilmington, DE 19850-5123

Cherry Village GP, LLC
c/o Joseph R. Prochaska
Reno & Cavanaugh, PLLC
424 Church Street Suite 2910
Nashville, TN 37219-2383

Cherry Village LP
421 NE 12th Avenue
Homestead FL 33030-6259

Citi Cards
PO BOX 658202
Dallas, TX 75265-8202

David McPhillips
4907 Bayshore Blvd #116
Tampa, FL 33611-3875

Fifth Third Bank
5050 Kingsley Drive
Cincinnati, OH 45227-1115

Fifth Third Bank N.A.
PO Box 9013
Addison, Texas 75001-9013

First State Bank
1201 Simonton Street
Key West, FL 33040-3162

First State Bank of the Florida Keys
RILYN A. CARNAHAN, ESQ
4420 Beacon Cir.
West Palm Beach, Florida 33407-3281

First State Bank of the Florida Keys
c/o Mahra Sarofsky, Esq. and Rilyn Carna
Lippes Mathias, LLP
4420 Beacon Circle
West Palm Beach, FL 33407-3281

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Horton Johnson
10226 Curry Ford Road
Suite 107, PMB 1036
Orlando, FL 32825-8735

Horton S Johnson
10226 Curry Ford Road
Suite 107 PMB 1036
Orlando FL 32825-8735

Internal Revenue Service
PO BOX 1303
Charlotte, NC 28201-1303

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Iseley Fugitt
1400 Prudential Drive
Suite 3
Jacksonville FL 32207-8177

J. Christopher Crowder
700 N Wickham Rd, Unit 205
Melbourne, FL 32935-8840

J. Jon Ashby
1201 Simonton Street
Key West, FL 33040-3111

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

James A. Timko, Esq.
DEAN, MEAD, EGERTON, BLOODWORTH,
CAPOUANO & BOZARTH, P.A.
420 S. Orange Avenue, Suite 700
Orlando, Florida 32801-4911

Jerry Holliday
Attn: Eric S Gillin Esq
222 N Harbor City Blvd
Melbourne FL 32935-6762

Jerry Holliday
C/O Eric S Gilin, Esq
222 N Harbor City Blvd
Melbourne, FL 32935-6762

Joseph Prochaska
Reno & Cavanaugh, PLLC
424 Church Street Suite 2910
Nashville, TN 37219-2383

Launch Credit Union
300 S Plumosa St
Merritt Island FL 32952-3526

Lowndes, Drosdick, Doster, Kantor & Reed, PA
PO Box 2809
Orlando, FL 32802-2809

Luis Cortes
c/o Peter F. Carr, Jr., Esq
203 E. Livingston St.
Orlando, FL 32801-1508

Luis Cortez
Attn: Peter Carr Esq
203 E Livingston Street
Orlando FL 32801-1508

Luis Cortez
C/O Peter Carr, Esq
203 E Livingston Street
Orlando, FL 32801-1508

MFT Holdings, LLC
14556 Saint Georges Hill Drive
Orlando, FL 32828-8035

MTF Holdings, LLC
14556 Saint Georges Hill Drive
Orlando, FL 32828-8035

Michael McPhillips
Fassett, Anthony & Taylor, P.A.
1325 W. Colonial Drive
Orlando, FL. 32804-7133

Mike McPhillips
310 Lagoon Way
Merritt Island, FL 32953-4132

Monroe County Property Tax Collector
PO Box 1129
Key West FL 33041-1129

Orange County Tax Collector
PO Box 545100
Orlando FL 32854-5100

PEDixon LLC
1627 East Vine Street
Suite E
Kissimmee, FL 34744-3719

Pedixon, LLC
c/o James A. Timko
Dean Mead
420 S. Orange Avenue, Ste. 700
Orlando, FL 32801-4911

SHANE P. SARVER
Zimmerman, Kiser & Sutcliffe, P.A.
P.O. Box 3000
Orlando, FL 32802-3000

Tamamoi, LLC
c/o Elizabeth Wulff, Esq.
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092-2871

The Carton Family Trust
C/O Audrey J Dixon, Esq
3550 Engineering Drive
Suite 260
Norcross, GA 30092-2871

The Carton Family Trust
c/o Elizabeth Wulff, Esq.
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092-2871

Tierd Capital, Inc
4409, Hoffner Avenue #348
Orlando, FL 32812-2331

Tracey Flynn
14556 Saint Georges Hill Drive
Orlando FL 32828-8035

WM Holdings Group LLC
c/o Shane Sarver Manager TriSt
4488 Heaton Park Trial
Viera, FL 32955-6760

WM Holdings Group, LLC
14556 Saint Georges Hill Drive
Orlando, FL 32828-8035

ZPD, LLC
c/o James A. Timko
Dean Mead
420 S. Orange Avenue, Ste. 700
Orlando, FL 32801-4911

United States Trustee - ORL7/13 7+
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Frederic J DiSpigna +
Marinosci Law Group, P.C.
100 West Cypress Creek Road
Suite 1045
Fort Lauderdale, FL 33309-2191

Phil A D'Aniello +
Fassett Anthony & Taylor PA
1325 West Colonial Drive
Orlando, FL 32804-7133

Rilyn A Carnahan +
Greenspoon Marder, PA
222 Lakeview Avenue
Ste 1250
West Palm Beach, FL 33401-6143

J Christopher Crowder +
Faro & Crowder PA
700 N Wickham Road, Suite 205
Melbourne, FL 32935-8840

James Timko +
Dean, Mead, Egerton, Bloodworth, Capouan
420 S Orange Avenue
Suite 700
Orlando, FL 32801-4911

Bradley J Anderson +
Zimmerman Kiser & Sutcliffe, P.A.
Post Office Box 3000
Orlando, FL 32802-3000

Mahra C Sarofsky +
Lippes Mathias LLP
4420 Beacon Circle
West Palm Beach, FL 33407-3281

Wanda D Murray +
United States Department of Justice
400 West Washington Street
Ste 1100
Orlando, FL 32801-2440

Daniel A Velasquez +
Latham, Luna, Eden & Beaudine, LLP
201 S. Orange Ave., Ste. 1400
Orlando, FL 32801-3483

Bank of America (EM) +
4161 Piedmont Parkway, NC4-105-03-14
Greensboro, NC 27410-8119

Lori V. Vaughan +
Orlando
, FL

L. Todd Budgen +
Budgen Law
Post Office Box 520546
Longwood, FL 32752-0546

Matthew Leibert +
Urban Thier & Federer, P.A.
5782A S. Semoran Blvd.
Orlando, FL 32822-4819

Note: Entries with a '+' at the end of the name have an email address on file in CMECF

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BANK OF AMERICA, N.A.

(u)Horton S. Johnson

(u)Michael McPhillips

(d)Bank of America
PO Box 660441
Dallas TX 75266-0441

(d)Bank of America
PO Box 851001
Dallas TX 75285-1001

(d)Canaveral Crossing Resorts, LLC
5526 Hansel Avenue
Orlando, FL 32809-3405

(d)Cape Crossing Resort Management
4320 S Badcock Street, Suite 102
Melbourne, FL 32901-8863

(d)Chase Ink
PO Box 15123
Wilmington, DE 19850-5123

(d)Chase Prime Visa
PO Box 15123
Wilmington, DE 19850-5123

(d)Cherry Village LP
421 NE 12th Avenue
Homestead, FL 33030-6259

(d)Citi Cards
PO Box 658202
Dallas TX 75265-8202

(d)David McPhillips
4907 Bayshore Blvd 116
Tampa FL 33611-3875

(d)Horton S Johnson
10226 Curry Ford Road
Suite 107 PMB 1036
Orlando, FL 32825-8735

(d)Internal Revenue Service
PO Box 1303
Charlotte NC 28201-1303

(d)Iseley Fugitt
1400 Prudential Drive
Suite 3
Jacksonville, FL 32207-8177

(d)Launch Credit Union
300 S Plumosa St
Merritt Island, FL 32952-3526

(d)PEDixon LLC
1627 East Vine Street Suite E
Kissimmee FL 34744-3719

(d)Tracey Flynn
14556 Saint Georges Hill Drive
Orlando, FL 32828-8035

(u)Various Sherwood Entities Debtor is guaran

(u)Roberta A Colton +

End of Label Matrix
Mailable recipients 88
Bypassed recipients 20
Total 108