**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**In re:** **Case No. 26-00399-LVV**
**Chapter 11**

**MARTIN CHARLES FLYNN, JR.,**

**Debtor.**
_______________________________/

**MOTION TO PERMIT COUNSEL TO APPEAR REMOTELY AT THE NOVEMBER 18, 2026 STATUS CONFERENCE AND HEARINGS**

***Relief Requested Without a Hearing***

First State Bank of the Florida Keys, by and through undersigned counsel, hereby files this *Motion to Permit Counsel to Appear Remotely at the November 18, 2026 Status Conference and Hearings*, and states the following:

1. This voluntary Chapter 13 bankruptcy proceeding was filed on January 22, 2026 by Martin Charles Flynn, Jr. (the "Debtor").

2. On or about March 3, 2026, the Debtor filed a notice of voluntarily conversion to a Chapter 11 bankruptcy proceeding [ECF No 41].

3. On or about March 18, 2026, the Court entered its *Order Converting Case from Chapter 13 to Chapter 11* [ECF No. 46] (the "Conversion Order").

4. On or about July 22, 2026, the Court entered an *Order (I) Scheduling Hearing on Confirmation of Plan of Reorganization, (II) Setting Related Deadlines, and (III) Setting Deadlines for Filing Administrative Expense Applications* [ECF No. 104] scheduling the Confirmation Hearing for September 1, 2026 at 2:00 p.m. (the "Confirmation Hearing").

5. Pursuant to the Hearing Proceeding Memo [ECF No. 119] Confirmation Hearing is continued as a Status Conference only to November 18, 2026 at 2:30 p.m., and the Motion to

Dismiss Case or Convert Bankruptcy Case [ECF No. 81] filed by Pedixon LLC is also continued to November 18, 2026 at 2:30 p.m.

6. Further, preliminary hearings on the Motion to Dismiss Case with Injunction [ECF No. 126] filed by David Mcphillips and the Expedited Motion to Approve Compromise of Controversy or Settlement Agreement [ECF No. 129] are also set for November 18, 2026 at 2:30 p.m. [ECF Nos. 128 and 130, respectively].

7. In accordance with the Court's procedures, counsel may be permitted to participate in the aforementioned Status Conference and hearings set for November 18, 2026 at 2:30 p.m., remotely.

8. Counsel submits that good cause exists to appear via remote video conference, on November 18, 2026 at 2:30 p.m. for the Status Conference and hearings.

9. Undersigned counsel is in West Palm Beach.

10. The aforementioned Status Conference and hearings are largely preliminary or for the purpose of the Debtor and other parties reporting as to progress on certain mattes at issue in the case. Accordingly, counsel submits that good cause exists for counsel to be permitted to appear at the Status Conference and subject hearings by zoom videoconference, particularly if final hearings and a Confirmation Hearing will be held at a later date.

11. Accordingly, Rilyn A. Carnahan, Esq., undersigned counsel for First State Bank of the Florida Keys, respectfully requests to attend the November 18, 2026 Status Conference and hearings via Zoom.

**WHEREFORE**, counsel for First State Bank of the Florida Keys, respectfully requests that the Court enter an Order permitting Rilyn A. Carnahan to attend the November 18, 2026, 2:30 p.m. Status Conference and hearings via remote video conference.

Dated: November 17, 2026

**LIPPES MATHIAS, LLP**

*/s Rilyn A. Carnahan*
MICHAEL R. BAKST, ESQ.
Florida Bar No.: 866377
RILYN A. CARNAHAN, ESQ.
Florida Bar No.: 614831
4420 Beacon Cir.
West Palm Beach, FL 33407
T: (561) 842-3000 ext. 1638
Email: rcarnahan@lippes.com

RAC/mab

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 17, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF, or by first class U.S. mail on those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing as indicated on the Manual Service List below.

*/s/ Rilyn A. Carnahan*
Rilyn A. Carnahan, Esq.

**Mailing Information for Case 6:26-bk-00399-LVV**

**Electronic Mail Notice List**
The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Bradley J Anderson** banderson@zkslaw.com, jconcannon@zkslaw.com;mpickren@zkslaw.com;service@zkslaw.com
- **Bank of America (EM)** elliott.myers@bankofamerica.com
- **L. Todd Budgen** todd@c11trustee.com, ltbudgen@ecf.courtdrive.com,bnc@mybankruptcyfirm.com,F006@ecfcbis.com
- **Phil A D'Aniello** pdaniello@fassettlaw.com, tsadaka@fassettlaw.com
- **Frederic J DiSpigna** fdispigna@mlg-defaultlaw.com, mlgfl-bk@mlg-defaultlaw.com;ecf@mlg-defaultlaw.com;MLGBK@ecf.courtdrive.com
- **Wanda D Murray** wanda.murray@usdoj.gov
- **Mahra C Sarofsky** msarofsky@lippes.com, WROJAS@LIPPES.COM;MBIRD@LIPPES.COM;adukesmunroe@lippes.com
- **James Timko** jtimko@deanmead.com, mgodek@deanmead.com
- **United States Trustee - ORL7/13** USTP.Region21.OR.ECF@usdoj.gov
- **Daniel A Velasquez** dvelasquez@lathamluna.com, bknotice1@lathamluna.com;bknotice2@ecf.courtdrive.com

**Manual Notice List**
The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

- (No manual recipients)

# PROPOSED

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**In re:**

**Case No. 26-00399-LVV**
**Chapter 11**

**MARTIN CHARLES FLYNN, JR.,**

**Debtor.**
**_______________________________/**

**ORDER GRANTING MOTION TO PERMIT COUNSEL TO APPEAR REMOTELY AT THE NOVEMBER 18, 2026 STATUS CONFERENCE AND HEARINGS**

THIS MATTER came before the Court, pursuant to the *Motion to Permit Counsel to Appear Remotely at the November 18, 2026 Status Conference and Hearings* [ECF No. ___] (the "Motion"), filed by counsel for First State Bank of the Florida Keys. The Court, having reviewed the Motion, finding that good cause exists to grant the relief herein, and having been otherwise fully advised in the premises, hereby

ORDERS AND ADJUDGES as follows:

1. The Motion is GRANTED.

2. Rilyn A. Carnahan, Esq., Counsel for First State Bank of the Florida Keys, may appear via Zoom at the November 18, 2026, 2:30 p.m. Status Conference and hearings.

###

Submitted by:
Rilyn A. Carnahan, Esq.
4420 Beacon Cir.
West Palm Beach, FL 33407
(561) 842-3000 ext. 1638
rcarnahan@lippes.com

**[Rilyn A. Carnahan, Esq. is directed to serve copies of this Order on all interested parties and file a certificate of service with the Court.]**