**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**

**MARTIN CHARLES FLYNN, JR.,**

**Debtor.**
______________________________/

**CASE NO.: 6:26-bk-00399-LVV**
**CHAPTER 11**

***Subchapter V Election***

*Emergency Hearing Requested*

**CERTIFICATION OF NECESSITY OF REQUEST FOR EMERGENCY HEARING**

*(Emergency Hearing Requested- Document Production Demanded by November 23, 2026; Examination Noticed for December 1, 2026 at 1:00 p.m.)*

**I HEREBY CERTIFY**, as a member of the Bar of the Court, that I have carefully examined the matter under consideration and to the best of my knowledge, information and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matter under consideration is not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is just cause to request a consideration of the following pleadings on an emergency preliminary basis:

**DEBTOR'S EMERGENCY MOTION FOR PROTECTIVE ORDER WITH RESPECT TO MICHAEL McPHILLIPS'S CROSS NOTICE OF DEPOSITION *DUCES TECUM* OF MARTIN C. FLYNN, JR. PURSUANT TO RULE 2004 (Doc. 127) (Doc. No. 134)**

**I CERTIFY FURTHER** that an emergency preliminary hearing on the above-referenced motion is required by Local Rule 2004-1(e) which states "[A]n interested party may file, prior to the date of the proposed examination or production of documents or electronically stored information, a motion for protective order stating the reasons for prohibiting, limiting, or rescheduling the

examination or production of documents or electronically stored information. A motion for protective order shall be filed as an emergency motion under Local Rule 9013-1(d).".

**I CERTIFY FURTHER** that the necessity of this emergency preliminary hearing has not been caused by a lack of due diligence on my part but has been brought about only by circumstances beyond my control or that of my client. I further certify that this motion is filed with full understanding of F.R.B.P. 9011, and the consequences of noncompliance with same.

**RESPECTFULLY SUBMITTED** this 23rd day of November 2026.

/s/ Daniel A. Velasquez, Esq.
Daniel A. Velasquez, Esq.
Florida Bar No. 0098158
dvelasquez@lathamluna.com
**Latham, Luna, Eden & Beaudine, LLP**
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
*Attorney for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**

**MARTIN CHARLES FLYNN, JR.,**

**Debtor.**
_______________________________________/

**CASE NO.: 6:26-bk-00399-LVV**
**CHAPTER 11**

***Subchapter V Election***

*Emergency Hearing Requested*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 23, 2026, a true and correct copy of the foregoing was filed using the Court's CM/ECF system, which will send notice of electronic filing to all parties registered to receive electronic notice, and was further served by U.S. Mail and email upon counsel for Michael McPhillips, Phil A. D'Aniello, Esq., Fassett, Anthony & Taylor, P.A., 1325 W. Colonial Drive, Orlando, Florida 32804, pdaniello@fassettlaw.com and tsadaka@fassettlaw.com; upon L. Todd Budgen, Esq., todd@c11trustee.com ; J. Christopher Crowder, Esq., jcrowder@farolaw.com and farolawpleadings@gmail.com; and upon the Office of the United States Trustee, Wanda D. Murray, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, wanda.murray@usdoj.gov.

/s/ Daniel A. Velasquez
Daniel A. Velasquez, Esq.